IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BENJAMIN & SHAKI ALLI AND BSA CORPORATION, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 01-669C |
| | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S STATUS REPORT

Pursuant to the Order dated July 25, 2003, defendant submits this status report.

The office of the United States Attorney for the Eastern District of Michigan is continuing its investigation into possible criminal violations committed by plaintiffs with regard to the administration and operation of two of the properties at issue in this case. The assigned Assistant United States Attorney has informed defendant's counsel that, while he is endeavoring to conclude the investigation as expeditiously as possible, it is currently unclear when the investigation will be completed. Accordingly, we respectfully request that, for the reasons stated in our motion to stay proceedings, the Court continue the stay that is currently in effect, pending resolution of the criminal investigation.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

MARK A. MELNICK
Assistant Director

s/ Gerald M. Alexander

GERALD M. ALEXANDER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
Telephone: (202) 307-0361
Fax: (202) 514-7965

October 21, 2003

Attorneys for Defendant