# In the United States Court of Federal Claims

No. 01-669C

(Filed: January 7, 2004)

FILED
JAN 7 2004
U.S. COURT OF FEDERAL CLAIMS

BENJAMIN & SHAKI ALLI AND
BSA CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On August 4, 2003, the court issued an order directing the parties to register and train in preparation for the September 8, 2003, Electronic Case Filing (ECF) expansion deadline. On September 8, 2003, the Clerk filed a notice designating this case as an electronic case. On October 23, 2003, plaintiff's counsel was notified via telephone of his failure to comply with the above court orders.

The court's records reflect that plaintiff's counsel has still not registered with the court's ECF system. Accordingly, counsel shall appear, in person, on January 29, 2004, at 10:00 a.m. (EST), at which time the court will conduct a hearing at which plaintiff's counsel shall explain his failure to comply with the court's orders. The hearing will be held at the United States Court of Federal Claims, in Washington, DC; the courtroom location will be posted in the lobby on the day of the hearing. Attorney for the defendant may participate by phone. Should plaintiff's counsel comply with this court's orders and file notice thereof, the hearing will be cancelled. The Clerk is directed to file and serve this order in paper form.

**IT IS SO ORDERED.**

Lawrence M. Baskir, Judge
for Judge Francis M. Allegra