# In the United States Court of Federal Claims

No. 01-669C

(Filed: January 27, 2004)

BENJAMIN & SHAKI ALLI AND
BSA CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On January 7, 2004, the court issued an order directing plaintiff's counsel to appear, in person, on January 29, 2004 for a hearing at which plaintiff's counsel was to explain his failure to comply with the court's previous orders directing plaintiff's counsel to register with the court's Electronic Case Filing (ECF) system. Because plaintiff's counsel has now registered with the ECF system, the hearing to be held January 29, 2004 is hereby cancelled.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge