IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BENJAMIN & SHAKI ALLI AND BSA CORPORATION, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 01-669C (Judge Allegra) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S STATUS REPORT

Pursuant to the Order dated July 25, 2003, defendant submits this status report.

The office of the United States Attorney for the Eastern District of Michigan has advised us that it has closed the criminal investigation it conducted regarding the plaintiffs. Because the criminal investigation is now concluded, we respectfully request that the Court lift the stay that is currently in effect, and allow the parties to submit a joint status report proposing a schedule for further proceedings in this matter.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

MARK A. MELNICK
Assistant Director

s/ Gerald M. Alexander

GERALD M. ALEXANDER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
Telephone: (202) 307-0361
Fax: (202) 514-7965

February 17, 2004

Attorneys for Defendant