IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BENJAMIN & SHAKI ALLI AND BSA CORPORATION, Plaintiff, | ) | |
| v. | ) | No. 01-669C (Judge Allegra) |
| THE UNITED STATES, Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's Order dated February 18, 2004, the parties submit the following joint status report.

The parties propose to conduct discovery in this matter pursuant to the following schedule:

Last day to serve discovery requests--October 8, 2004;

Last day for plaintiffs to serve expert reports--October 29, 2004;

Last day to conduct fact depositions--November 12, 2004;

Last day for defendant to serve expert reports--November 19, 2004;

Last day to conduct expert depositions--December 17, 2004.

Respectfully submitted,

ROBERT D. McCALLUM, JR.
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark A. Melnick

MARK A. MELNICK
Assistant Director

s/ Eric Stempien

ERIC STEMPIEN
Stempien & Stempien, PLLC
315 North Center Street
Suite 200
Northville, Michigan 48167
Telephone: (248)735-9200
Fax: (248)735-8863

Attorney for Plaintiffs

s/ Gerald M. Alexander

GERALD M. ALEXANDER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
Telephone: (202) 307-0361
Fax: (202) 514-7965

Attorneys for Defendant

March 5, 2004