# In the United States Court of Federal Claims

No. 01-669C

(Filed: March 19, 2004)

BENJAMIN & SHAKI ALLI AND
BSA CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On March 5, 2004, the parties filed their joint status report in which they proposed a schedule for concluding discovery in this matter. The court hereby adopts the schedule proposed by the parties, as follows:

1. On or before October 8, 2004, the parties shall present discovery requests.

2. On or before October 29, 2004, plaintiffs shall disclose expert reports.

3. On or before November 12, 2004, the parties shall conduct fact depositions.

4. On or before November 19, 2004, defendant shall disclose expert reports.

5. On or before December 17, 2004, the parties shall conduct expert depositions.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra

Judge