# In the United States Court of Federal Claims

No. 01-669C

(Filed: September 28, 2004)

BENJAMIN & SHAKI ALLI AND
BSA CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On March 19, 2004, the court issued an order setting forth the schedule for concluding discovery in this matter. The court hereby orders that, in addition to the items scheduled in that order, on or before January 5, 2005, the parties shall file a joint status report, with a proposed schedule if appropriate, indicating how this case should proceed.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge