IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BENJAMIN & SHAKI ALLI AND BSA CORPORATION, | ) | |
| Plaintiffs, | ) | No. 01-669C |
| v. | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Marla T. Conneely as attorney of record for the United States, replacing Gerald M. Alexander. Service of all papers by opposing parties should be addressed as follows:

MARLA T. CONNEELY
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street, N.W.

s/ Marla T. Conneely
MARLA T. CONNEELY
TRIAL ATTORNEY
Commercial Litigation Branch
Civil Division
Department of Justice
Tel: (202) 307-1011
Fax: (202) 307-0972

October 18,2004