IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BENJAMIN & SHAKI ALLI AND BSA CORPORATION, | ) | |
| Plaintiffs, | ) | No. 01-669C |
| v. | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rules 6(b), 6.1 and 26 of the Rules of the United States Court of Federal Claims, the United States respectfully requests a modification of the discovery schedule in this matter. Currently, fact depositions are scheduled to conclude on November 12, 2004; defendant's expert reports are to be disclosed on or before November 19, 2004; and expert depositions are scheduled to conclude on December 17, 2004. Defendant requests that the discovery schedule be enlarged by 84 days as follows: fact depositions shall be conducted on or before February 4, 2005; defendant's expert reports shall be disclosed on or before February 11, 2005; and expert depositions shall be conducted on or before March 11, 2005. This is defendant's first request for an enlargement of time for this purpose. Government counsel has advised plaintiff's counsel of this request. Plaintiff's counsel has stated that it does not oppose this motion.

The undersigned was recently assigned this three-year old case, involving damages in the millions of dollars, on October 18, 2004. This enlargement is requested because the undersigned requires additional time to learn the case file, consult with agency counsel, review documents and deposition transcripts, and prepare for additional depositions. Moreover, since early August of this year, defendant has been waiting to receive additional documents responsive to discovery

requests served on April 23, 2004. Given the important subject matter of these documents, defendant believes it would be in the interests of judicial efficiency to review these documents, the volume of which is unknown, before conducting further depositions in this case. Defendant expects to receive these documents in the next few weeks.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Marla T. Conneely
MARLA T. CONNEELY
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street
Washington, D.C. 20530
Tel. (202) 307-1011
Fax. (202) 307-0972

October 29, 2004

Attorneys for Defendant