# In the United States Court of Federal Claims

No. 01-669C

(Filed: November 1, 2004)

---

BENJAMIN & SHAKI ALLI AND
BSA CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On October 29, 2004, defendant filed a motion for an enlargement of time of 84 days to conduct discovery in this matter. The court hereby adopts the schedule proposed by defendant, as follows:

1. On or before February 4, 2005, the parties shall conduct fact depositions.

2. On or before February 11, 2005, defendant shall disclose expert reports.

3. On or before March 11, 2005, the parties shall conduct expert depositions.

No further enlargements of time will be granted in this matter.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge