IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BENJAMIN & SHAKI ALLI AND BSA CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 01-669C<br><br>(Judge Allegra) |

JOINT STATUS REPORT

Pursuant to the Court's Order dated September 28, 2004, the parties respectfully submit this joint status report.

On October 28, 2004, defendant moved for an enlargement of time to conduct discovery on the issue of liability in this matter. Specifically, defendant requested that fact depositions conclude on or before February 4, 2005; defendant's expert reports be disclosed on or before February 11, 2005; and expert depositions be conducted on or before March 11, 2005. This Court granted defendant's motion for an enlargement of time on November 1, 2004.

Accordingly, the parties have scheduled depositions for January 3-5, 2005, and have tentatively scheduled further depositions for January 31, 2005 thru February 2, 2005. The parties do not anticipate providing expert testimony regarding the liability issues in this matter.

Following the close of discovery on the liability issues in this case, the parties respectfully request that the Court allow them 60 days, to and including May 10, 2005, to attempt to settle the matter without assistance from the Court. The parties further

request that the Court allow them to file a joint status report on or before May 10, 2005 regarding the status of any settlement negotiations. If the parties are unable to settle the matter, the parties anticipate proceeding to trial on the issue of liability.

| | |
|---|---|
| | Respectfully submitted, |
| | PETER D. KEISLER<br>Assistant Attorney General |
| | DAVID M. COHEN<br>Director |
| | s/ Mark A. Melnick<br>MARK A. MELNICK<br>Assistant Director |
| s/Eric Stempien<br>ERIC STEMPIEN<br>STEMPIEN & STEMPIEN PLLC<br>315 North Center Street<br>Suite 200<br>Northville, MI 48167<br>Tel. (248) 735-9200<br>Fax. (248) 735-8863<br><br>Attorney for Plaintiff | s/ Marla T. Conneely<br>MARLA T. CONNEELY<br>Attorney<br>Commercial Litigation Branch<br>Civil Division<br>Department of Justice<br>Attn: Classification Unit, 8th Floor<br>1100 L Street<br>Washington, D.C. 20530<br>Tel. (202) 307-1011<br>Fax. (202) 307-0972 |
| January 5, 2005 | Attorneys for Defendant |