# In the United States Court of Federal Claims

No. 01-669C

(Filed: January 18, 2005)

---

BENJAMIN & SHAKI ALLI AND
BSA CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On January 5, 2005, the parties filed a joint status report indicating that discovery would be completed according to the schedule established by the court's order of November 1, 2004, and requesting 60 days in which to conduct settlement discussions. The court hereby orders that, on or before May 10, 2005, the parties shall file a joint status report indicating the results of those settlement discussions. If this matter has not been settled, the status report shall set forth a proposed schedule for pretrial proceedings and trial.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge