IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BENJAMIN & SHAKI ALLI AND BSA CORPORATION, | ) | |
| Plaintiffs, | ) | No. 01-669C |
| v. | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the order entered January 18, 2005, the parties, through their respective counsel of record, respectfully submit this joint status report. Shortly after the close of discovery, the parties engaged in discussions regarding a potential settlement of this matter. Despite the parties' efforts, the negotiations were unsuccessful, and it is expected that this matter will proceed to trial on issues of liability.

Paragraph 11 of Appendix A to the Rules of the United States Court of Federal Claims provides that upon the completion of all discovery, the Court will hold a post-discovery conference to determine how the case will proceed. The parties propose that a post-discovery conference be scheduled in this case on one of the following dates: June 29, 2005; June 30, 2005; July 6, 2005; or July 7, 2005.[1] The parties also propose that the post-discovery conference be held telephonically to prevent unnecessary expense to plaintiffs, whose counsel resides in Michigan.

---

[1] Defendant's counsel is scheduled to begin a six-week trial before this Court on May 12, 2005 in Precision Pine & Timber, Inc. v. United States, No. 98-720C. This trial is expected to end on or around June 23, 2005.

Moreover, the Court's January 18, 2005 order specifically directed the parties to propose a schedule for pre-trial proceedings and trial if the case was not settled. However, the parties believe that some, but not all, of the issues in this case may be resolved on motions for summary judgment. Therefore, the parties propose that a briefing schedule for summary judgment motions be scheduled prior to setting a schedule for pre-trial proceedings and trial. This will provide the parties and the Court with an opportunity to narrow the issues to be argued at trial.

Accordingly, the parties propose the following briefing schedule for cross-motions for summary judgment:

| | |
|---|---|
| August 1, 2005 | Cross-Motions For Summary Judgment Due |
| August 15, 2005 | Response Briefs Due |
| August 24, 2005 | Reply Briefs Due |
| September 14, 2005 | Hearing On Motions For Summary Judgment |

Respectfully submitted,

s/Eric Stempien
ERIC STEMPIEN
STEMPIEN & STEMPIEN PLLC
315 North Center Street, Suite 200
Northville, MI 48167
(248) 735-9200
fax: (248) 735-8863

Attorney for Plaintiffs

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/Marla T. Conneely
MARLA T. CONNEELY
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel. (202) 307-1011
Fax. (202) 307-0972

May 10, 2005

Attorneys for Defendant