# In the United States Court of Federal Claims

No. 01-669C

(Filed: June 14, 2005)

BENJAMIN & SHAKI ALLI AND
BSA CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On May 10, 2005, the parties filed a joint status report indicating that settlement negotiations had been unsuccessful and that this case is expected to proceed to trial on issues of liability. The parties indicate that a round of summary judgment motions may resolve some issues in the case without trial, and propose a briefing schedule for those motions.

The court hereby ORDERS that a post-discovery conference shall be held telephonically on June 29, 2005, at 10:00 a.m. (EDT). The chambers will contact the parties shortly before the scheduled conference time. During that conference the court will discuss with the parties an appropriate pretrial and trial schedule.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge