# In the United States Court of Federal Claims

No. 01-669C

(Filed: July 1, 2005)

BENJAMIN & SHAKI ALLI AND
BSA CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On June 29, 2005, the court held a telephonic status conference in this matter. Participating for plaintiff was Eric Stempien; participating for defendant was Marla Conneely. Following discussions with the parties, the court hereby adopts the following schedule for the filing of motions for summary judgment:

1. On or before August 15, 2005, the parties shall file simultaneously their initial motions for summary judgment.

2. On or before September 7, 2005, the parties shall file simultaneously their responses to those motions.

3. On or before September 14, 2005, the parties shall file simultaneously their reply briefs.

4. The chambers will contact the parties to determine a date for a telephonic oral argument on the motions for summary judgment. The court anticipates that the argument will be held in or about week of September 19, 2005.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge