EXHIBIT 6

HUD Standards For Decent, Safe and Sanitary Housing, 24 CFR 886.307

§ 886.307 Housing quality standards.

Housing used in this program not requiring substantial rehabilitation at the time of sale shall meet the performance requirements set forth in this section. In addition, the housing shall meet the acceptability criteria

---

set forth in this section except for such variations as are approved by HUD. Local climatic conditions and geographic features and local housing and building codes are examples which may justify such variations.

(a) *Sanitary facilities*. (1) *Performance requirement*. The dwelling unit shall include its own sanitary facilities which are in proper operating condition, can be used in privacy, and are adequate for personal cleanliness and the disposal of human waste.

(2) *Acceptability criteria*. A flush toilet in a separate, private room, a fixed basin with hot and cold running water, and a shower or tub with hot and cold running water shall be present in the dwelling unit, all in proper operating condition. These facilities shall utilize an approved public or private disposal system.

(b) *Food preparation and refuse disposal*—(1) *Performance requirement*. The dwelling unit shall contain suitable space and equipment to store, prepare, and serve foods in a sanitary manner. There shall be adequate facilities and services for the sanitary disposal of food wastes and refuse, including facilities for temporary storage where necessary.

(2) *Acceptability criteria*. The unit shall contain the following equipment in proper operating condition: Cooking stove or range and a refrigerator of appropriate size for the unit, supplied by either the owner or the family, and a kitchen sink with hot and cold running water. The sink shall drain into an approved public or private system. Adequate space for the storage, preparation, and serving of food shall be provided. There shall be adequate facilities and services for the sanitary disposal of food wastes and refuse, including facilities for temporary storage where necessary (e.g., garbage cans).

(c) *Space and security*—(1) *Performance requirement*. The dwelling unit shall afford the family adequate space and security.

(2) *Acceptability criteria*. A living room, kitchen area, and bathroom shall be present; and the dwelling unit shall contain at least one sleeping or living/sleeping room of appropriate size for each two persons. Exterior doors and windows accessible from outside the unit shall be lockable.

(d) *Thermal environment*—(1) *Performance requirement*. The dwelling unit shall have and be capable of maintaining a thermal environment healthy for the human body.

(2) *Acceptability criteria*. The dwelling unit shall contain safe heating and/or cooling facilities which are in proper operating condition and can provide adequate heat and/or cooling to each room in the dwelling unit appropriate for the climate to assure a healthy living environment. Unvented room heaters which burn gas, oil, or kerosene are unacceptable.

(e) *Illumination and electricity*—(1) *Performance requirement*. Each room shall have adequate natural or artificial illumination to permit normal indoor activities and to support the health and safety of occupants. Sufficient electrical sources shall be provided to permit use of essential electrical appliances while assuring safety from fire.

(2) *Acceptability criteria*. Living and sleeping rooms shall include at least one window. A ceiling or wall type light fixture shall be present and working in the bathroom and kitchen area. At least two electric outlets, one of which may be an overhead light, shall be present and operable in the living area, kitchen area, and each bedroom area.

(f) *Structure and materials*—(1) *Performance requirement*. The dwelling unit shall be structurally sound so as not to pose any threat to the health and safety of the occupants and so as to protect the occupants from the environment.

(2) *Acceptability criteria*. Ceilings, walls and floors shall not have any serious defects such as severe bulging or leaning, large holes, loose surface materials, severe buckling or noticeable movement under walking stress, missing parts or other serious damage. The roof structure shall be firm and the roof shall be weathertight. The exterior wall structure and exterior wall surface shall not have any serious defects such as serious leaning, buckling, sagging, cracks or holes, loose siding, or other serious damage. The condition and equipment of interior and exterior

stairways, halls, porches, walkways, etc., shall be such as not to present a danger of tripping or falling. Elevators shall be maintained in safe and operating condition.

(i) In the case of a mobile home, the home shall be securely anchored by a tiedown device which distributes and transfers the loads imposed by the unit to appropriate ground anchors so as to resist wind overturning and sliding.

(g) *Interior air quality*—(1) *Performance requirement*. The dwelling unit shall be free of pollutants in the air at levels which threaten the health of the occupants.

(2) *Acceptability criteria*. The dwelling unit shall be free from dangerous levels of air pollution from carbon monoxide, sewer gas, fuel gas, dust, and other harmful air pollutants. Air circulation shall be adequate throughout the unit. Bathroom areas shall have at least one operable window or other adequate exhaust ventilation.

(h) *Water supply*—(1) *Performance requirement*. The water supply shall be free from contamination.

(2) *Acceptability criteria*. The unit shall be served by an approved public or private sanitary water supply.

(i) *Lead-based paint*—(1) *Performance requirement*. (i) The dwelling unit shall be in compliance with HUD lead-based paint regulations, 24 CFR Part 35, issued pursuant to the Lead-Based Paint Poisoning Prevention Act, 42 U.S.C. 4801, and the owner shall provide a certification that the dwelling is in accordance with such HUD regulations.

(ii) If the property was constructed prior to 1950, the family upon occupancy shall have been furnished the notice required by HUD lead-based paint regulations and procedures regarding the hazards of lead-based paint poisoning, the symptoms and treatment of lead poisoning and the precautions to be taken against lead poisoning.

(2) *Acceptability criteria*. Same as performance requirement.

(j) *Access*—(1) *Performance requirement*. The dwelling unit shall be usable and capable of being maintained without unauthorized use of other private properties, and the building shall provide an alternate means of egress in case of fire.

(2) *Acceptability criteria*. The dwelling unit shall be usable and capable of being maintained without unauthorized use of other private properties. The building shall provide an alternate means of egress in case of fire (such as fire stairs or egress through windows).

(k) *Site and neighborhood*. Where a project is sold with an insured mortgage, the site selection criteria of the insurance program shall be utilized in lieu of the requirements and criteria in this paragraph.

(1) *Performance requirement*. The site and neighborhood shall be reasonably free from disturbing noises and vibrations and other hazards to the health, safety, and general welfare of the occupants.

(2) *Acceptability criteria*. The site and neighborhood shall not be subject to serious adverse environmental conditions, natural or manmade, such as dangerous walks, steps, instability, flooding, poor drainage, septic tank backups, sewage hazards or mudslides; abnormal air pollution, smoke or dust; excessive noise, vibration or vehicular traffic; excessive accumulations of trash; vermin or rodent infestation or fire hazards.

(l) *Sanitary condition*—(1) *Performance requirement*. The unit and its equipment shall be in sanitary condition.

(2) *Acceptability criteria*. The unit and its equipment shall be free of vermin and rodent infestation.

(m) *Congregate housing*. The foregoing standards shall apply except for paragraph (b) of this section and the requirement in paragraph (c)(2) of this section for a kitchen area. In addition, the following standards shall apply:

(1) The unit shall contain and have ready access to a flush toilet which can be used in privacy, a fixed basin with hot and cold running water, and a shower and/or tub equipped with hot and cold running water all in proper operating condition and adequate for personal cleanliness and the disposal of human wastes. These facilities shall utilize an approved public or private disposal system, and shall be

sufficient in number so that they need not be shared by more than four occupants. These units' accommodations for physically handicapped occupants with wheelchairs or other special equipment shall provide access to all sanitary facilities and shall provide, as appropriate to needs of the occupants, basins and toilets of appropriate height, grab bars to toilets, showers and/or bathtubs, shower seats, and adequate space for movement.

(l) The unit shall contain suitable space to store, prepare and serve foods in a sanitary manner. A cooking stove or range, a refrigerator(s) of appropriate size and in sufficient quantity for the number of occupants, and a kitchen sink with hot and cold running water shall be present in proper operating condition. The sink shall drain into an approved private or public system. Adequate space for the storage, preparation and serving of food shall be provided. There shall be adequate facilities and services for the sanitary disposal of food wastes and refuse, including facilities for temporary storage where necessary (e.g., garbage cans).

(m) The dwelling unit shall afford the family adequate space and security. A living room, kitchen, dining area, bathroom, and other appropriate social and/or recreational community space shall be within the unit, and the dwelling unit shall contain at least one sleeping room of appropriate size for each two persons. Exterior doors and windows accessible from outside each unit shall be capable of being locked. An emergency exit plan shall be developed and occupants shall be apprised of the details of the plan. Regular fire inspections shall be conducted by appropriate local officials. Readily accessible first aid supplies and fire extinguishers shall be provided throughout the unit, smoke detectors shall be provided and emergency phone numbers (police, ambulance, fire department) shall be available at every phone and individual copies shall be provided to each occupant. All emergency and safety features and procedures shall meet applicable State and local standards.

(n) *Independent group residence.* The foregoing standards shall apply [illegible]

[illegible] of this section. In addition and (m) of this section, Section 885.109(n) shall apply [illegible]

(o) *Energy Efficiency—Re[illegible] Requirement.* Appropriate energy conservation improvements such as insulation, weatherstripping and caulking must be accomplished by HUD or the purchaser as part of any rehabilitation under this Subpart. In addition, energy conserving improvements such as storm doors and windows must be considered by HUD and accomplished by HUD or the purchaser provided that these improvements are determined by HUD to be cost-effective. See 24 CFR Part 39.

Pingree Apartments
Detroit, Mich.

EXHIBIT 7

Lots 175 thru 178 inclusive - William L. Holmes Subdivision of Lots 10, 11, 12, 13, 14, and 15 of Montclair Subdivision of part of ¼ Sections 48, and 53, 10,000 Acre Tract, Greenfield Twp., now City of Detroit, Wayne County, Michigan.

Recorded in Liber 18 of Plats, Page 18, Wayne County Records.

and

Lots 186, 187, 188, 189, 190 - Austins Subdivision of part of ¼ Section 47, 10,000 Acre Tract, Greenfield, now City of Detroit, Wayne County, Michigan.

Recorded in Liber 30 of Plats, Page 45, Wayne County Records.

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
SECTION 8 HOUSING ASSISTANCE PAYMENTS PROGRAM

PART II OF THE

HOUSING ASSISTANCE PAYMENTS CONTRACT

By and between Department of Housing & Urban Development (CA) and
Ben and Shaki Alli (Owner).

Check Type of Project: Private-Owner/HUD X or FHA-Owner/HUD ____
(HUD is the Contract Administrator or "CA.")

or Private-Owner/PHA ____
(The PHA is the CA)

| NEW CONSTRUCTION | or | SUBSTANTIAL REHABILITATION | or | PREVIOUSLY HUD-OWNED | |
|---|---|---|---|---|---|
| Part 880 ____ | | Part 881 ____ | | Part 886, Subpart C | X |
| Part 885 ____ | | Part 885 ____ | | | |

SECTION 8 PROJECT NUMBER: MI28-E000-037

FHA PROJECT NUMBER (if applicable): 044-44110-PD

2.1 OWNER'S WARRANTIES; AMENDMENTS.

(a) Legal Capacity. The Owner warrants that it has the legal right to execute this Contract and to lease dwelling units covered by this Contract.

(b) Completion of Work. The Owner warrants that the project as described in section 1.1 is in good and tenantable condition and that the project has been completed in accordance with the terms and conditions of the Agreement to Enter into Housing Assistance Payments Contract (Agreement) or will be completed in accordance with the Special Conditions for Acceptance (see attached exhibit, where applicable). The Owner further warrants that it will remedy any defects or omissions covered by this warranty if called to its attention within 12 months of the affective date of this Contract. The Owner and the CA agree that the continuation of this Contract shall be subject to the Owner meeting any Special Conditions for Acceptance.

2.2 FAMILIES TO BE HOUSED; CONTRACT ADMINISTRATOR (CA) ASSISTANCE.

(a) Families To Be Housed. The Contract Units are to be leased by the Owner to eligible Lower-Income Families (Families) for occupancy by such Families solely as private dwellings and as their principal place of residence. (See also section 2.10.)

(b) CA Assistance.

(1) The CA hereby agrees to make housing assistance payments on behalf of Families for the Contract Units, to enable the Families to lease Decent, Safe, and Sanitary housing pursuant to section 8 of the Act.

(2) If there is a Utility Allowance and if the Allowance exceeds the total Family contribution, the Owner shall pay the Family the amount of the excess. The CA will pay funds to the Owner in trust solely for the purpose of making this payment. Any pledge by the Owner of payments properly payable under this Contract shall not be construed to include payments covered by this paragraph (b)(2). (See 24 CFR section 880.501(e), 881.501(e), or 886.309(a).)

2.3 MAXIMUM HOUSING ASSISTANCE COMMITMENT; PROJECT ACCOUNT.

(a) Maximum Annual Contract Commitment. Notwithstanding any other provisions of this Contract (other than paragraph (b)(2) of this section) or any provisions of any other contract between the CA and the Owner, the CA shall not be obligated to make and shall not make any housing

assistance payments (or pay any fees where a PHA is a party to this Contract for the purpose of authorizing terminations in the case of previously HUD-owned projects) under this Contract in excess of the amount identified in section 1.1(c). However, this amount may be reduced commensurately with any reduction in the number of Contract Units or in the Contract Rents or pursuant to any other provisions of this Contract.

(b) Project Account.

(1) A project account will be established and maintained by HUD, consistent with its responsibilities under section 8(c)(6) of the Act, as a specifically identified and segregated account for the project. The account will be established and maintained, in an amount determined by HUD, out of the amounts by which the Maximum Annual Contract Commitment under section 1.1(c) (for Private-Owner/HUD or PHA-Owner/HUD Projects) or Maximum ACC Commitment (for Private-Owner/PHA Projects) exceeds the amount actually paid out under the Contract or ACC each fiscal year. Payments will be made from the account for housing assistance payments (and fees for PHA administration) when needed to cover increases in Contract Rents or decreases in tenant rents and for other costs specifically approved by the Secretary.

(2) If funds are available in the project account, the maximum annual contribution payable for any fiscal year will be increased by the amount, if any, as may be required for housing assistance payments (and fees where the CA is a PHA) to cover increases in Contract Rents or decreases in rents payable by Families and other costs approved by HUD.

(3) Whenever a HUD-approved estimate of the required annual contribution for a fiscal year exceeds the maximum annual commitment and would cause the amount in the project account to be less than 40 percent of the maximum annual commitment, HUD will, within a reasonable period of time, take such additional steps authorized by section 8(c)(6) of the U.S. Housing Act of 1937 as may be necessary to assure that payments under the Contract and ACC (if applicable) will be adequate to cover increases in Contract Rents and decreases in rents payable by Families, including (as provided in that section of the Act) "the reservation of annual contributions authority for the purpose of amending housing assistance contracts, or the allocation of a portion of new authorizations for the purpose of amending housing assistance contracts."

(4) Any amount remaining in the account after payment of the last Annual Contribution with respect to the project shall be applied by HUD in accordance with law.

2.4 HOUSING ASSISTANCE PAYMENTS TO OWNERS.

(a) Housing Assistance Payments on Behalf of Families.

(1) Housing assistance payments shall be paid to the Owner for units under lease for occupancy by Families in accordance with the Contract. The housing assistance payment will cover the difference between the Contract Rent and that portion of the rent payable by the Family as determined in accordance with the HUD-established schedules and criteria.

(2) The amount of housing assistance payment payable on behalf of a Family and the amount of rent payable by the Family shall be subject to change by reason of changes in Family Income, Family composition, extent of exceptional medical or other unusual expenses or program rules in accordance with the HUD-established schedules and criteria; or by reason of a change in any applicable Utility Allowance approved or required by the CA. Any such change shall be effective as of the date stated in a notification of the change to the Family, which need not be at the end of the Lease term.

(b) Vacancies During Rent-up. If a Contract Unit is not leased as of the effective date of the Contract (or within 15 days of the effective date of this Contract in the case of previously HUD-owned projects), the Owner is entitled to housing assistance payments in the amount of 80 percent of the Contract Rent for the unit for a vacancy period

not exceeding 60 days from the effective date of the Contract, provided that the Owner (1) commenced marketing and otherwise complied with section 2.2(d) of the Agreement, (2) has taken and continues to take all feasible actions to fill the vacancy, including, but not limited to, contacting applicants on its waiting list, if any, requesting the PHA and other appropriate sources to refer eligible applicants, and advertising the availability of the unit in a manner specifically designed to reach eligible families, and (3) has not rejected any eligible applicant, except for good cause acceptable to the CA.

(c) Vacancies after Rent-Up. If an eligible family vacates a unit, the owner is entitled to housing assistance payments in the amount (except as provided in paragraph (d) of this section) of 80 percent of the Contract Rent for the first 60 days of vacancy if the Owner:

(1) Certifies that it did not cause the vacancy by violating the lease, the Contract or any applicable law or by moving a family to another unit;

(2) Notified the CA of the vacancy or prospective vacancy and the reasons for it immediately upon learning of the vacancy or prospective vacancy;

(3) Has fulfilled and continues to fulfill the requirements specified in paragraphs (b)(1), (2), and (3) of this section; and

(4) Certifies that any eviction resulting in a vacancy was carried out in compliance with section 2.9.

(d) Payments for Vacancies after Initial Occupancy in Previously HUD-Owned Projects. In the case of previously HUD-owned projects, the Owner may receive housing assistance payments for so much of the month in which the Family vacates the unit as the unit remains vacant. Should the unit remain vacant, the Owner may receive from HUD a housing assistance payment in the amount of 80 percent of the Contract Rent for a vacancy period not exceeding an additional month. However, if the Owner collects any of the Family's share of the rent for this period, the payment for the vacancy period must be reduced to an amount which, when added to the Family's payments, does not exceed 80 percent of the Contract Rent. Any such excess shall be reimbursed by the Owner to HUD or as HUD may direct. Paragraphs (c)(1) through (4) apply.

(e) Vacancies for Longer than 60 Days. Except for previously HUD-owned projects not requiring substantial rehabilitation, if an assisted unit continues to be vacant after the period specified in paragraph (b), (c) or (d) of this section, the Owner may apply to receive additional payments for the vacancy period in an amount equal to the principal and interest payments required to amortize that portion of the debt service attributable to the vacant unit (see Exhibit 2) for up to 12 additional months for the unit if:

(1) The unit was in decent, safe and sanitary condition during the vacancy period for which payments are claimed;

(2) The owner has fulfilled and continues to fulfill the requirements specified in paragraph (b), (c) or (d) of this section, as appropriate; and

(c) The owner has demonstrated to the satisfaction of HUD that:

(i) For the period of vacancy, the project is not providing the owner with revenues at least equal to project expenses (exclusive of depreciation), and the amount of payments requested is not more than the portion of the deficiency attributable to the vacant unit, and

(ii) The project can achieve financial soundness within a reasonable time.

(f) Prohibition of Double Compensation for Vacancies. The owner is not entitled to payments for vacant units to the extent it can collect for the vacancy from other sources (such as security deposits, other amounts collected from the Family, payments from the CA under section 2.8(b), and governmental payments under other programs). If the Owner collects any of the Family's share of the rent for a vacancy period in an amount which, when added to the vacancy payment, results in more than the Contract Rent, the excess must be reimbursed as HUD directs.

(g) CA Not Obligated for Family Rent. The CA has not assumed any obligation for the amount of rent payable by any Family or the satisfaction of any claim by the Owner against any Family other than in accordance with section 2.8(b) of this Contract.

The financial obligation of the CA is limited to making housing assistance payments on behalf of Families in accordance with this Contract.

(h) Owner's Monthly Requests for Payments.

(1) The Owner shall submit monthly requests to the CA or as directed by the CA for housing assistance payments. Each request shall set forth: (i) the name of each Family and the address and/or number of the unit leased by the Family; (ii) the address and/or the number of each unit, if any, not leased to Families for which the Owner is claiming payments; (iii) the Contract Rent as set forth in Exhibit 1 for each unit for which the Owner is claiming payments; (iv) the amount of rent payable by the Family leasing the unit (or, where applicable, the amount to be paid the Family in accordance with section 2.2(b)(2)); and (v) the total amount of housing assistance payments requested by the Owner.

(2) Each of the Owner's monthly requests shall contain a certification by it that to the best of its knowledge and belief (i) the dwelling units are in Decent, Safe, and Sanitary condition, (ii) all the other facts and data on which the request for funds is based are true and correct, (iii) the amount requested has been calculated in accordance with the provisions of this Contract and is payable under the Contract, (iv) none of the amount claimed has been previously claimed or paid under this Contract, and (v) the Owner has not received and will not receive any payments or other consideration from the Family, the PHA, HUD, or any other public or private source for the unit beyond that authorized in this Contract and the lease.

(3) If the Owner has received an excessive payment, the CA (or HUD where the CA is a PHA), in addition to any other rights to recovery, may deduct the amount from any subsequent payment or payments.

(4) The Owner's monthly requests for housing assistance payments are subject to penalty under 18 U.S.C. 1001, which provides, among other things, that whoever knowingly and willfully makes or uses a document or writing containing any false, fictitious, or fraudulent statement or entry, in any matter within the jurisdiction of any department or agency of the United States, shall be fined not more than $10,000 or imprisoned for not more than five years, or both.

(i) Payments to Trustee by PHA Where It Is the Lender. (See section 1.4 for applicability of this paragraph.) The amount of the housing assistance payment determined in accordance with the provisions of this Contract, up to the amount of the mortgage repayments due the PHA from the Owner pursuant to the mortgage loan made by the PHA for the project, shall be credited to the Owner and transferred monthly by the PHA from the account maintained under the General Depositary Agreement pursuant to the ACC to the trustee under the note or bond resolution of the PHA under which the notes or bonds to provide the mortgage loan were issued. Any amount of the housing assistance payment in excess of such credit shall be paid by the PHA directly to the Owner.

2.5 MAINTENANCE, OPERATION AND INSPECTION.

(a) Maintenance and Operation. The Owner agrees to maintain and operate the Contract Units, unassisted units, if any, and related facilities to provide Decent, Safe, and Sanitary housing including the provision of all the services, maintenance and utilities set forth in section 1.1(e). The Owner also agrees to comply with the lead-based paint regulations at 24 CFR Part 35. If the CA determines that the Owner is not meeting one or more of these obligations, the CA shall have the right to take action under section 2.21(b).

(b) Inspection.

(1) Prior to occupancy of any Contract Unit by a Family, the Owner and the Family shall inspect the unit and both shall certify, on forms prescribed or approved by the CA, that they have inspected the unit and have determined it to be Decent, Safe, and Sanitary in accordance with the criteria provided in the forms. The Owner shall keep copies of these reports on file for at least three years.

(2) The CA shall inspect or cause to be inspected the Contract Units and related facilities at least annually and at such other times (including prior to initial occupancy and rerenting of any unit) as may be necessary to assure that the Owner is meeting its obligation to maintain the units in Decent, Safe, and Sanitary condition including the provision of the agreed-upon utilities and other services. The CA shall take into account complaints by occupants and any other information coming to its attention in scheduling inspections and shall notify the Owner and the Family of its determination.

(c) Units Not Decent, Safe, and Sanitary. If the CA notifies the Owner that it has failed to maintain a dwelling unit in Decent, Safe, and Sanitary condition and the Owner fails to take corrective action within the time prescribed in the notice, the CA may exercise any of its rights or remedies under the Contract, including reduction or suspension of housing assistance payments, even if the Family continues to occupy the unit. If, however, the Family wishes to be rehoused in another dwelling unit with section 8 assistance and the CA does not have other section 8 funds for such purposes, the CA may use the abated housing assistance payments for the purpose of rehousing the Family in another dwelling unit. If the Family continues to occupy the unit, it will do so in accordance with the terms of its lease, including the termination date and amount of rent payable by the Family.

(d) Notification of Abatement. Any reduction or suspension of housing assistance payments shall be effective as provided in written notification to the Owner. The Owner shall promptly notify the Family of any such abatement.

(e) Overcrowded and Underoccupied Units. Where the CA determines a unit is larger or smaller than appropriate for an eligible family, the Owner agrees to correct the situation in accordance with HUD regulations and requirements in effect at the time of the determination.

2.6 FINANCIAL REQUIREMENTS.

(a) Submission of Financial and Operating Statements.

The Owner must submit to the CA:

(1) Within 60 days after the end of each fiscal year of the project, financial statements for the project audited by an Independent Public Accountant in the form required by HUD, and

(2) Other statements as to project operation, financial conditions and occupancy as HUD may require pertinent to administration of the Contract and monitoring of project operations.

(b) Use of Project Funds. (Not applicable to Partially Assisted or Previously HUD-Owned Projects.)

(1) Project funds must be used for the benefit of the project, to make mortgage payments, to pay operating expenses, to make required deposits to the replacement reserve in accordance with paragraph (c) of this section and to provide distributions

to the Owner as provided in paragraph (d). To the extent HUD determines that project funds are more than needed for these purposes, the surplus project funds must be deposited with the mortgagee or other HUD-approved depositary in an interest-bearing residual receipts account. Withdrawals from this account will be made only with the approval of HUD and for project purposes, including the reduction of housing assistance payments. Upon termination of the Contract, any excess funds must be remitted to HUD.

(2) In the case of HUD-insured projects, the provisions of this paragraph (b) will apply instead of the otherwise applicable mortgage insurance requirements, except in the case of partially assisted or previously HUD-owned, insured projects which are subject to the applicable mortgage insurance requirements.

(c) Replacement Reserve. (Not applicable to Partially Assisted or Previously HUD-Owned Projects.)

(1) The Owner shall establish and maintain a replacement reserve in an interest-bearing account to aid in funding extraordinary maintenance and repair and replacement of capital items in accordance with applicable regulations.

(i) The obligation of the Owner to deposit into the replacement reserve shall commence upon the effective date of the Contract. For staged projects, the obligation shall commence on a pro rata basis for units in each stage on the effective date of the Contract for that stage. The amount of the deposit to the replacement reserve will be adjusted each year by the amount of the automatic annual adjustment factor. See 24 CFR Part 888.

(ii) The reserve must be built up to and maintained at a level determined by HUD to be sufficient to meet projected requirements. Should the reserve achieve that level, the rate of deposit to the reserve may be reduced with the approval of HUD.

(iii) All earnings including interest on the reserve must be added to the reserve.

(iv) Funds will be held by the mortgagee or trustee for the bondholders, and may be drawn from the reserve and used only in accordance with HUD guidelines and with the approval of, or as directed by, HUD.

(2) In the case of HUD-insured projects, the provisions of this paragraph (c) will apply instead of the otherwise applicable mortgage insurance requirements, except in the case of partially-assisted or previously HUD-owned, insured projects which are subject to the applicable mortgage insurance requirements.

(d) Limitation on Distributions. (Paragraphs (d)(2)-(4) are not applicable to Small, Partially Assisted or Previously HUD-Owned Projects.)

(1) Nonprofit owners are not entitled to distributions of project funds.

(2) For the life of the Contract, project funds may only be distributed to profit-motivated owners at the end of each fiscal year of project operation following the effective date of the Contract after all project expenses have been paid, or funds have been set aside for payment, and all reserve requirements have been met. The first year's distribution may not be made until cost certification, where applicable, is completed. Distributions may not exceed the following maximum returns:

(i) For projects for elderly families, the first year's distribution will be limited to 6 percent on equity. HUD may provide for increases in subsequent years' distributions in accordance with applicable HUD regulations and requirements.

(ii) For projects for nonelderly families, the first year's distribution will be limited to 10 percent on equity. HUD may provide for increases in subsequent years' distributions in accordance with applicable HUD regulations and requirements.

(3) For the purpose of determining the allowable distribution, an Owner's equity investment shall be computed in accordance with HUD regulations and requirements.

(4) Any short-fall in return may be made up from surplus project funds (see paragraph (b)(1)) in future years.

(5) In the case of HUD-insured projects, the provisions of this section will apply instead of the otherwise applicable mortgage insurance program regulations, except in the case of small, partially assisted or previously HUD-owned, insured projects which are subject to the applicable mortgage insurance regulations.

2.7 RENT ADJUSTMENTS.

(a) Funding of Adjustments. Housing assistance payments will be made in amounts commensurate with Contract Rent adjustments under this section up to the maximum amount authorized under section 2.3(a) of this Contract.

(b) Annual Adjustments.

(1) Upon request from the Owner to the CA, Contract Rents will be adjusted on the anniversary date of the Contract in accordance with 24 CFR 888 and this Contract. See, however, paragraph (d).

(2) In the case of previously HUD-owned projects, the Contract Rents shall be adjusted in accordance with 24 CFR 886, Subpart C and this Contract.

(3) Contract Rents may be adjusted upward or downward, as may be appropriate; however, in no case shall the annual adjustment result in Contract Rents less than the Contract Rents on the effective date of the Contract.

(c) Special Additional Adjustments. Special additional adjustments shall be granted, when approved by HUD, to reflect increases in the actual and necessary expenses of owning and maintaining the Contract Units which have resulted from substantial general increases in real property taxes, utility rates, assessments, and utilities not covered by regulated rates. The Owner must demonstrate that such general increases have caused increases in the Owner's operating costs which are not adequately compensated for by annual adjustments. The Owner shall submit to HUD supporting data, financial statements and certifications which clearly support the increase. See, however, paragraph (d).

(d) Overall Limitation. Notwithstanding any other provision of this Contract, adjustments after Contract execution or cost certification, where applicable, shall not result in material differences between the rents charged for assisted and comparable unassisted units, as determined by HUD; except to the extent that the differences existed with respect to the Contract Rents set at Contract execution or cost certification, where applicable.

(e) Incorporation of Rent Adjustment. Any adjustment in Contract Rents shall be incorporated into Exhibit 1 by a dated addendum to the exhibit establishing the effective date of the adjustment.

(f) Adjustment of Contract Rents based on Cost Certification. (See section 1.4 for applicability of this paragraph.)

(1) Submission by Owner. Within 60 days after HUD accepts the project (or accepts the last stage, where applicable), or any extensions approved by HUD for good cause, the Owner will certify the actual costs estimated in the Final Proposal or Purchase and Use Plan of the replacement cost, operating expenses, income, and debt service, and submit a cost certification including the certificate of an Independent Public Accountant to HUD in the manner and form prescribed by HUD, based on the following guidelines:

(i) Projects which involve HUD mortgage insurance will be subject to the cost certification requirements of the applicable insurance program;

(ii) For projects not insured by HUD, a simplified form of cost certification as prescribed by HUD will be completed and submitted.

(2) HUD Review. Cost certifications will be subject to review by HUD. As part of this review, the Owner and/or contractor may be required to submit additional documentation.

(3) Reduction of Contract Rents. If the Owner's certified costs provided in accordance with paragraph (f)(1) of this section, as approved by HUD, are less than the cost estimates provided in the Final Proposal or Purchase and Use Plan, the Contract Rents will be reduced accordingly.

(4) Reduction of Maximum Annual Commitment. If the Contract Rents are reduced pursuant to paragraph (f)(3) of this section, the maximum annual Contract commitment (and the maximum ACC commitment, in the case of Private-Owner/PHA projects) will be reduced. If Contract Rents are reduced based on certification after Contract execution, any overpayment since the effective date of the Contract will be recovered from the Owner by the CA.

(g) Adjustment of Contract Rents to Reflect Actual Cost of Tax Exempt Obligations Issued by a Participating State Agency Not Subject to Part 811 (See section 1.4 for applicability of this paragraph.) After the project is permanently financed, the financing agency shall submit a certification to HUD specifying the actual financing terms. If the actual debt service to the Owner under the permanent financing is lower than the anticipated debt service on which the Contract Rents were based, the initial Contract Rents or the Contract Rents then in effect shall be reduced commensurately and the amount of savings credited to the project account. The maximum annual Contract commitment (and the maximum annual ACC commitment, in the case of Private-Owner/PHA projects) will not be reduced.

(h) Adjustment of Contract Rents to Reflect Actual Cost for Projects Subject to Part 811. (See section 1.4 for applicability of this paragraph.)

(1) Submission by Owner and Financing Agency. The Owner and the financing agency shall submit certified statements as to the financing and other costs as required by Part 811 prior to final endorsement. Based on the certified statements, HUD will determine whether any reduction in initial Contract Rents is required under Part 811. Promptly after HUD notification, the Owner and the financing agency agree to amend the Contract to reduce the ~~initial Contract Rents to the extent required by HUD.~~ See sections 2.3(b)(5) and (6) of the Agreement, as appropriate.

(2) Reduction of Maximum Annual Commitment. If the Contract Rents are reduced pursuant to paragraph (h)(1) of this section, the maximum annual Contract commitment(and the maximum ACC commitment, in the case of Private-Owner/PHA projects) will be reduced. If Contract Rents are reduced based on certification after Contract execution, any overpayment since the effective date of the Contract will be recovered from the Owner by the CA.

(i) Adjustment of Contract Rents Due to Property Tax Exemption or Similar Savings. The Contract Rents may be reduced to reflect real property tax exemption or similar savings where the initial Contract Rents were approved on the assumption that the project would not receive the benefit of tax abatement or similar savings. The Owner agrees to notify the CA in the event such a project begins to receive such an exemption or similar savings so that the initial Contract Rents or the Contract Rents then in effect may be reduced.

(a) Compliance with Equal Opportunity Requirements. Marketing of units and selection of Families by the Owner shall be in accordance with the Owner's HUD-approved Affirmative Fair Housing Marketing Plan (if required), shown as an exhibit, and with all regulations relating to fair housing advertising. Projects shall be managed and operated without regard to race, color, religion, creed, sex, handicap, or national origin and in the case of previously HUD-owned projects in accordance with the tenant selection factors shown as Exhibit 6.

(b) Security Deposits. The Owner agrees to comply with applicable section 8 regulations and other requirements, as revised from time to time, regarding security deposits and to comply with all State and local law.

(c) Eligibility, Selection and Admission of Families.

(1) Except for those families in previously HUD-owned projects determined by HUD at the time of the sale of the project to be eligible for section 8, the Owner shall be responsible for determination of eligibility of applicants, selection of families from among those determined to be eligible, computation of the amount of housing assistance payments on behalf of each selected Family and of total Family contributions and recordkeeping in accordance with applicable HUD regulations and requirements.

(2) The Owner shall not charge any applicant or assisted Family any amount in excess of the total Family contribution except as authorized by HUD.

(3) In the initial renting of the Contract Units, the Owner must lease at least 30 percent to Very Low-Income Families (determined in accordance with HUD-established schedules and criteria). However, if this requirement cannot be met for substantial rehabilitation or previously HUD-owned projects because of families already residing in the project, HUD may permit the leasing of less than 30 percent of the units to Very Low-Income Families. Thereafter the Owner shall exercise best efforts to maintain (or achieve and maintain) at least 30 percent occupancy of the Contract Units by Very Low-Income Families. In addition, at all times, the Owner will use its best efforts to achieve leasing to Families with a range of incomes so that the average of incomes of all Families in occupancy is at or above 40 percent of the median income in the area.

(4) The Lease entered into between the Owner and each selected Family shall be on the form of Lease approved by HUD.

(5) (i) The Owner shall make a reexamination of Family income, composition, and the extent of medical or other unusual expenses incurred by the Family at least as often as required by HUD regulations or other requirements, and appropriate redeterminations shall be made by the Owner of the amount of Family contribution and the amount of housing assistance payment, all in accordance with applicable HUD regulations and requirements.

(ii) If a family reports a change in income or other circumstances that would result in a decrease of total family contribution between regularly scheduled reexaminations, the Owner, upon receipt of verification of the change, must promptly make appropriate adjustments in the total family contribution. The Owner may require in its lease that families report increases in income or other changes between scheduled reexaminations.

(iii) In connection with the reexamination, the Owner shall determine what percentage of Families in occupancy are Very Low-Income Families and what the average Family income is. If there are fewer than 30 percent Very Low-Income Families in occupancy, or the average income is below 40 percent of the median, the Owner shall report the fact to HUD and shall adopt appropriate changes in its admission policies.

(iv) A Family's eligibility for housing assistance payments continues until its total Family contribution equals the total housing expense for the unit it occupies. The termination of

eligibility at this point will not affect the Family's other rights under the lease nor preclude resumption of payments as a result of later changes in income or other circumstances during the term of this Contract.

(6) Where fewer than 100 percent of the units in the project are covered by this Contract, assisted Families shall be dispersed throughout. At initial rent-up, the Owner shall lease the units identified in Exhibit 1 to eligible Families. Thereafter, the Owner may lease other units of appropriate size and type to eligible Families in accordance with Exhibit 1. For projects with units for both elderly and non-elderly Families, the respective family types may be grouped together.

(7) The Owner shall maintain as confidential all information relating to section 8 applicants and assisted Families, the disclosure of which would constitute an unwarranted invasion of personal privacy.

(d) Rent Redetermination after Adjustment in Utility Allowance. In the event that the Owner is notified of a CA determination approving or requiring an adjustment in the Utility Allowance applicable to any of the Contract Units, the Owner shall promptly make a corresponding adjustment in the amount of rent to be paid by the affected Families and the amount of housing assistance payments.

(e) Processing of Applications and Complaints. The Owner shall process applications for admission, notifications to applicants, and complaints by applicants in accordance with applicable HUD and PHA regulations and requirements and shall maintain records and furnish such copies or other information as may be required by HUD or the PHA.

(f) Review: Incorrect Payments. In making housing assistance payments to Owners, the PHA or HUD will review the Owner's determinations under this section. If as a result of this review, or other reviews, audits or information received by the PHA or HUD at any time, it is determined that the Owner has received improper or excessive housing assistance payments, the PHA or HUD shall have the right to deduct the amount of such overpayments from any amounts otherwise due the Owner, or otherwise effect recovery.

2.9 TERMINATION OF TENANCY OR SECTION 8 ASSISTANCE BY THE OWNER.

The Owner agrees not to terminate any tenancy of or assistance on behalf of an assisted Family except in accordance with all HUD regulations and other requirements in effect at the time of the termination, and any State and local law.

2.10 REDUCTION OF NUMBER OF UNITS FOR FAILURE TO LEASE TO ELIGIBLE FAMILIES.

(a) Limitation on Leasing to Ineligible Families. Except in the case of previously HUD-owned projects, the Owner may not at any time during the term of this Contract lease more than 10 percent of the assisted units in the project to families which are ineligible under section 8 requirements at initial occupancy without the prior approval of HUD. Failure on the part of the Owner to comply with this prohibition is a violation of the Contract and grounds for all available legal remedies, including specific performance of the Contract, suspension or debarment from HUD programs and reduction of the number of units under the Contract, as set forth in paragraph (b) of this section. (See also section 2.21.)

(b) Reduction for Failure to Lease to Eligible Families - New and Rehab Projects. If, at any time beginning six months after the effective date of the Contract, the Owner fails for a continuous period of six months to have at least 90 percent of the assisted units leased or available for leasing by families eligible under section 8 requirements at initial occupancy, HUD (or the PHA at the direction of HUD, as appropriate) may, on at least 30 days' notice, reduce the number of units covered by the Contract. HUD or the PHA may reduce the number of units to the number of units actually leased or available for leasing plus 10 percent (rounded up). This reduction, however, will not be made if the failure to lease units to eligible families is permitted in writing by HUD under paragraph (a) of this section.

(c) Reduction --Previously HUD-Owned Projects. If, at any time beginning six months after the effective date of the Contract, the Owner fails for a continuous period of six months to have all of the assisted units leased or available for leasing by families eligible under section 8 requirements at initial occupancy, HUD may, on 30 calendar days' notice, reduce the number of Contract units to not less than the number of Contract units under lease, plus 10 percent of such number if the number is 10 or more, rounded up. Failure by the Owner to make a reasonable effort to lease the units to eligible Families shall be a violation of the Contract and grounds for all legal remedies including those specified in paragraph (a) and section 2.21.

(d) Restoration. HUD will agree to an amendment of the ACC or the Contract, as appropriate, to provide for subsequent restoration of any reduction made pursuant to paragraph (b) or (c) of this section if:

(1) HUD determines that the restoration is justified by demand,

(2) The Owner otherwise has a record of compliance with its obligations under the Contract, and

(3) Contract authority is available. (HUD will take such steps authorized by section 8(c)(6) of the Act as may be necessary to carry out its agreement.

2.11 NONDISCRIMINATION.

(a) General. The Owner shall not in the selection of Families, in the provision of services, or in any other manner, discriminate against any person on the grounds of race, color, creed, religion, sex, national origin, or handicap.

(b) Members of Certain Classes. The Owner shall not automatically exclude anyone from participation in, or deny anyone the benefits of, the Housing Assistance Payments Program because of membership in a class, such as unmarried mothers, recipients of public assistance, handicapped persons.

(c) Title VIII of the Civil Rights Act of 1968. The Owner shall comply with all requirements imposed by Title VIII of the Civil Rights Act of 1968, which prohibits discrimination in the sale, rental, financing and advertising of housing on the basis of race, color, religion, sex, or national origin, and any related rules and regulations.

(d) Title VI of the Civil Rights Act of 1964 and Executive Order 11063. The Owner shall comply with all requirements imposed by Title VI of the Civil Rights Act of 1964, 42 U.S.C. 2000d. et seq.; the HUD Regulations issued thereunder, 24 CFR, Subtitle A, Part 1; the HUD requirements pursuant to these regulations; and Executive Order 11063 and any regulations and requirements issued thereunder, to the end that, in accordance with that Act, Executive Order 11063, and the regulations and requirements of HUD, no person in the United States shall, on the grounds of race, color, creed, or national origin, be excluded from participation in, or be denied the benefits of, the Housing Assistance Payments Program, or be otherwise subjected to discrimination. This provision is included pursuant to the regulations of HUD, 24 CFR, Subtitle A, Part 1 issued under Title VI of the Civil Rights Act of 1964, HUD regulations issued pursuant to Executive Order 11063 and the HUD requirements pursuant to the regulations. The obligation of the Owner to comply therewith inures to the benefit of the United States of America, HUD, and the PHA (where the CA is a PHA), any of which shall be entitled to invoke any remedies available by law to redress any breach or to compel compliance by the Owner.

(e) Section 504 of the Rehabilitation Act of 1973. The Owner shall comply with all the requirements imposed by section 504 of the Rehabilitation Act of 1973, as amended, and any related rules and regulations. Section 504 provides that no qualified handicapped person shall, on the basis of handicap, be excluded from participation in, be denied the benefits of, or otherwise be subjected to discrimination under any program or activity which receives or benefits from Federal financial assistance. Accordingly, the Owner (1) shall not discriminate against any qualified handicapped person on the basis of handicap and (2) shall

(c) Compliance with the provisions of section 3, the regulations set forth in 24 CFR, Part 135, and all applicable rules and orders issued by HUD thereunder prior to execution of this Contract, shall be a condition of the Federal financial assistance provided to the project, binding upon the Owner, its contractors and subcontractors, its successors and assigns. Failure to fulfill these requirements shall subject the Owner, its contractors and subcontractors, its successors, and assigns to the sanctions specified by this Contract, and to such sanctions as are specified by 24 CFR, Section 135.135.

(d) The Owner shall incorporate or cause to be incorporated into any contract or subcontract for work pursuant to this Agreement in excess of $50,000 cost, the following clause:

EMPLOYMENT OF PROJECT AREA RESIDENTS AND CONTRACTORS

"A The work to be performed under this Contract is on a project assisted under a program providing direct Federal financial assistance from HUD and is subject to the requirements of section 3 of the Housing and Urban Development Act of 1968, as amended, 12 U.S.C. 1701u. Section 3 requires that, to the greatest extent feasible, opportunities for training and employment be given lower-income residents of the project area, and contracts for work in connection with the project be awarded to business concerns which are located in, or owned in substantial part by persons residing in, the area of the project.

"B The parties to this Contract will comply with the provisions of section 3 and the regulations issued pursuant thereto by HUD as set forth in 24 CFR, Part 135, and all applicable rules and orders of HUD issued thereunder prior to the execution of this Contract. The parties to this Contract certify and agree that they are under no contractual or other disability which would prevent them from complying with these requirements.

"C The contractor will send to each labor organization or representative of workers with which he has a collective bargaining agreement or other contract or understanding, if any, a notice advising the labor organization or workers' representative of his commitments under this section 3 clause and shall post copies of the notice in conspicuous places available to employees and applicants for employment or training.

"D The contractor will include this section 3 clause in every subcontract for work in connection with the project and will, at the direction of the applicant for or recipient of Federal financial assistance, take appropriate action pursuant to the subcontract upon a finding that the subcontractor is in violation of regulations issued by HUD, 24 CFR, Part 135. The contractor will not subcontract with any subcontractor where it has notice or knowledge that the latter has been found in violation of regulations under 24 CFR, Part 135, and will not let any subcontract unless the subcontractor has first provided it with a preliminary statement of ability to comply with the requirements of these regulations.

"E Compliance with the provisions of section 3, the regulations set forth in 24 CFR, Part 135, and all applicable rules and orders of HUD issued thereunder prior to the execution of the Housing Assistance Payments Contract, shall be a condition of the Federal financial assistance provided to the project, binding upon the Owner, its contractors and subcontractors, its successors, and assigns. Failure to fulfill these requirements shall subject the Owner, its contractors and subcontractors, its successors, and assigns to those sanctions specified by the Housing Assistance Payments Contract, and to such sanctions as are specified by 24 CFR, Section 135.135."

(e) The Owner agrees that it will be bound by the above section 3 clause with respect to its own employment practices when it participates in federally assisted work.

2.14 FLOOD INSURANCE. (See section 1.4 for applicability.)

The Owner agrees that the project will be covered, during its anticipated economic or useful life, by flood insurance in an amount at least equal to its development or project cost (less estimated land cost) or to the maximum limit of coverage made available with respect to the particular type of property under the National Flood Insurance Act of 1968, whichever is less.

2.15 CLEAN AIR ACT AND FEDERAL WATER POLLUTION CONTROL ACT. (See section 1.4 for applicability of this section.)

In compliance with regulations issued by the Environmental Protection Agency ("EPA"), 40 CFR, Part 15, pursuant to the Clean Air Act, as amended ("Air Act"), 42 U.S.C. 7401, et seq., the Federal Water Pollution Control Act, as amended ("Water Act"), 33 U.S.C. 1251, et seq., and Executive Order 11738, the Owner agrees:

(a) Not to utilize any facility in the performance of this Contract or any nonexempt subcontractor which is listed on the EPA List of Violating Facilities pursuant to section 15.20 of the regulations;

(b) Promptly to notify the CA of the receipt of any communication from the EPA indicating that a facility to be utilized for the Contract is under consideration to be listed on the EPA List of Violating Facilities;

(c) To comply with all the requirements of section 114 of the Air Act and section 308 of the Water Act relating to inspection, monitoring, entry, reports, and information, as well as all other requirements specified in section 114 of the Air Act and section 308 of the Water Act, and all regulations and guidelines issued thereunder; and

(d) To include or cause to be included the provisions of this Contract in every nonexempt subcontract and take such action as HUD may direct as a means of enforcing such provisions.

2.16 REPORTS AND ACCESS TO PREMISES AND RECORDS.

(a) The Owner shall furnish any information and reports pertinent to this Contract as reasonably may be required from time to time by HUD and the PHA (where the CA is a PHA).

(b) The Owner shall permit HUD and the PHA (where the CA is a PHA) or any of their duly authorized representatives to have access to the premises and, for the purpose of audit and examination, to have access to any books, documents, papers and records of the Owner that are pertinent to compliance with this Contract, including the verification of information pertinent to the housing assistance payments.

2.17 DISPUTES.

(a) For Private-Owner/PHA Projects:

(1) Any dispute concerning a question of fact arising under this Contract which cannot be resolved by the PHA and the Owner may be submitted by either party to the HUD Field Office which will promptly make a decision and furnish a written copy to the Owner and the PHA.

(2) The decision of the Field Office will not be reviewable unless, within 30 calendar days from the date of receipt of the Field Office's determination, either party mails or otherwise furnishes to HUD a written appeal with written justification addressed to the Secretary of Housing and Urban Development. Both parties shall proceed diligently with the performance of the Contract and in accordance with the decision of the Field Office pending resolution of the appeal.

(b) For Private-Owner/HUD or PHA-Owner/HUD Projects:

Any dispute concerning a question of fact arising under this Contract which cannot be resolved by agreement between the HUD Field Office and the Owner may be submitted by the Owner to the Secretary of Housing and Urban Development. Both parties shall proceed diligently with the performance of the Contract and in accordance with the decision of the Field Office, pending resolution of the appeal.

2.18 INTEREST OF MEMBERS, OFFICERS, OR EMPLOYEES OF PHA, MEMBERS OF LOCAL GOVERNING BODY, OR OTHER PUBLIC OFFICIALS.

(a) No person or entity in the following classes shall have an interest, direct or indirect, in this Agreement or in any proceeds or benefits arising from it, during his or her tenure or for one year thereafter.

(1) any member or officer of the PHA (where it is the CA or the Owner), except where his or her interest is as tenant;

(2) (i) any employee of the PHA (where it is the CA or the Owner) who formulates policy or influences decisions with respect to the section 8 project;

(ii) any other employee of the PHA (where it is the CA or the Owner), except where his or her interest is as a tenant;

(3) any member of the governing body or the executive officer of the locality (city or county) in which the project is situated;

(4) any member of the governing body or executive officer of the locality (city or county) in which the PHA (where it is the CA or the Owner) was activated;

(5) any other State or local public official (including State legislators), who exercises any functions or responsibilities with respect to the section 8 project;

(6) any PHA (which is not the CA), where any of its members, officers, or employees has a personal interest in the project, including an interest by reason of membership on the board of the PHA which is the CA (except an employee who does not formulate policy or influence decisions with respect to the section 8 project may have an interest as a tenant).

(b) Members of the classes described in paragraph (a) who involuntarily acquire an interest in the section 8 program or in a section 8 project, or who had acquired prior to the beginning of their tenure any such interest, must disclose any interest or prospective interest to the PHA (where it is the CA or the Owner) and the HUD Field Office, and may, with appropriate justification, if consistent with State law,

apply to the HUD Field Office (through the PHA where it is the CA) for a waiver. Any other requests for waivers of paragraph (a) must be referred to the HUD Headquarters, with appropriate recommendations from the Field Office, for a determination of whether a waiver will be granted.

(c) No person to whom a waiver is granted shall be permitted (in his or her capacity as member of a class described in paragraph (a)) to exercise responsibilities or functions with respect to an Agreement or a Contract executed, or to be executed, on his or her behalf, or with respect to an Agreement or a Contract to which this person is a party.

(d) The Owner shall insert in all contracts, subcontracts, and arrangements entered into in connection with the project or any property included or planned to be included in the project, and shall require its contractors and subcontractors to insert in each of the subcontracts, the provisions of paragraphs (a) through (d).

(e) The provisions of paragraphs (a) through (d) of this section shall not apply to a utility service if the rates are fixed or controlled by a governmental agency or applicable to the Depositary Agreement.

2.19 INTEREST OF MEMBER OF OR DELEGATE TO CONGRESS.

No member of or delegate to the Congress of the United States of America or resident commissioner shall be admitted to any share or part of this Contract or to any benefits which may arise from it.

2.20 <u>ASSIGNMENT, SALE OR FORECLOSURE</u>.

(a) The Owner agrees that it has not made and will not make any sale, assignment, or conveyance or transfer in any fashion, of this Contract, the Agreement, the ACC (if applicable), or the project or any part of them or any of its interest in them, without the prior written consent of HUD (and the PHA where it is the CA). However, in the case of an assignment as security for the purpose of obtaining financing of the project, HUD (and the PHA where it is the CA) shall consent in writing if HUD has approved the terms of the financing.

(b) The Owner agrees to notify HUD (and the PHA where it is the CA) promptly of any proposed action covered by paragraph (a) of this section. The Owner further agrees to request the prior written consent of HUD (and the PHA where it is the CA).

(c) (1) For purposes of this section, a sale, assignment, conveyance, or transfer includes but is not limited to one or more of the following:

(i) A transfer by the Owner, in whole or in part,

(ii) A transfer by a party having a substantial interest in the Owner,

(iii) Transfers by more than one party of interests aggregating a substantial interest in the Owner,

(iv) Any other similarly significant change in the ownership of interests in the Owner, or in the relative distribution of interests by any other method or means, and

(v) Any refinancing by the Owner of the project.

(2) An assignment by the Owner to a limited partnership, in which no limited partner has a 25 percent or more interest and of which the Owner is the sole general partner, shall not be considered an assignment, conveyance, or transfer. An assignment by one or more general or limited partners of a limited partnership interest to a limited partner, who will have no more than a 25 percent interest, shall not be considered an assignment, conveyance, or transfer.

(3) The term "substantial interest" means the interest of any general partner, any limited partner having a 25 percent or more interest in the organization, any corporate officer or director, and any stockholder having a 10 percent or more interest in the organization.

(d) The Owner and the party signing this Contract on behalf of the Owner represent that they have the authority of all of the parties having ownership interests in the Owner to agree to this provision on their behalf and to bind them with respect to it.

(e) Except where otherwise approved by HUD, this Contract, the Agreement, and the ACC (if applicable) shall continue in effect and housing assistance payments will continue in accordance with the terms of the Contract in the event:

(1) Of assignment, sale, or other disposition of the project or this Contract, the Agreement, or the ACC,

(2) Of foreclosure, including foreclosure by HUD,

(3) Of assignment of the mortgage or deed in lieu of foreclosure,

(4) The PHA or HUD takes over possession, operation or ownership,

(5) The Owner prepays the mortgage.

2.21 DEFAULTS BY PHA AND/OR OWNER.

(a) Rights of Owner if PHA Defaults under Contract (for Private-Owner/PHA Projects).

(1) Events of Default. The occurrence of any of the following events, if the Owner is not in default, is defined as a default under the ACC:

(i) If the PHA fails to perform or observe any term or condition of this Contract;

(ii) If the Contract is held to be void, voidable, or ultra vires;

(iii) If the power or right of the PHA to enter into the Contract is drawn into question in any legal proceeding; or

(iv) If the PHA asserts or claims that the Contract is not binding upon the PHA for any such reason.

(2) Owner Request for HUD Determination of Default.

If the Owner believes that an event as specified in paragraph (a)(1) has occurred, and the Owner is not in default, the Owner may, within 30 days of the initial occurrence of the event:

(i) Notify HUD of the occurrence of the event;

(ii) Provide supporting evidence of the default and of the fact that the Owner is not in default; and

(iii) Request HUD to determine whether there has been a default.

(3) HUD Determination of Default and Curing of Default.

HUD, after notice to the PHA giving it a reasonable opportunity to take corrective action, or to demonstrate that it is not in default, shall make a determination whether the PHA is in default and whether the Owner is not in default. If HUD determines tha the PHA is in default and that the Owner is not, HUD shall take appropriate action to require the PHA to cure the default. If necessary for the prompt continuation of the project, HUD shall assume the PHA's rights and obligations under the Contract, including any funds. HUD shall continue to pay annual contributions with respect to the units covered by this Contract in accordance with the ACC and this Contract until reassigned to the PHA. All rights and obligations of the PHA assumed by HUD will be returned as constituted at the time of the return:

(i) When HUD is satisfied that all defaults have been cured and that the project will thereafter be administered in accordance with all applicable requirements, or

(ii) When the Contract is at an end, whichever occurs sooner.

(4) Enforcement by Owner. The provisions of this paragraph (a) are made for the benefit of the Owner, the lender, the PHA where it is the lender and then only in its capacity as lender, and the Owner's other assignees, if any, who have been specifically approved by HUD prior to the assignment. These provisions shall be enforceable by these parties against HUD by suit at law or in equity.

(b) Rights of PHA and HUD if Owner Defaults under Contract.

(1) Events of Default.

A default by the Owner under this Contract shall result if:

(i) The Owner has violated or failed to comply with any provision of, or obligation under, this Contract or of any Lease, including failure to correct any deficiencies

identified by the CA in connection with any annual or other inspection; or

(ii) The Owner has asserted or demonstrated an intention not to perform some or all of its obligations under this Contract or under any Lease; or

(iii) For projects with mortgages insured by HUD or loans made by HUD, the Owner has violated or failed to comply with the regulations for the applicable insurance or loan program, with the insured mortgage, or with the regulatory agreement; or the Owner has filed any false statement or misrepresentation with HUD in connection with the mortgage insurance or loan.

(2) <u>CA Determination of Default</u>.

Upon a determination by the CA that a default has occurred, the CA shall notify the Owner and the lender, with a copy to HUD where the CA is a PHA, of

(i) The nature of the default,

(ii) The actions required to be taken and the remedies to be applied on account of the default (including actions by the Owner and/or the lender to cure the default), and

(iii) The time within which the Owner and/or the lender shall respond with a showing that all the required actions have been taken.

If the Owner and/or lender fail to respond or take action to the satisfaction of the CA (and HUD where the CA is a PHA), the CA shall have the right to take corrective action to achieve com- pliance, in accordance with paragraph (b)(3) or to terminate this Contract with HUD approval, in whole or in part, or to take other corrective action to achieve compliance in its discretion, or as directed by HUD (where the CA is a PHA).

(3) <u>Corrective Actions</u>.

Pursuant to paragraph (b)(2) of this section the CA, in its discretion or as directed by HUD (where the CA is a PHA), may take the following corrective actions either directly or in conjunction with or acting through a PHA:

(i) Take possession of the project, bring any action necessary to enforce any rights of the Owner growing out of the project operation, and operate the project in accordance with the terms of this Contract until such time as HUD determines that the Owner is again in a position to operate the project in accordance with this Contract. If the CA takes possession, housing assistance payments shall continue in accordance with the Contract.

(ii) Collect all rents and charges in connection with the operation of the project and use these funds to pay the necessary expenses of preserving the property and operating the project and to pay the Owner's obligations under the note and mortgage or other loan documents.

(iii) Apply to any court, State or Federal, for specific performance of this Contract, for an injunction against any violation of the Contract, for the appointment of a receiver to take over and operate the project in accordance with the Contract, or for such other relief as may be appropriate. These remedies are appropriate since the injury to the PHA and/or HUD arising from a default under any of the terms of this Contract could be irreparable and the amount of damage would be difficult to ascertain.

(iv) Reduce or suspend housing assistance payments.

(v) Recover any overpayments.

(4) HUD Rights.

(For Private-Owner/PHA projects where the PHA is the lender.)

(i) Notwithstanding any other provisions of this Contract, in the event HUD determines that the Owner is in default of its obligations under the Contract, HUD shall have the right, after notice to the Owner, the trustee, if any, and the PHA giving them a reasonable opportunity to take corrective action, to proceed in accordance with paragraph (b)(3).

(ii) In the event HUD takes any action under this section, the Owner and the PHA hereby expressly agree to recognize the rights of HUD to the same extent as if the action were taken by the PHA. HUD shall not have the right to terminate the Contract except by proceeding in accordance with paragraphs (b)(1), (2), and (3) of this section and with the ACC.

(c) Remedies Not Exclusive and Non-Waiver of Remedies. The availability of any remedy under this Contract or the ACC, where applicable, shall not preclude the exercise of any other remedy under this Contract or the ACC or under any provisions of Law, nor shall any action taken in the exercise of any remedy be considered a waiver of any other rights or remedies. Failure to exercise any right or remedy shall not constitute a waiver of the right to exercise that or any other right or remedy at any time.

2.22 RELATIONSHIP OF PARENT ENTITY PHA AS OWNER TO AGENCY OR INSTRUMENTALITY PHA UNDER PART 811.

The Parent Entity PHA agrees to perform the functions with regard to the Agency or Instrumentality PHA required by the HUD regulations pursuant to which the relationship between the two PHAs was established and to which HUD approved the Agency or Instrumentality PHA.

HAP AGREEMENT: EXHIBIT C
SCHEDULE OF COMPLETION IN STAGES

| | No. of units | Bedroom/Unit | Household Type | Estimated Date of Completion |
|---|---|---|---|---|
| [Sta]ge 1 | 19 | 1 BR | elderly | 8/25/83 |
| | 29 | 1 BR | non-elderly | 8/25/83 |
| | 10 | 2 BR | non-elderly | 8/25/83 |
| | 3 | 2 BR | non-elderly | 8/25/83 |
| | 61 | | | |
| [St]age 2 | 10 | 1 BR | non-elderly | 10/1/83 |
| [St]age 3 | 5 | 1 BR | elderly | 11/1/83 |
| [St]age 4 | 3 | 1 BR | elderly | 2/1/84 |
| | 1 | 2 BR | non-elderly | 2/1/84 |

EXHIBIT D

HUD Standards For Decent, Safe and
Sanitary Housing, 24 CFR 886.307

§ 886.307 Housing quality standards.

Housing used in this program not re-
quiring substantial rehabilitation at
the time of sale shall meet the per-
formance requirements set forth in
this section. In addition, the housing
shall meet the acceptability criteria

set forth in this section except for
such variations as are approved by
HUD. Local climatic conditions and ge-
ographic features and local housing
and building codes are examples which
may justify such variations.

(a) *Sanitary facilities*. (1) Perform-
ance requirement. The dwelling unit
shall include its own sanitary facilities
which are in proper operating condi-
tion, can be used in privacy, and are
adequate for personal cleanliness and
the disposal of human waste.

(2) *Acceptability criteria*. A flush
toilet in a separate, private room, a
fixed basin with hot and cold running
water, and a shower or tub with hot
and cold running water shall be pres-
ent in the dwelling unit, all in proper
operating condition. These facilities
shall utilize an approved public or pri-
vate disposal system.

(b) *Food preparation and refuse dis-
posal*—(1) *Performance requirement*.
The dwelling unit shall contain suit-
able space and equipment to store,
prepare, and serve foods in a sanitary
manner. There shall be adequate facil-
ities and services for the sanitary dis-
posal of food wastes and refuse, in-
cluding facilities for temporary stor-
age where necessary.

(2) *Acceptability criteria*. The unit
shall contain the following equipment
in proper operating condition: Cooking
stove or range and a refrigerator of ap-
propriate size for the unit, supplied by
either the owner or the family, and a
kitchen sink with hot and cold run-
ning water. The sink shall drain into
an approved public or private system.
Adequate space for the storage, prepa-
ration, and serving of food shall be
provided. There shall be adequate
facilities and services for the sanitary
disposal of food wastes and refuse, in-
cluding facilities for temporary stor-
age where necessary (e.g., garbage
cans).

(c) *Space and security*—(1) *Perform-
ance requirement*. The dwelling unit
shall afford the family adequate space
and security.

(2) *Acceptability criteria*. A living
room, kitchen area, and bathroom
shall be present; and the dwelling unit
shall contain at least one sleeping or
living/sleeping room of appropriate
size for each two persons. Exterior
doors and windows accessible from
outside the unit shall be lockable.

(d) *Thermal environment*—(1) *Per-
formance requirement*. The dwelling
unit shall have and be capable of
maintaining a thermal environment
healthy for the human body.

(2) *Acceptability criteria*. The dwell-
ing unit shall contain safe heating
and/or cooling facilities which are in
proper operating condition and can
provide adequate heat and/or cooling
to each room in the dwelling unit ap-
propriate for the climate to assure a
healthy living environment. Unvented
room heaters which burn gas, oil, or
kerosene are unacceptable.

(e) *Illumination and electricity*—(1)
*Performance requirement*. Each room
shall have adequate natural or artifi-
cial illumination to permit normal
indoor activities and to support the
health and safety of occupants. Suffi-
cient electrical sources shall be pro-
vided to permit use of essential electri-
cal appliances while assuring safety
from fire.

(2) *Acceptability criteria*. Living and
sleeping rooms shall include at least
one window. A ceiling or wall type
light fixture shall be present and
working in the bathroom and kitchen
area. At least two electric outlets, one
of which may be an overhead light,
shall be present and operable in the
living area, kitchen area, and each
bedroom area.

(f) *Structure and materials*—(1) *Per-
formance requirement*. The dwelling
unit shall be structurally sound so as
not to pose any threat to the health
and safety of the occupants and so as
to protect the occupants from the en-
vironment.

(2) *Acceptability criteria*. Ceilings,
walls, and floors shall not have any se-
rious defects such as severe bulging or
leaning, large holes, loose surface ma-
terials, severe buckling or noticeable
movement under walking stress, miss-
ing parts or other serious damage. The
roof structure shall be firm and the
roof shall be weathertight. The exteri-
or wall structure and exterior wall sur-
face shall not have any serious defects
such as serious leaning, buckling, sag-
ging, cracks or holes, loose siding, or
other serious damage. The condition
and equipment of interior and exterior

stairways, halls, porches, walkways, etc., shall be such as not to present a danger of tripping or falling. Elevators shall be maintained in safe and operating condition.

(l) In the case of a mobile home, the home shall be securely anchored by a tiedown device which distributes and transfers the loads imposed by the unit to appropriate ground anchors so as to resist wind overturning and sliding.

(g) *Interior air quality*—(1) *Performance requirement.* The dwelling unit shall be free of pollutants in the air at levels which threaten the health of the occupants.

(2) *Acceptability criteria.* The dwelling unit shall be free from dangerous levels of air pollution from carbon monoxide, sewer gas, fuel gas, dust, and other harmful air pollutants. Air circulation shall be adequate throughout the unit. Bathroom areas shall have at least one openable window or other adequate exhaust ventilation.

(h) *Water supply*—(1) *Performance requirement.* The water supply shall be free from contamination.

(2) *Acceptability criteria.* The unit shall be served by an approved public or private sanitary water supply.

(i) *Lead-based paint*—(1) *Performance requirement.* (i) The dwelling unit shall be in compliance with HUD lead-based paint regulations, 24 CFR Part 35, issued pursuant to the Lead-Based Paint Poisoning Prevention Act, 42 U.S.C. 4801, and the owner shall provide a certification that the dwelling is in accordance with such HUD regulations.

(ii) If the property was constructed prior to 1950, the family upon occupancy shall have been furnished the notice required by HUD lead-based paint regulations and procedures regarding the hazards of lead-based paint poisoning, the symptoms and treatment of lead poisoning and the precautions to be taken against lead poisoning.

(2) *Acceptability criteria.* Same as performance requirement.

(j) Access—(1) *Performance requirement.* The dwelling unit shall be usable and capable of being maintained without unauthorized use of other private properties, and the building shall provide an alternate means of egress in case of fire.

(2) *Acceptability criteria.* The dwelling unit shall be usable and capable of being maintained without unauthorized use of other private properties. The building shall provide an alternate means of egress in case of fire (such as fire stairs or egress through windows).

(k) *Site and neighborhood.* Where a project is sold with an insured mortgage the site selection criteria of the insurance program shall be utilized in lieu of the requirements and criteria in this paragraph.

(1) *Performance requirement.* The site and neighborhood shall be reasonably free from disturbing noises and vibrations and other hazards to the health, safety, and general welfare of the occupants.

(2) *Acceptability criteria.* The site and neighborhood shall not be subject to serious adverse environmental conditions, natural or manmade, such as dangerous walks, steps, instability, flooding, poor drainage, septic tank backups, sewage hazards or mudslides, abnormal air pollution, smoke or dust, excessive noise, vibration or vehicular traffic, excessive accumulations of trash, vermin or rodent infestation or fire hazards.

(l) *Sanitary condition*—(1) *Performance requirement.* The unit and its equipment shall be in sanitary condition.

(2) *Acceptability criteria.* The unit and its equipment shall be free of vermin and rodent infestation.

(m) *Congregate housing.* The foregoing standards shall apply except for paragraph (b) of this section and the requirement in paragraph (c)(2) of this section for a kitchen area. In addition, the following standards shall apply:

(1) The unit shall contain and have ready access to a flush toilet which can be used in privacy, a fixed basin with hot and cold running water, and a shower and/or tub equipped with hot and cold running water all in proper operating condition and adequate for personal cleanliness and the disposal of human wastes. These facilities shall utilize an approved public or private disposal system, and shall be

sufficient in number so that they need not be shared by more than four occupants. Those units, accommodating physically handicapped occupants with wheelchairs or other special equipment shall provide access to all sanitary facilities and shall provide, as appropriate to needs of the occupants, basins and toilets of appropriate height, grab bars to toilets, showers and/or bathtubs, shower seats and adequate space for movement.

(2) The unit shall contain suitable space to store, prepare and serve foods in a sanitary manner. A cooking stove or range, a refrigerator(s) of appropriate size and in sufficient quantity for the number of occupants, and a kitchen sink with hot and cold running water shall be present in proper operating condition. The sink shall drain into an approved private or public system. Adequate space for the storage, preparation and serving of food shall be provided. There shall be adequate facilities and services for the sanitary disposal of food wastes and refuse, including facilities for temporary storage where necessary (e.g., garbage cans).

(3) The dwelling unit shall afford the Family adequate space and security. A living room, kitchen, dining area, bathroom, and other appropriate social and/or recreational community space shall be within the unit and the dwelling unit shall contain at least one sleeping room of appropriate size for each two persons. Exterior doors and windows accessible from outside each unit shall be capable of being locked. An emergency exit plan shall be developed and occupants shall be apprised of the details of the plan. Regular fire inspections shall be conducted by appropriate local officials. Readily accessible first aid supplies and fire extinguishers shall be provided throughout the unit, smoke detectors shall be provided and emergency phone numbers (police, ambulance, fire department, etc.) shall be available at every phone and individual copies shall be provided to each occupant. All emergency and safety features and procedures shall meet applicable State and local standards.

(n) *Independent group residences.* The foregoing standards shall apply [illegible] and (m) of this section. In addition [illegible] Section 882.109(n) shall apply.

(o) *Energy Efficiency*—? [illegible] Requirement. Appropriate [illegible] conserving improvements such as insulation, weatherstripping, and caulking must be accomplished by HUD or the purchaser as part of any rehabilitation under this Subpart. In addition, energy conserving improvements such as storm doors and windows must be considered by HUD and accomplished by HUD or the purchaser provided that these improvements are determined by HUD to be cost-effective. See 24 CFR Part 39.

6454 Federal Register / Vol. 48, No. 30 / Friday, February 11, 1983 / Notices

Exhibit E

SUPERSEDEAS DECISION

STATE: MICHIGAN

AREA: MACOMB, MONROE, OAKLAND, WASHTENAW, & WAYNE COUNTIES

DATE: DATE OF PUBLICATION

DECISION NUMBER: MI83-2007

Supersedes Decision Number MI81-2032, dated July 6, 1981, in 46 FR 34998.

DESCRIPTION OF WORK: BUILDING CONSTRUCTION PROJECTS, RESIDENTIAL CONSTRUCTION PROJECTS (consisting of single family homes and apartments up to and including four stories), & HEAVY CONSTRUCTION PROJECTS PROJECTS (excluding Bridge, Airport, and Sewer & Water Lines Projects).

| | Basic Hourly Rates | Fringe Benefits |
|---|---|---|
| ASBESTOS WORKERS: | | |
| Monroe County | $16.85 | $ 2.42 |
| Washtenaw County (Twps. of Bridgewater, Dexter, Freedom, Lima, Lydon, Manchester, Sharon, & Sylvan) | 15.93 | 4.00 |
| Remainder of Area | 16.32 | 3.02 |
| BOILERMAKERS: | | |
| Monroe County | 19.15 | 3.155 |
| Remainder of Area | 18.54 | 3.35 |
| BRICKLAYERS & STONE MASONS: | | |
| Monroe County (West of Hwy. #23) | 15.21 | 1.83 |
| Washtenaw County | 18.47 | 1.52 |
| Remainder of Area | 17.28 | 3.81 |
| CARPENTERS & PILEDRIVERMEN: | | |
| * Washtenaw County | [illegible] | [illegible] |
| Remainder of Area | 15.50 | 5.11 |
| CEMENT MASONS: | | |
| Monroe County (South of Hwy. 151) | 15.40 | 2.20 |
| Washtenaw County | 18.47 | 1.52 |
| Remainder of Area | 15.46 | 3.94 |
| ELECTRICIANS: | | |
| Monroe County: | | |
| Building Work | 19.50 | 1.80+3.3% |
| Residential Work | 9.14 | 1.80+3.3% |
| Washtenaw County | 16.19 | 2.24+2% |
| * Remainder of Area | [illegible] | [illegible] |
| ELECTRONIC TECHNICIANS: | | |
| Sound & Communication Work in Macomb, Wayne, & Oakland Counties | 13.14 | |
| ELEVATOR CONSTRUCTORS: | | |
| Monroe County | | |
| Mechanics | 17.37 | 2.694a |
| Helpers | 70%JR. | 2.694a |
| Probationary helpers | 50%JR. | |
| Washtenaw County | | |
| Mechanics | 17.01 | 2.694a |
| Helpers | 70%JR. | 2.694a |
| Probationary helpers | 50%JR. | |
| Remainder of Area: | | |
| Mechanics | 17.15 | 2.4654a |
| Helpers | 70%JR. | 2.4654a |
| Probationary helpers | 50%JR. | |

| | Basic Hourly Rates | Fringe Benefits |
|---|---|---|
| GLAZIERS: | | |
| Building Work | $14.69 | 2.70+b |
| Residential Work | 9.00 | 2.70+b |
| IRONWORKERS: | | |
| Monroe County | 18.02 | 3.13 |
| Remainder of Area: | | |
| Structural & Ornamental | 15.26 | 47%+.09 |
| Reinforcing | 13.06 | 38.64% + 1.98 |
| Fence Erectors | 14.26 | 47%+.09 |
| Riggers & Machinery Erectors | 14.99 | 6.23 |
| LABORERS: RESIDENTIAL WORK ONLY | 6.95 | 1.69 |
| LANDSCAPE LABORERS: | | |
| Class A - Landscape Specialist, including air, gas, diesel, electric tools and equipment | 8.60 | |
| Class B - Landscape Laborers, Truck drivers, Material Haulers, & Small power equipment | 6.56 | |
| LATHERS: | | |
| Oakland (Northern Portion including Twps. of Holly & Oxford) & Washtenaw (West ½) Counties | 15.02 | 2.37 |
| Remainder of Area | 16.32 | 3.84 |
| MILLWRIGHTS | 15.19 | [illegible].73+37% |
| MARBLE MASONS | 15.93 | 3.43 |
| MARBLE MASONS' FINISHERS | 12.40 | 2.80 |
| PAINTERS: | | |
| Brush, roller, drywall taper/finisher, & paperhanger | 13.25 | 4.00 |
| Spray & sandblast | 13.75 | 4.00 |
| PLASTERERS: | | |
| Monroe (South of Hwy. #151) County | 18.02 | .71 |
| Washtenaw County | 18.47 | 1.52 |
| Remainder of Area | 16.26 | 3.10 |
| PLUMBERS & PIPEFITTERS: | | |
| Monroe County: | | |
| Building Work | 17.04 | 3.80 |
| Residential Work | 14.56 | 1.38 |
| Washtenaw County | 14.93 | 4.25 |

* SEE MOD #1 dated 4-8-83
** SEE MOD #2 dated 4-29-83
*** SEE MOD #3 dated 5-27-83

DECISION NO. MI83-2007

PAGE 2

| PLUMBERS & PIPEFITTERS (Cont'd) | Basic Hourly Rates | Fringe Benefits |
|---|---|---|
| Remainder of Area: | | |
| Plumbers | $14.54 | 6.92 |
| Pipefitters | 15.00 | 6.12 |
| Refrigeration mechanics (All types over 7½ H.P.) | 15.00 | 6.12 |
| Refrigeration mechanics (All types 7½ H.P. & under) | 14.00 | 6.12 |
| ROOFERS: | | |
| Monroe County | 16.50 | 3.09 |
| Washtenaw County | 15.02 | 3.30 |
| Remainder of Area: | | |
| Composition | 15.78 | 4.35 |
| Slate | 16.78 | 4.35 |
| *** SHEET METAL WORKERS: | | |
| Monroe County | [illegible] | [illegible] |
| Remainder of Area: | | |
| Light Commercial Work - Jobs consisting of 10 tons of of air conditioning and/or 200,000 B.T.U.'s of heating and architectural sheet metal work on such projects | [illegible] | [illegible] |
| All Other Commercial Work | [illegible] | [illegible] |
| Residential Work | [illegible] | [illegible] |
| * SOFT FLOOR LAYERS: | | |
| Washtenaw County | [illegible] | [illegible] |
| Remainder of Area | 15.07 | 1.80+1% |
| SPRINKLER FITTERS: | | |
| Monroe County | 17.17 | 2.83 |
| Remainder of Area | 18.435 | 3.05 |
| TERRAZZO WORKERS | 14.77 | 3.45 |
| TERRAZZO WORKERS' FINISHERS | 14.43 | 2.00 |
| TILE SETTERS | 15.32 | 3.47 |
| TILE SETTERS' FINISHERS | 12.40 | 2.30 |
| TRUCK DRIVERS - BUILDING, HEAVY, & RESIDENTIAL WORK: | | |
| Pole trailer, low boy, straddle carrier, double bottom, fuel trucks, & special load permit vehicles | 13.55 | *90.50 |
| Semi or tractor trailer | 13.45 | *90.50 |
| All other trucks | 13.30 | *90.50 |
| *Per Week, Per Employee. | | |
| TRUCK DRIVERS - UNDERGROUND WORK: | | |
| Trucks under 8 cubic yards | 13.37 | *94.50 |
| Trucks 8 cubic yards or over, pole trailer, semi, & fuel trucks | 13.50 | *94.50 |
| Low boy, Euclid, & double-bottom trucks | 13.70 | *94.50 |
| *Per Week, Per Employee. | | |

FOOTNOTES:

a. SEVEN PAID HOLIDAYS: New Year's Day; Memorial Day; Independence Day; Labor Day; Thanksgiving Day; Friday after Thanksgiving Day; Christmas Day; VACATION PAY CREDIT: Employer contribution of 8% of the Regular Hourly Rate of employees with 5 years or more of service, and 6% for those employees with 6 months to 5 years of service.

b. FOUR PAID HOLIDAYS: New Year's Day; Decoration Day; Labor Day; Christmas Day.

WELDERS: Receive rate prescribed for craft performing operation to which welding is incidental.

Unlisted Classifications needed for work not included within the scope of the classifications listed may be added after award only as provided in the labor standards contract clauses (29 CFR, 5.5 (a) (1) (ii)).

| Basic Hourly Rates | Fringe Benefits |
|---|---|
| | |

DECISION NO. MI83-2007 PAGE 3

| LABORERS - BUILDING & HEAVY WORK: | Basic Hourly Rates | Fringe Benefits |
|---|---|---|
| WASHTENAW COUNTY: | | |
| GROUP 1 - General laborers | $12.23 | 2.54 |
| GROUP 2 - Mortar mixer, material mixer, air/gas/electric tool operators, power buggie operator, scaffold builder or dismantler, windlass operator, tar & kettle operator | 12.45 | 2.54 |
| GROUP 3 - Crock or pipe layer, & caisson worker | 12.55 | 2.54 |
| MONROE COUNTY: | | |
| GROUP 1 - General laborers | 14.28 | 1.69 |
| GROUP 2 - Mason tender, plasterer tender, mortar mixer, portable mixer operator, air/diesel/electric/gas tool operators, concrete vibrator, acetylene torch, caisson worker, signal man on concrete pour. | 14.48 | 1.69 |
| MACOMB, OAKLAND, & WAYNE COUNTIES: | | |
| GROUP 1 - General laborers | 13.44 | 2.59 |
| GROUP 2 - Mortar mixer, scaffold builder | 13.82 | 2.59 |
| GROUP 3 - Air/gas/electric tool operators, windlass or tugger operator, jackhammer, vibrator operator, & signal man | 13.49 | 2.59 |
| GROUP 4 - Crock grade man | 13.67 | 2.59 |
| GROUP 5 - Windlass & tugger operators on caisson work | 13.63 | 2.59 |
| GROUP 6 - Crock & pipe layer | 13.97 | 2.59 |
| GROUP 7 - Caisson worker | 13.82 | 2.59 |
| GROUP 8 - Lancing burner, blaster, & powderman | 14.19 | 2.59 |
| GROUP 9 - Plasterer tender | 13.19 | 2.44 |
| LABORERS - OPEN CUT WORK: | | |
| WASHTENAW COUNTY: | | |
| GROUP 1 | 11.86 | 2.29 |
| GROUP 2 | 11.94 | 2.29 |
| GROUP 3 | 11.99 | 2.29 |
| GROUP 4 | 12.04 | 2.29 |
| GROUP 5 | 12.09 | 2.29 |

| LABORERS - OPEN CUT WORK (Cont.) | Basic Hourly Rates | Fringe Benefits |
|---|---|---|
| MACOMB, OAKLAND, & WAYNE COS.: | | |
| GROUP 1 | $11.56 | 4.44 |
| GROUP 2 | 11.64 | 4.44 |
| GROUP 3 | 11.69 | 4.44 |
| GROUP 4 | 11.74 | 4.44 |
| GROUP 5 | 11.79 | 4.44 |
| MONROE COUNTY: | | |
| GROUP 1 | 11.89 | 2.29 |
| GROUP 2 | 11.99 | 2.29 |
| GROUP 3 | 12.09 | 2.29 |
| GROUP 4 | 12.14 | 2.29 |
| GROUP 5 | 12.24 | 2.29 |

CLASSIFICATIONS DEFINITIONS:

GROUP 1 - Construction laborer
GROUP 2 - Mortar & material mixer, concrete form man, signal man, wheel point man, manhole, headwall & catch basin builder, guardrail builder, & fence erector
GROUP 3 - Air/gas/electric tool operators, vibrator operator, driller, pump man, tar & kettle operator, brander, rodder, reinforced steel or mesh (under 40 H.P.), windlass & tugger man
GROUP 4 - Trench excavating grade man
GROUP 5 - Pipe layer

| LABORERS - TUNNEL, SHAFT, & CAISSON WORK: | Basic Hourly Rates | Fringe Benefits |
|---|---|---|
| WASHTENAW COUNTY & MONROE COUNTY: | | |
| GROUP 1 | 12.81 | 2.29 |
| GROUP 2 | 12.89 | 2.29 |
| GROUP 3 | 12.94 | 2.29 |
| GROUP 4 | 13.09 | 2.29 |
| GROUP 5 | 13.29 | 2.29 |
| GROUP 6 | 13.54 | 2.29 |
| REMAINDER OF COUNTIES: | | |
| GROUP 1 | 11.68 | 4.44 |
| GROUP 2 | 11.76 | 4.44 |
| GROUP 3 | 11.81 | 4.44 |
| GROUP 4 | 11.96 | 4.44 |
| GROUP 5 | 12.16 | 4.44 |
| GROUP 6 | 12.41 | 4.44 |

DECISION NO. MI83-2007 PAGE 4

LABORERS - TUNNEL, SHAFT, & CAISSON WORK:

CLASSIFICATIONS DEFINITIONS:

GROUP 1 - Tunnel, shaft, & caisson laborer, dump man, shanty man, hog house tender, testing man on gas;
GROUP 2 - Manhole, headwall & catch basin builder, bricklayers' tender, mortar man, material mixer, fence erector, & guardrail builder;
GROUP 3 - Air tool operator, jackhammer, bush hammer, & grinding man, bottom man, cage tender, car pusher, carrier man, concrete man, concrete form man, concrete repair man, cement invert laborer, concrete shoveler, conveyor man, floor man, gasoline & electric tool operators, gunnite man, grout operator, dinky man, inside lock tender, vibrator man, pea gravel operator, pump man, outside lock tender, top signal man, switch man, track man, tugger man, utility man, winch operator, concrete saw operator (under 40 H.P.)
GROUP 4 - Tunnel, shaft, & caisson muckers, bracer man, under plate man, long haul dinky driver, & wall point man;
GROUP 5 - Tunnel, shaft, & caisson miner, driller runner, key board operator, power knife operator, reinforced steel or mesh man (wire mesh, steel mats, dowel bars, etc.);
GROUP 6 - Dynamite man & powder man

| LINE CONSTRUCTION: | Basic Hourly Rates | Fringe Benefits |
|---|---|---|
| Monroe (Twps. of Bedford, Erie LaSalle & Whiteford), Oakland (Twp. of Holly), & Washtenaw (Twps. of Lyndon, Manchester, Sharon, & Sylvan) Counties: | | |
| Linemen & technicians | $15.00 | .65+3½% 4c |
| Cable splicers | 15.81 | " |
| Combination digger operator & tractor operator groundmen | 11.68 | " |
| Light equipment operator groundmen; distribution line truck driver operator groundmen | 10.25 | " |
| Combination winch truck driver groundmen | 9.77 | " |
| Combination truck driver & groundmen | 8.27 | " |
| Remainder of Area: | | |
| Linemen & technicians | ~~13.35~~ | ~~.70+11½~~ |
| Cable splicers | ~~14.12~~ | " |
| Combination equipment operators & groundmen | ~~13.94~~ | " |
| Combination truck driver & groundmen | ~~13.12~~ | " |
| Groundmen | 12.09 | " |

FOOTNOTE:

a. SEVEN PAID HOLIDAYS: New Year's Day, Memorial Day, Independence Day, Labor Day, Thanksgiving Day, Friday after Thanksgiving Day, & Christmas Day provided the employee works the scheduled workday preceeding and following the day observed.

DECISION NO. MI83-2007

PAGE 2

| POWER EQUIPMENT OPERATORS - BUILDING, RESIDENTIAL, & HEAVY WORK: | Basic Hourly Rates | Fringe Benefits |
|---|---|---|
| CLASS A - Crane with boom & jib or leads 220' or longer | ~~$16.34~~ | ~~3.35+13%~~ |
| CLASS B - Crane with boom & jib or leads 140' or longer | ~~16.12~~ | ~~3.35+13%~~ |
| CLASS C - Crane with boom & jib 120' or longer | ~~15.56~~ | ~~3.35+13%~~ |
| CLASS D - Regular crane operator | ~~15.00~~ | ~~3.35+13%~~ |
| CLASS E - Regular engineer | ~~14.71~~ | ~~3.35+13%~~ |
| CLASS F - Engineer when operating compressor or welding machine | ~~12.46~~ | ~~3.35+13%~~ |
| CLASS G - Fireman or oiler | ~~11.84~~ | ~~3.35+13%~~ |
| **POWER EQUIPMENT OPERATORS - STEEL ERECTION:** | | |
| CLASS A - Engineer when operating combination of boom & jib 220' or longer | 11.52 | 3.35+13% |
| CLASS B - Engineer when operating combination of boom & jib 140' or longer | 18.24 | 3.35+13% |
| CLASS C - Crane operator, job mechanic | 17.25 | 3.35+13% |
| CLASS D - Hoisting operator | 17.02 | 3.35+13% |
| CLASS E - Compressor or welder operator | 13.95 | 3.35+13% |
| CLASS F - Oiler or fireman | 12.65 | 3.35+13% |
| **POWER EQUIPMENT OPERATORS - UNDERGROUND WORK:** | | |
| CLASS A | 14.80 | 3.65+13% |
| CLASS B | 14.42 | 3.65+13% |
| CLASS C | 13.77 | 3.65+13% |
| CLASS D | 13.27 | 3.65+13% |

CLASSIFICATIONS DEFINITIONS:

CLASS A - Backfiller tamper, backhoe, batch plant operator (concrete), clamshell, concrete paver (2 drums or larger), conveyor loader (Euclid type), crane (crawler, truck type), piledriver, bulldozer (9' blade & over), dragline, elevating grader, front end loader (over 1½ cubic yards capacity), gradall & similar type equipment, mechanic, power shovel, roller (asphalt), scraper self-propelled or tractor

| POWER EQUIPMENT OPERATORS - UNDERGROUND WORK: (Cont'd.): | Basic Hourly Rates | Fringe Benefits |
|---|---|---|
| drawn), side boom tractor (type D-4 or larger), slip-form paver, slope paver, trencher (over 8' digging capacity), & well drilling rig: | | |
| CLASS B - Boom truck (power swing type boom), crusher, dozer (less than 9' blade), endloader (1½ cu. yds. or smaller), hoist, pump (one or more, 6" discharge or larger, 300 AMPS or more), side boom tractor (smaller than D-4 type or equivalent), sweeper, tractor (Pneu-tired, other than backhoe or front end loader), trencher (8' digging capacity) | | |
| CLASS C - Air compressors (600 CFM), boom truck (non-swinging, non-powered type boom), concrete breaker (self-propelled or truck mounted, includes compressor), concrete paver (one drum, 1½ yds. or larger), elevator, mechanic helper, pump (2 or more, 4" to 6" discharge), pumpcrete machine, wagon drill (multiple), welding machine or generator (2 or more, 300 AMPS, or larger). | | |
| CLASS D - Boiler, concrete saw (40 h.p. or over), curing machine (self-propelled), farm tractor (with attachment), finishing machine (concrete), fireman, hydraulic pipe pushing machine, mulching equipment, oiler, pumps (2 or more up to 4" discharge), roller (other than asphalt), stump remover, trencher (service), vibrating compaction equipment (self-propelled, 6' wide or over). | | |

age 5

| DISION MI83-2007 - Mod. #1 (48 FR 6454 - February 11, 983)) Macomb, Monroe, Oakland, Washtenaw, & Wayne Counties, Michigan | Basic Hourly Rates | Fringe Benefits |
|---|---|---|
| CHANGE: | | |
| Carpenters, Piledrivermen: | | |
| Washtenaw County: | | |
| Building Work | $15.82 | 2.15 |
| Residential Work | 11.87 | 2.15 |
| Soft floor layers: | | |
| Washtenaw County: | | |
| Building Work | 15.82 | 2.15 |
| Residential Work | 11.87 | 2.15 |
| Electricians: | | |
| Remainder of Area: | | |
| Building Work | 17.80 | 3%+3.71 |
| Residential Work | 14.40 | 3%+2.90 |
| Line Construction: | | |
| Remainder of Area: | | |
| Linemen & technicians | 17.38 | 11.3% + 2.05 |
| Cable splicers | 18.12 | " |
| Combination equipment operators & groundmen | 13.94 | " |
| Combination truck driver | | |

MOD #1

Modification Page 8

| Basic | Fringe |
|---|---|

Modification Page 1

Modification Page 2

| DECISION #MI81-2007 - Mod. #2 (48 FR 6454 - February 11, 1983) Macomb, Monroe, Oakland, Washtenaw, & Wayne Counties, Michigan | Basic Hourly Rates | Fringe Benefits |
|---|---|---|
| CHANGE: | | |
| Power Equipment Operators - Building, Residential, & Heavy Work: | | |
| Class A | $16.03 | 4.10+13 |
| Class B | 15.61 | " |
| Class C | 15.85 | " |
| Class D | 14.77 | " |
| Class E | 14.48 | " |
| Class F | 18.15 | " |
| Class G | 11.33 | " |

MOD #2

MODIFICATION P. 5

Decision No. IN83-2033
Mod # 1
(48 FR 19564 - April 29, 1983)
Brown, Clark, Crawford, Dearborn, Decatur, Fayette, Floyd, Franklin, Harrison, Henry, Jackson, Jefferson, Jennings, Lawrence, Ohio, Orange, Randolph, Ripley, Rush, Scott, Switzerland, Union Washington & Wayne Cos. Indiana

| | Basic Hourly Rates | Fringe Benefits |
|---|---|---|
| CHANGE: | | |
| PAINTERS: | | |
| Area 6: | | |
| New Construction | | |
| Brush | $11.07c | 1.18 |
| Spray | 11.52c | 1.18 |
| Repaint | | |
| Brush | 10.32c | |
| Spray | 10.77c | |

FOOTNOTES:
c - All work outside a 75 mile radius of Jefferson County, Kentucky Courthouse- Add $ .35 per hour to Basic Hourly Rate for all Classifications

DECISION #NM83-4032-Mod. #2
(48 FR 16413 - April 15, 1983)
Statewide, New Mexico

| | Basic Hourly Rates | Fringe Benefits |
|---|---|---|
| Change: | | |
| Glaziers | 11.99 | 1.55 |
| Soft Floor Layers | 11.20 | 1.90 |
| Commercial Line Work (Area 4) | | |
| Equipment Operator (Includes Helicopter Operator) | | |
| Zone IV | 19.21 | F |

Omit:
Painters Wage rates; Zone and classification Definitions for Zones I, And II

DECISION #NM83-4032 (Cont'd)

| | Basic Hourly Rates | Fringe Benefits |
|---|---|---|
| Add: | | |
| Painters: Zones I and II: | | |
| Class A | $11.50 | $1.90 |
| Class B | 12.[illegible] | 1.90 |
| Class C | [illegible].03 | 1.90 |

Classification Definitions:
Class A - Painters Brush, Roller and Hand Texture
Class B - Painters, Spray, Sandblasting, Painters on Steel bridges, tanks, towers, pipe and structural
Class C - Paperhangers; Drywall Finisher; Ames Tool Operator

DECISION #MI83-2007 - Mod. #3
(48 FR 6454 - February 11, 1983)
Macomb, Monroe, Oakland, Washtenaw, and Wayne Counties, Michigan

| | Basic Hourly Rates | Fringe Benefits |
|---|---|---|
| Change: | | |
| Sheet Metal Workers: | | |
| Monroe County | $16.305 | $3.64 |
| Remainder of Area: | | |
| Light Commercial Work - Jobs consisting of 10 tons or air conditioning and/or 200,000 B.T.U.'s of heating and architectural sheet metal work on such projects | 10.11 | 1.09 |
| All Other Commercial Work | 16.41 | 7.58 |
| Residential Work | 10.11 | 1.09 |

MODIFICATION P. 6

DECISION NO. OR83-5100 - Mod #3
(48 FR 7319 Feb. 18, 1983)
Statewide Oregon

| | Basic Hourly Rates | Fringe Benefits |
|---|---|---|
| CHANGE: | | |
| PAINTERS: | | |
| Area 2: | | |
| Brush | $15.59 | $3.09 |
| Spray | 16.24 | 3.09 |
| Bridges, High Work Over 50 ft (Brush) | 17.14 | 3.09 |
| Bridges, High Work Over 50 ft (Spray) | 17.79 | 3.09 |
| PLUMBERS: | | |
| Area 1 | 16.30 | 4.01 |
| ROOFERS: | | |
| Area 3 | 13.44 | 2.03 |
| SHEET METAL WORKERS: | | |
| Area 2 | 17.36 | 3%+1.95 |
| SOFT FLOOR LAYERS: | | |
| Area 1 | 14.022 | 2.38+b |
| Area 2 | 13.66 | 1.19 |
| TILE SETTERS: | | |
| Area 1 | 17.11 | 2.43 |
| TILE AND TERRAZZO HELPERS: | | |
| Area 1 | 13.37 | 2.10 |

ADD:
FOOTNOTE:
b. 4% of all gross wages to be credited to employees with less than one year of service, 6% with more than one year of service. Seven paid Holidays: New Year's Day, Memorial Day, Independence Day, Labor Day, Thanksgiving Day and Friday after, and Christmas Day.

DECISION NO. UT83-5108 - Mod. #5
(48 FR 12651 - March 25, 1983)
Statewide, Utah

Omit:
Cement Masons:
Heavy and Highway Schedule and Zone Descriptions as originally issued

Add:
Cement Masons:
Heavy and Highway to same Zone Description as Operating Engineers, Laborers and Truck Drivers Heavy and Highway

| | Basic Hourly Rates | Fringe Benefits |
|---|---|---|
| Cement Masons: | | |
| Heavy and Highway Construction: | | |
| Zone 1: | | |
| Cement Masons | $13.14 | $1.90 |
| Machine Operator; Mastic Floor Materials | 13.39 | 1.90 |
| Zone 2: | | |
| Cement Masons | 15.64 | 1.90 |
| Machine Operator; Mastic Floor Materials | 15.89 | 1.90 |

MOD #3

**U.S. Department of Housing and Urban Development**

Michigan State Office
Office of Housing
Patrick V. McNamara Federal Building
477 Michigan Avenue
Detroit, MI 48226-2592
Tel. (313) 226-6280

AUG 3 1 1998

Mr. Ben Alli
Pingree Apartments
P.O. Box 36081
Grosse Pointe, MI 48236

Dear Mr. Alli:

Subject: Project No. : 044-44110
Section 8 Contract # : MI28E000037
Project Name: Pingree Apartments

We have executed the Section 8 Loan Management Set Aside Contract on the above property. The effective date of the HAP Contract is August 25, 1998. A copy of the HAP contract is enclosed.

The HAP Contract identifies your responsibilities for the property.

If you have any question, please contact Carrie A. Johnson at (313) 226-4900 x 8140.

Sincerely,

Robert M. Brown

Robert M. Brown
Director, Detroit
Multifamily Housing Hub

FILE COPY

Enclosure: Lease Addendum

cc: Copies
fhma: Official Record File ✓
fhma: Chrono
fhma: FAD/ENCLOSURE
fhma: TRAC
fhma: Johnson x 8140

FILE COPY

concur:
Johnson
Johnson
8/26/98

Russie
8/27/98

Ownes
8/28/98

**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**
**Office of Housing, Federal Housing Commissioner**

**HOUSING ASSISTANCE PAYMENTS**
**RENEWAL CONTRACT**

**HUD as Contract Administrator**

SECTION 8 CONTRACT NUMBER: MI28-E000037

SECTION 8 PROJECT NUMBER OF EXPIRING CONTRACT
(if different): ______

FHA PROJECT NUMBER: (if applicable) 044-44110

TYPE OF PROJECT:
New Construction: ______
Substantial Rehabilitation: ______
Loan Management Set Aside: ______
Property Disposition: X

This HOUSING ASSISTANCE PAYMENTS CONTRACT ("Contract") is entered into between the U.S. Department of Housing and Urban Development ("HUD") and Pingree Apartments ("Owner") pursuant to the United States Housing Act of 1937, 42 U.S.C. 1437, *et seq* and the VA/HUD/ Independent Agencies Appropriation Act for FY 1998 Pub. L. 105-65, 111 Stat. 1344,approved 10/27/97 ("FY 1998 HUD Appropriations Act") The purpose of this Contract is to provide housing assistance payments on behalf of Eligible Families ("Families") leasing decent, safe and sanitary units from the Owner.

Previously, HUD and the Owner entered into a Housing Assistance Payments Contract ( **"MI28-E000037"**) to provide section 8 assistance to the Owner for eligible families living in Pingree Apartments.

This Expiring Contract expires on August 24, 1998.

Since the FY 1998 HUD Appropriations Act gives HUD the authority to renew Housing Assistance Payments Contracts for a period of not more than one year, HUD and the Owner desire to renew for the term specified below the Expiring Contract Except for the Contract Rent and Rent Adjustment Provisions.

**THEREFORE, HUD and the Owner hereby agree as follows:**

1. This Contract provides Housing Assistance Payments to the Owner for the term specified (see #4 & #5 below) at the contract rent levels listed in Exhibit A.

2. All terms of the Expiring Contract are renewed except for those provisions relating to contract rents and rent adjustments.

3. There will be no rent adjustments during the term of this Contract.

4. The effective date of this Contract is August 25, 1998.

   (The date inserted must be the date of the Renewal Contract. For example, if the Expiring Contract expires on February 21, 1997, the date inserted must be February 22, 1997).

5. This Contract terminates on August 24, 1999.

✓ 6. The maximum amount of the commitment for housing assistance payments under this Contract is $ 225,120.

7. The Owner warrants that it has the legal right to execute this Contract and to lease dwelling units covered by this Contract.

8. The Owner warrants that the rental units to be leased under the terms of this Contract are in good and tenantable condition and are in decent, safe and sanitary condition.

This Contract is hereby executed with respect to the contract units described in Exhibit A.

United States of America
Secretary of Housing and
Urban Development

By: [signature]
Robert M. Brown
Director, Detroit
Multifamily Hub

Date: 8/28/98

OWNER

By: [signature] Ben Hall
(Official Title)

Date: 8/12/98

EXHIBIT A

IDENTIFICATION OF UNITS ("CONTRACT UNITS")
BY SIZE AND APPLICABLE CONTRACT RENTS

| Number of Units | Number of Bedrooms | Contract Rent |
|---|---|---|
| 66 | 1 Bedroom | 340 |
| 4 | 2 Bedroom | 443 |
| 10 | 2 Bedroom LR | 484 |