**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**
**Office of Housing, Federal Housing Commissioner**

# HOUSING ASSISTANCE PAYMENTS RENEWAL CONTRACT

## HUD as Contract Administrator

SECTION 8 PROJECT NUMBER: *044-44017*

SECTION 8 PROJECT NUMBER OF EXPIRING CONTRACT
(if different): MI28E000011

FHA PROJECT NUMBER: (if applicable) 044-44017

This HOUSING ASSISTANCE PAYMENTS CONTRACT MI28E000011 is entered into between the U.S. Department of Housing and Urban Development ("HUD") and Collingwood-Kirkwood ("Owner") pursuant to the United States Housing Act of 1937, 42 U.S.C. 1437 et seq. The purpose of this Contract is to provide housing assistance payments on behalf of Eligible Families ("Families") leasing decent, safe and sanitary units from the Owner.

Previously, HUD and the Owner entered into a Housing Assistance Payments Contract (MI28E000011) *to provide section 8 assistance* to the Owner for eligible families living in Collingwood-Kirkwood Apartments. ("Project").

This Expiring Contract expires on September 15, 1999.

HUD and the Owner desire to renew for the term specified below the Expiring Contract **EXCEPT for the Contract Rent and Rent Adjustment Provisions**.

**THEREFORE, HUD and the Owner hereby agree as follows:**

1. This Contract provides Housing Assistance Payments to the Owner for the term specified (see #4 & #5 below) at the contract rent levels listed in Exhibit A.

2. All terms of the Expiring Contract are renewed except for those provisions relating to contract rents and rent adjustments.

3. There will be no rent adjustments during the term of this Contract.

SF ASSET MANAGEMENT PAGE 03/03



4. The effective date of this Contract is September 16, 1999.

5. This Contract expires on March 15, 2000.

6. The maximum amount of the commitment for housing assistance payments under this Contract is $ 90,000.

7. The Owner warrants that it has the legal right to execute this Contract and to lease dwelling units covered by this Contract.

8. The Owner warrants that the rental units to be leased under the terms of this Contract are in decent, safe and sanitary condition, as defined by HUD.

9. Notwithstanding any provision to the contrary, HUD, by executing this contract, does not make any warranty and/or representation as to the condition of the rental units. Execution of this Contract by HUD is not an endorsement by HUD that the rental units are in decent, safe and sanitary condition, as defined by HUD.

10. It is a crime to knowingly make false statements to HUD on this form or any other similar form. Penalties upon conviction can include a fine and imprisonment. 18 U.S.C. 1001, 1010.

This Contract is hereby executed with respect to the contract units described in Exhibit A.

UNITED STATES OF AMERICA
SECRETARY OF HOUSING AND
URBAN DEVELOPMENT

By: ____________________

Date: ____________________

OWNER

By: [signature]
BSA Co. [signature]

Date: 8/9/99

A 0030

I, Sheila Walker, THE DESIGNATED ATTESTING OFFICER FOR THE DETROIT FIELD OFFICE OF THE DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT (HUD) BY PLACING THIS SEAL HEREBY CERTIFY THIS DOCUMENT CONTAINING 3 PAGE(S) TO BE A TRUE COPY OF THAT IN THE FILES OF HUD.
SIGNATURE DATE 2.2.05

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
Office of Housing, Federal Housing Commissioner

456

# HOUSING ASSISTANCE PAYMENTS RENEWAL CONTRACT

## HUD as Contract Administrator

SECTION 8 PROJECT NUMBER: *044-44017*

SECTION 8 PROJECT NUMBER OF EXPIRING CONTRACT
(if different): MI28E000011

FHA PROJECT NUMBER: (if applicable) 044-44017

This HOUSING ASSISTANCE PAYMENTS CONTRACT MI28E000011 is entered into between the U.S. Department of Housing and Urban Development ("HUD") and Collingwood-Kirkwood ("Owner") pursuant to the United States Housing Act of 1937, 42 U.S.C. 1437 et seq. The purpose of this Contract is to provide housing assistance payments on behalf of Eligible Families ("Families") leasing decent, safe and sanitary units from the Owner.

Previously, HUD and the Owner entered into a Housing Assistance Payments Contract (MI28E000011) *to provide section 8 assistance* to the Owner for eligible families living in Collingwood-Kirkwood Apartments.("Project").

This Expiring Contract expires on September 15, 1999.

HUD and the Owner desire to renew for the term specified below the Expiring Contract **EXCEPT for the Contract Rent and Rent Adjustment Provisions.**

**THEREFORE, HUD and the Owner hereby agree as follows:**

1. This Contract provides Housing Assistance Payments to the Owner for the term specified (see #4 & #5 below) at the contract rent levels listed in Exhibit A.

2. All terms of the Expiring Contract are renewed except for those provisions relating to contract rents and rent adjustments.

3. There will be no rent adjustments during the term of this Contract.

Collingwood



4. The effective date of this Contract is September 16, 1999.

5. This Contract expires on March 15, 2000.

6. The maximum amount of the commitment for housing assistance payments under this Contract is $ 90,000.

7. The Owner warrants that it has the legal right to execute this Contract and to lease dwelling units covered by this Contract.

8. The Owner warrants that the rental units to be leased under the terms of this Contract are in decent, safe and sanitary condition, as defined by HUD.

9. Notwithstanding any provision to the contrary, HUD, by executing this contract, does not make any warranty and/or representation as to the condition of the rental units. Execution of this Contract by HUD is not an endorsement by HUD that the rental units are in decent, safe and sanitary condition, as defined by HUD.

10. It is a crime to knowingly make false statements to HUD on this form or any other similar form. Penalties upon conviction can include a fine and imprisonment. 18 U.S.C. 1001, 1010.

This Contract is hereby executed with respect to the contract units described in Exhibit A.

UNITED STATES OF AMERICA
SECRETARY OF HOUSING AND
URBAN DEVELOPMENT

By: [signature]

Date: 8/13/99

OWNER

By: [signature]
BSA co - President

Date: 8/9/99

**EXHIBIT A**

**IDENTIFICATION OF UNITS ("CONTRACT UNITS")**
**BY SIZE AND APPLICABLE CONTRACT RENTS**

| Number of Units | Number of Bedrooms | Contract Rent |
|---|---|---|
| 3 | 1 Bedroom | 425.00 |
| 12 | 1 Bedroom | 425.00 |
| 11 | 2 Bedroom | 465.00 |
| 16 | 2 Bedroom | 465.00 |
| 3 | 3 Bedroom | 538.00 |
| 7 | 3 Bedroom | 538.00 |