# NOTIFICATION OF FUNDS AVAILABLE FOR CONTRACT RENEWAL

**Owner Name:** BSA Company

**Project Name:** PINGREE APARTMENTS

**Project Location:** 2211 Pingree Street DETROIT, MI -48206

**Section 8 Contract No.** MI28E000037 **Expires on** 02/24/2000

**FHA Project No.:** 04444110

The subject Section 8 Housing Assistance Payments (HAP) contract expires on the given date. This notification responds to your selection of one of the initial renewal options submitted on Attachment 4 in HUD Notice H 98-34 or 99-08 or 99-15 dealing with Section 8 renewal policy, including tenant protections in the event of opt-outs. The purpose of this notification is to advise you as to the amount of funding that has been reserved for the renewal of the subject HAP contract.

**Renewal Funding:** **Annual Contract Authority** $ 58,400

**Budget Authority** $ 58,400

**Renewal Effective Date:** 02/25/2000

**Contract Units:** 82

The actual monthly assistance payments for the renewal period are subject to establishment of the unit distribution and contract rents for the project and may affect the final budget ant contract authority for the renewal contract. As provided in the above-referenced Notices, the contract rents shall be established through one of the following methods: completion of a comparability study, approval of a project budget, or application of cost adjustment factor, as applicable. Once the actual renewal unit distribution and rents have been determined, the owner and HUD will enter into the section 8 renewal HAP contract, and the owner may then draw down funds for monthly assistance payments under the contract. If the Section 8 contract is terminated for any reason prior to or during the renewal period, the budget authority made available by the reservation of funds and this notification may be recaptured by HUD.

By: Robert M Brown

For Assistant Secretary for Housing-Federal Housing Commissioner

Robert M. Brown

(Name)

Director, Detroit Multifamily Hub

(Title)

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
Office of Housing, Federal Housing Commissioner

# HOUSING ASSISTANCE PAYMENTS RENEWAL CONTRACT

## HUD as Contract Administrator

SECTION 8 PROJECT NUMBER: 044-44110

SECTION 8 PROJECT NUMBER OF EXPIRING CONTRACT (if different): MI28E000037

FHA PROJECT NUMBER: (if applicable):044-44110

This HOUSING ASSISTANCE PAYMENTS CONTRACT **MI28E000037** is entered into between the U.S. Department of Housing and Urban Development ("HUD") and Pingree Apartments("Owner") pursuant to the United States Housing Act of 1937, 42 U.S.C. 1437 et seq. and section 524(a)(1) of the Departments of Veterans Affairs and Housing and Urban Development, and Independent Agencies Appropriations Act, 1998, Pub. L. 105-65, 111 Stat. 1344, approved 10/27/97. The purpose of this Contract is to provide housing assistance payments on behalf of Eligible Families ("Families") leasing decent, safe and sanitary units from the Owner.

Previously, HUD and the Owner entered into a Housing Assistance Payments Contract **MI28E000037**("Expiring Contract") to provide section 8 assistance to the Owner for eligible families living in **Pingree Apartments** ("Project").

This Expiring Contract expires on February 24, 2000.

HUD and the Owner desire to renew for the term specified below the Expiring Contract **EXCEPT for the Contract Rent and Rent Adjustment Provisions.**

**THEREFORE, HUD and the Owner hereby agree as follows:**

1. This Contract provides Housing Assistance Payments to the Owner for the term specified (see #4 & #5 below) at the contract rent levels listed in Exhibit A.

2. All terms of the Expiring Contract are renewed except for those provisions relating to contract rents and rent adjustments.

3. There will be no rent adjustments during the term of this contract.

4. The effective date of this Contract is February 25,2000.

5. This Contract expires on June 24, 2000.

6. The maximum amount of the commitment for housing assistance payments under this Contract is $58,400.

7. The Owner warrants that it has the legal right to execute this Contract and to lease dwelling units covered by this Contract.

8. The Owner warrants that the rental units to be leased under the terms of this Contract are in decent, safe and sanitary condition, as defined by HUD.

9. Notwithstanding any provision to the contrary, HUD, by executing this contract, does not make any warranty and/or representation as to the condition of the rental units. Execution of this Contract by HUD is not an endorsement by HUD that the rental units are in decent, safe and sanitary condition, as defined by HUD.

10. It is a crime to knowingly make false statements to HUD on this form. Penalties upon conviction can include a fine and imprisonment. 18 U.S.C. 1001,1010.

This Contract is hereby executed with respect to the contract units described in Exhibit A.

United States of America
Secretary of Housing and
Urban Development

By: Mary M. Owens
for Robert M. Brown
Director
Detroit Multifamily Hub

Date: 3/01/00

OWNER

By: BSACO
(Official Title)

Date: 2-23-00

## EXHIBIT A

### IDENTIFICATION OF UNITS ("CONTRACT UNITS") BY SIZE AND APPLICABLE CONTRACT RENTS

| Number of Units | Number of Bedrooms | Contract Rent |
|---|---|---|
| 68 | 1 Bedroom | 359 |
| 4 | 2 Bedroom | 465 |
| 10 | 3 Bedroom | 465.00 |