CERTIFICATE—CONDUCTING BUSINESS UNDER AN ASSUMED NAME Form B-18 (11.75)

**STATE OF MICHIGAN**
**COUNTY OF WAYNE** } ss.

The undersigned do........hereby certify in pursuance of Section 445.1 to 445.5 inclusive C. L. 1948 as amended, that.................. now intend to own, conduct or transact business or maintain an office or place of business in the CITY .................of................................................Michigan, under the name of BSA and Associates (E+W)

Business Address 21461 Sloan Harpwood MI ZIP 48236

.................do further certify that the true and real full name or names of the person or persons owning, conducting, transacting the same together with the Post Office address of each is as follows, viz.:

| NAME | RESIDENCE ADDRESS | CITY OR VILLAGE |
|---|---|---|
| Badruddin Alli | 21461 Sloan | Harpwood, MI 48236 |
| | | |
| | | |
| | | |
| | | |

In Witness Whereof,.........have this.................day of.............................

A. D., 19..7....., made and signed this certificate.

*NOTE—This Certificate Expires 5 Years From The Date of Filing With The County Clerk

**STATE OF MICHIGAN**
**COUNTY OF WAYNE** } ss.

On this..........day of...........................................A. D., 19..........., before me personally appeared.......................................................................................................................
who being duly sworn says,..............he..............is (are) the person (s) described in and who executed the foregoing instrument for the purpose therein stated.

Notary Public, Wayne County, Michigan

My Commission expires Deputy Clerk

**STATE OF MICHIGAN**
**COUNTY OF WAYNE** } ss.

I, JAMES R. KILLEEN, County Clerk, do hereby certify that I have compared the foregoing