89 JUN 23 AM 8:39

89093602

FOREST E. YOUNGBLOOD
REGISTER OF DEEDS
WAYNE COUNTY, MI

L 24232 PA 341

**DEED**

This indenture made this 7th day of June, 1989.

WHEREAS, on August 26, 1981, a certain Mortgage was executed by Dale M. Nielson, Barbara A. Nielson, Alton Davis and Sandra K. Davis as mortgagor in favor of the Secretary of Housing and Urban Development as mortgagee and was recorded on January 11, 1983, in Book 21563, Page 339, as Instrument number J900863, with the Register of Deeds, Wayne County, Michigan; and

WHEREAS, by virtue of a default in the covenants and conditions of the Mortgage the Secretary designated me as foreclosure commissioner to conduct a nonjudicial foreclosure of the Mortgage under the provisions of the Multifamily Mortgage Foreclosure Act of 1981 (the Act) 12 U.S.C. 3701 et seq.; and

89093602

WHEREAS, a Notice of Default and Foreclosure Sale was sent by certified or registered mail (1) on April 10, 1989, to Riverside Place, Inc., the owner of the property secured by the mortgage as shown by the public record on April 10, 1989, (2) on April 10, 1989, to Alton Davis, Sandra K. Davis, Dale N. Nielson, and Barbara A. Nielson, the parties shown on the public record as of April 10, 1989, to be liable for part or all of the mortgage debt, (3) on April 10, 1989, to Seldon Court Tenants Association, and Malcolm F. Hayes, (4) on April 17, 1989, to Virginia Sikora, Treasurer, City of Detroit, and (5) on April 17, 1989, to Raymond J. Wojtowicz, Wayne County Treasurer, the parties who as of April 10, 1989, had a lien on the property secured by the Mortgage; and

This is to certify that there are no tax liens or titles on this property and that taxes are paid for FIVE YEARS previous to date of this instrument EXCEPT ____
No. ____

EXEMPT UNDER MSA 7.456 (5) (h)

No. 9956
City Taxes against the within described property are paid. Current city and current special taxes excluded. (C.L. 48 Section 211.135)
JUN 23 1989
change submitted

WHEREAS, a copy of the Notice of Default and Foreclosure sale was published in the **Detroit Legal News** on **April 18, 1989, April 24, 1989**, and **May 1, 1989**; and

WHEREAS, a copy of the Notice of Default and Foreclosure Sale was posted in a prominent place at **City-County Building, Detroit, Michigan**, on **April 21, 1989, and April 27, 1989**; and

WHEREAS, pursuant to the Notice of Default and Foreclosure Sale and to the Act, a foreclosure sale was held on **May 8, 1989**, at which BSA & Associates submitted the highest bid in the amount of $530,000.00; and

WHEREAS, the following costs were incurred in conducting the foreclosure sale:

a. $457.95 for advertising and postage expenses incurred in mailing, and publishing the Notice of Default and Foreclosure Sales.

b. $369.01 for reasonable and necessary costs incurred for title and lien record searches.

c. $27.00 for the commissioner's necessary out-of-pocket expenses incurred for recording documents.

d. $2,500.00 as commission to the foreclosure commissioner.

NOW THEREFORE, for one dollar and other good and valuable considerations, the undersigned hereby grants, bargains, sells, and conveys to BSA & Associates, the following described property located in Wayne County, Michigan:

Situated in the City of Detroit, County of Wayne, State of Michigan, and more particularly described as follows:

Lots 110 through 112, the East 29.84 feet of Lots 113 through 119, and Lots 120 through 122 of Albert Crane's Section of the Thompson Farm being part of Private Claim No. 227. Also Lots 14 through 20, including West 1/2 of vacated Harrison Avenue adjoining of Dickinson's Subdivision of that part of Out Lot 10 lying north of Magnolia Street and West of National Avenue of the subdivision of Private Claim 25 being rear concession of the Lognon Farm, Detroit, Wayne County, Michigan. Also includes the vacated alley east of 12th Street and the vacated alley west of Harrison Avenue from Magnolia Street to Hazel Street and the vacated alley north of Magnolia Street. WARD 3 ITEM 7514-9

ALSO

PER ASSESSORS ECOX

Lots 21, 22 and 23 Dickinson's Subdivision of that part of Out Lot 10, lying North of Magnolia Street and West of National Avenue of the Subdivision of Private Claim 25, being rear concession to the Lognon Farm, Detroit, Wayne County, Michigan, as recorded in Liber 11, page 99 of Plats, Wayne County Records. WARD 3 ITEM 6741-55

The grantor hereby conveys to the grantee all rights, title and interest in the above property held by the grantor, the Secretary, the mortgagor or any other party claiming by, through, or under them on the date the Mortgage referred to above was recorded and any interest acquired by any of them until the date of the foreclosure sale.

EXHIBIT "A"

The covenants contained in the attached Use Agreement are incorporated into this Deed and shall be enforceable by the parties thereto as covenants running with the land.

WITNESSES:

Mary Catherine Meyers

Mary Catherine Meyers

Lori Jayne Waldroup

Lori Jayne Waldroup

Robert A. Marsac, Esq.
Foreclosure Commissioner
11th Floor, Buhl Building
Detroit, Michigan 48226