EXHIBIT NO. 2
Alli
DATE: 1-3-05
KATHRYN L. JANES, CSR, RMR, CRR

**This** DEED OF TRUST IS CREATED THIS DAY OF JUNE 30, 1992 REGARDING REAL ESTATE LOAN FOR PROPERTY KNOWN AS COLLINGWOOD/KIRKWOOD APARTMENT AS COLLATERAL ,IN DETROIT,MICHIGAN,USA, BETWEEN:

Alhadja Barikisu Abegbe,a business woman of No.6 Moshalasi street, Obalende,Lagos and Dr and Mrs Ben and Shaki Alli of P.O.Box 36081 Grossepointe,Michigan 48236,USA.

WHEREAS:

(1) Under the DEED OF TRUST immediately convey to Dr.Ben and Shaki Alli whose signature are as signed below received the sum of $250, 000.00( twohundred and fifty thousands before and prior in January 1991 to meet certain repairs required by HUD and for the proper maintenance and Housing quality standard for the above named real estate property located in the City of Detroit ,viz 1610 Collingwood and 1635 Calvert,known as Collingwood/Calvert Apartments,a 52 units section 8 buildings.
(2)That such amount was to be used for repairs which includes but not limited to : electrical conversion from circular to florescent fixtures and lamps,reinforcement of wood underlayments,replacement of windows to energy efficient windows,doors,hallway ceilings,installation of security doors( where necessary) and any other repairs as maybe necessary.
(3) Payment to begin September 1992 at interest rate of 12.5% for 60 months on $250,000.

AND WHEREAS":

(1) A second loan under this DEED OF TRUST created on the same real estate property as specified above for $75,000 toward specific repaired requirement per notice from the HUD office dated June 15, 1992 Physical inspection report ,to be used specifically for the whole tuckpointing around the 4 quadrant of the building where the deterioration of bricks,morter separating from the concrete and the bricks,belt and ledging.This work must be done and a-v pictures taken and submit to lender within 90 days.A letter dated June 28, 1991 from Cagle and Son and two others bid are acknowledged.
(2) The Sum of $75,000 required for this complete work becomes a lien on the property at interest rates of $12.5% for 60 months, payment may not be commenced until January 30,1993 or extension granted for further deferred,while interest acrued.
(3) While total lien created on these properties are sumed to be $325,000.00,one payment to begins as noted above while defer is allowed for the $75,000 only.

THEREFORE :

Dr and Mrs Ben Alli will save and keep indemnify the lender Alhadja Barikisu Abegbe at all times during the course of this loan,from all proceddings,liabilities and claims forever.

IN WITNESS WHEREOF Lender and the lendee set their hands as their signatures as noted below,after fully consented and attested to.

Alhadja Barikisu Abegbe

Dated: June 30,1992
Lagos State.

Dr.Ben Alli

Shaki Alli,his

DOJ-J-000348