IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BENJAMIN & SHAKI ALLI AND
BSA CORPORATION,
Plaintiffs,
vs. Case No. 01-669C
Hon. Allegra
THE UNITED STATES,
Defendant.

ORIGINAL

The Deposition of SHAKI C. ALLI,
Taken at 315 North Center Street, Suite 200,
Northville, Michigan,
Commencing at 8:57 a.m.,
Monday, January 3, 2005,
Before Kathryn L. Janes, CSR-3442, RMR, RPR.

APPEARANCES:

ERIC STEMPIEN
Stempien & Stempien, P.L.L.C.
315 North Center Street
Suite 200
Northville, Michigan 48167
(248) 735-9200
Appearing on behalf of the Plaintiffs.

MARLA T. CONNEELY
U.S. Department of Justice
Civil Division
1100 L Street NW
Washington, D.C. 20530
(202) 307-1011
Appearing on behalf of the Defendant.

ALSO PRESENT:
Benjamin Alli

Northville, Michigan
Monday, January 3, 2005
8:57 a.m.

SHAKI C. ALLI,

was thereupon called as a witness herein, and after having first been duly sworn to testify to the truth, the whole truth and nothing but the truth, was examined and testified as follows:

EXAMINATION

BY MS. CONNEELY:

Q. Good morning, Ms. Alli.
A. Good morning.
Q. Please state your name, your full name, and address for the record, please?
A. Shaki, and my last name is Alli. My address, I use my counsel's address for any mail address.
Q. Okay. And what is the address?
A. My address? Oh, you mean the counsel address? I say I'm going to use his address for my mailing in case of any -- is that the reason?

MR. STEMPIEN: She's entitled to know what your address is, yes, she's entitled to know.

A. Okay. 970 Lake Shore Road, Grosse Pointe, Michigan 48236.

SHAKI C. ALLI
January 3, 2005

A. No.
Q. Are you currently employed?
A. Yes, I'm still running the apartment left.
Q. And which apartments are those?
A. The Pingree and Gladstone, I'm still running it.
Q. When you say you're running it, what do you mean?
A. I'm managing it, yeah. I rent it out. I'm still doing what I'm doing to rent it, to make sure it still in good condition, to rent to the tenant, to make sure the tenant, when they call, I answer the phone to make sure, just the same thing I've been doing before, I'm still doing it.
Q. How long have you been doing this?
A. Since '82.
Q. And have you been employed by BSA & Associates since 1982?
A. Yes.
Q. Managing apartments?
A. Yes.
Q. Have you ever managed any other apartments besides the Pingree and Gladstone apartments?
A. Yes. I manage Collingwood/Kirkwood, I manage Riverside apartments.
Q. And how long did you manage the Riverside apartments?
A. Since we bought it up to the time that we sold it.

Q. How long did you manage the Collingwood/Kirkwood apartment?
A. Since we bought it until they took it from us.
Q. What was your salary when you were managing the Collingwood/Kirkwood apartments?
A. Was no salary. I get paid based on what I'm doing, not just a salary, it's not really a salary, but I don't remember exact amount that I got paid here.
MS. CONNEELY: I would like to ask the court reporter to mark this as Exhibit 1?
MARKED BY THE REPORTER:
DEPOSITION EXHIBIT NUMBER 1
9:12 a.m.
BY MS. CONNEELY:
Q. If you could take a look at this and let me know when you're finished?
A. Yes, I do all this.
Q. Have you seen this document before?
A. Yes, is very likely. I mean, I don't remember it, yes, it's very likely that I have.
Q. Do you know what this is?
A. I am doing it as my job description.
Q. This is your job description for what?
A. For managing, for administration for apartments, administration for the apartments, apartment

management of all the three projects.
Q. This is your job description for?
A. All of the three projects.
Q. Collingwood/Kirkwood, Riverside and Pingree/Gladstone?
A. Yeah.
Q. Okay. Let's start with the first paragraph?
A. Uh-huh.
Q. The project-based accounting certification/recertification worksheet and monthly subsidy buildings?
A. Yes.
Q. Did you do that?
A. Yes.
Q. Can you describe what you did based on this -- strike that.
Can you tell me a little bit more what this means?
A. Well, when the tenants, when we approve the application for renting, in order for the government to subsidize the tenant rent, they have to submit all the birth certificate, so we require that the tenants submit the birth certificate for the children. They need income of the tenant, whatever income they have, we have to request for it, I have to computerize in the HUD paper, and then the tenant, after I prepare

it, the tenant has to sign it. That copy, I have to submit that to the HUD, I have to keep a copy in my file and they have to -- before the advent of the computer. When the computer comes, we have to fit it into the computer.

Q. Were you the only one who performed this task?

A. No, I have other -- my three kids help.

Q. Could you name your three children that helped?

A. Ade, Bisi and Remi.

Q. Did they help you throughout the entire time that you performed these services for --

A. Yes.

Q. -- these apartments?

A. Yes.

Q. Were they paid also for their services?

A. Yes.

Q. How much were they paid?

A. I don't have it in my head, but we do pay them.

Q. Were they paid salary or hourly?

A. They just paid them set amount every month.

Q. And how is that amount determined?

A. Before we retained their service, I called the different places and I talked to the people who are doing the same thing, how much they were going to charge me. Some says $75 an hour, some $50 an hour.

You know, the cheapest anyway is $50 an hour, so -- and I realize that, and there is not a job that he can finish like in two hour, three hour, four hour, and I realized that my children can do the same thing. If they can do the same thing, why can't I use them, and they are available to me for 24 hours? They can be useful so -- and I take their service.

Q. Do you remember the companies you called inquiring about the similar services and how much they would charge?

A. I saw it in the newspaper, that's how I called. I didn't have it in my head, but I called not just one people, different people.

Q. How many people?

A. I think about four or five people in the newspaper, yeah.

Q. Do you remember any of their names?

A. No, I don't.

Q. Let's move on to the second paragraph. If you could read it to yourself? Can you explain in more detail what this means?

A. All the papers the government required has to be fit in the computer. All this certification, all the billings, it has to be in the computer. That's where they at. After I write them out, what I need to

write, I give it to my children to do that in all the projects.
Q. Did you always delegate the work to your children or did you do this yourself sometimes?
A. I do everything myself because they don't know how to do all this billings. I have to do it and they have to put it in the computer.
Q. Do you remember what program you used to put the information into the computer?
A. We have a -- I forgot the name. There is a booklet about this volume big from the government that they try to send it to all the Section 8 people to make sure that they read it. That's the guidance for the recertification. We have to read it to make sure that we were able to -- owner manual for certification.
Q. Let's move on to --
A. So I have to use that.
Q. Let's move on to the next one. Occupancy clerical project management delinquency notices, what does that mean?
A. Okay. Occupancy clerical, this I did, clerical like I have to make sure that every month you have to recertify, you have to send a letter out like three months ahead of the time to give them enough time to submit all this informations. We try -- we have to

follow up either with the Social Service to make sure the Social Service able to get these papers available to recertify the tenant so the government do not hold the tenant off from their Section 8. I have to make sure that all this paper are collated after it is submitted, completed. I have to submit the hard copy to the local office. At the same time I have to feed it to the computer, so all those things have to be done every month. It's not just one thing, it has to be continuous.

Q. Let's get down to the paragraph that says, travel to and from project meeting with contractors, investigating work done or performed and others?

A. Yes.

Q. What contractors are being referred to there?

A. Our contractor, the one we retained, the one we hired, because sometimes they want to get paid, so to make sure everything is done, we have to make sure before we pay them to make sure everything is done like they say it is done.

Q. Can you give me an example?

A. Because when we hire someone to fix the -- put a new window or put a new toilet or put a new carpet, I have to make sure whatever they said is done, make sure it is done.

Q. Did you ever hire a contractor to put in new windows?
A. I never did it by myself. He always do it, my husband always do it.
Q. Did you ever hire a contractor to put in new carpets?
A. I never did it by myself. He is the one that makes sure they write the contract. They have to make sure that it is done before I paid it.
Q. Can you give me an example of when you met with a contractor and investigated the work he or she had done?
A. I have to do what, say it again?
Q. Can you give me a specific example of one time that you met with a contractor that you had hired to investigate -- and then investigated the work that was done or performed?
A. Not just one time, as many times as possible, not just one time.
Q. Okay. Can you give me an example of one time that you did this?
A. I don't think I understand because I needed -- between 9:00 and 5:00, they pick a time, they call me and I go there and deal with them. Sometimes I go with him too.
Q. Can you give me the name of one contractor that you met with?

A. I remember I met with Mark Slaughter. I meet with -- I met with a lot of people.
Q. Who is Mark Slaughter?
A. Is one of the contractor, maintenance, yeah, he's the maintenance and also he do everything.
Q. Did you have a long-term contract with Mark Slaughter?
A. I don't have a long time, we always call them as needed. I meet with Blue Ray. I meet with a lot of people, Blue Rays also.
Q. Who is Blue Ray?
A. He is a contractor for heating and cooling.
Q. Did you ever meet with Blue Ray?
A. Yes.
Q. And what did you discuss when you met with them?
A. There is nothing to discuss, just to make sure, what did you do after you doing this, to test it and to make sure the job is done right.
Q. So you never hired a contractor to put in new windows?
A. No, I do not, not that I recall, because I let him do all the contract because they have to put it in writing to make sure that there is no discrepancy and work to be done or not to be done, so I let him do the handling of that.
Q. Did BSA & Associates ever hire a contractor to put in new windows?

EXHIBIT NO. 1
Alli
DATE: 1-3-05
KATHRYN L. JANES, CSR, RMR, CRR

JOB DESRCIPTION

SHAKI ALLI- OFFICE ADMINISTRATOR/TECHNICIAN

Project based accounting --certification and recertification, worksheet and monthly subsidy billings

Prepare computerized ready to input documents for computer expert and prepare hard copy of required forms,including HUD-50059. Monthly accounting reports and other reports

Occupancy clerical,project management deliquency notices.

Prepare all worksheets and monthly subsidy billings and review.

Travel to-and-from project--meeting with contractors,investigating work done or performed, and others.

Technical skill and supports necessary for performing frontline activities of the projects .

Taking application,screening tenants,maintain the project and accounti for project income and expenses

Laundromat contact and meeting with repair person and decide and formulate action for effectiveness.

Other responsibilities as needed including but not limited to providing social services ,socialwork and Counseling as needed, =Boi referral to Agencies and follow-up per need basis.