IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| BENJAMIN & SHAKI ALLI AND BSA CORPORATION,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 01-669C<br>(Judge Allegra) |

DECLARATION OF SILAS POLK

I, Silas Polk, hereby declare as follows:

1. I have been employed by the United States Department of Housing and Urban Development ("HUD") for over 15 years.

2. I currently work as a supervisory project manager for HUD in Detroit, Michigan.

3. From 1997 until approximately 2000, I worked as a project manager for HUD's Office of Multifamily Housing in Detroit, Michigan.

4. My job duties as a project manager included, without limitation, overseeing properties converted by Housing Assistance Payment contracts ("HAP contracts") and ensuring that those properties adhered to HUD guidelines.

5. A project-based HAP contract covers either a potion of the building or an entire building and those tenants that live in the covered units.

6. Under a project-based HAP contract, the tenant pays approximately 30% of their gross income to the owner and HUD pays the difference between the market-rate rent and the tenant payments directly to the building owner.

7. Tenants covered by HAP contracts are usually low-income or very low income and depend upon HUD's assistance in obtaining suitable housing.

8. When the term of a project-based HAP contract expires and the owner chooses to opt out of the contract instead of renewing it, HUD issues tenant-based housing assistance vouchers to qualified tenants residing in the project.

9. Under tenant-based assistance, Section 8 housing subsidies attach to the assisted tenant's household, not to the housing project.

10. Tenants who receive housing vouchers because the project owner opted out of renewing the HAP contract have the option to stay in the current building, as long as it is deemed safe, decent and sanitary by HUD, or to relocate to other appropriate housing at the tenant's expense.

11. When a building that is under a project-based HAP contract is not decent, safe and sanitary, HUD may relocate the tenants to other suitable housing and will use tax funds set aside for the HAP contract to conduct that relocation.

I declare under penalty of perjury that the foregoing is true and

correct.

Executed on this 29 day of August, 2005.

[signature]

Silas Polk
Supervisory Project Manager
Office of Insured Multi-family
United States Department of Housing
and Urban Development