GMAC Commercial Mortgage Corporation
350 Franklin Center
29100 Northwestern Highway
Southfield, MI 48034
Tel. 248-208-3460
Fax 248-208-3472

September 23, 1999

Mr. Cory Fanning
4115 Meadow Way
Bloomfield Hills, Mi 48301

Re: Engagement Letter Agreement for Collingwood / Kirwood, Detroit, Michigan (the "Project")

Dear Mr. Fanning:

Cory Fanning, (The "Borrower(s)"), hereby authorizes GMAC Commercial Mortgage Corporation ("GMACCM") to serve as the mortgagee to prepare and submit the necessary application(s) (the "Application") to the U.S. Department of Housing and Urban Development ("HUD") to obtain a Commitment for Mortgage Insurance for the above captioned project, pursuant to Section 223(f) of the National Housing Act (the "Firm Commitment").

GMACCM currently contemplates providing funding for the insured loan (the "Insured Loan") through the issuance, sale and delivery of Government National Mortgage Association ("GNMA") Mortgage Backed Securities.

The Insured Loan amount is estimated at $790,900 with an amortization period of 30 years at the current market interest rate to be determined at rate lock, as described in Attachment A herewith, the preliminary analysis. These Insured Loan terms are initial estimates based upon information provided to GMACCM by the Borrower. These terms are subject to adjustment and are not to be construed as a commitment to make a loan.

The services, which GMACCM will provide, with respect to the Application shall include, but are not limited to, the following:

- Interact with the Borrower and HUD regarding any requirements that are necessary for mortgage underwriting such as obtaining all market, cost and other data relative to the underwriting of the property.
- Interact with the Borrower and the technical representatives regarding any comments or any future documentation, underwriting criteria needs or any other requirements identified by HUD.

- Facilitate the timely exchange of all documentation necessary for the issuance of the Firm Commitment.

- Facilitate placement of the permanent funding of the Insured Loan with an investor whose terms and conditions are acceptable to the Borrower.

- Assist in the preparation and submission of the insured loan's initial/final closing (the "Closing") documents.

Borrower and GMACCM declare that all statements contained in this agreement (the "Agreement") are complete and true to the best of their knowledge and agree to the following:

1. GMACCM is authorized to be the Borrower's exclusive Agent and HUD-approved mortgagee to negotiate, process, and close an insured loan for the project with HUD. Borrower represents and warrants that upon execution of this Agreement, it will not execute another HUD application to finance the project with any other HUD approved lender or lender's agent. Further, the Borrower hereby grants to GMACCM the exclusive right to arrange for placement of the construction and permanent financing of the Insured Loan, which placement shall be subject to the terms and conditions of a separate Financing Commitment between the parties.

2. Borrower will pay to GMACCM a financing fee ("Financing Fee") of two percent (2%) of the amount stated in the Firm Commitment for processing the Application and obtaining a Firm Commitment from HUD. Upon issuance of the Firm Commitment, substantially in accordance with the Application, or such other form and amount as shall be reasonably acceptable to the Borrower, the Financing Fee will be considered earned and payable. Payment of the Financing Fee shall occur not later than at the Closing of the Insured Loan or upon the expiration of the Firm Commitment, whichever occurs first.

3. Borrower agrees that GMACCM has no responsibility for payment of any brokerage fees relating to this transaction. Borrower agrees to indemnify GMACCM from any and all claims, demand and liability for brokerage commissions, assignment fees, finder's or other compensation arising from the issuance of this Agreement by GMACCM or the making of this Insured Loan.

4. Borrower will be responsible to pay to GMACCM any permanent lender/placement fee ("Permanent Lender/Placement Fee"). The Permanent Lender/Placement Fee will cover the marketing and placement of the Insured Permanent Loan. The Permanent Lender/Placement Fee will be considered earned and payable at the time the Insured Loan is placed (Rate Locked) with an investor upon terms and conditions acceptable to the Borrower. The Permanent Lender/Placement Fee shall also be paid no later than Closing of the Insured Loan or upon expiration of the Firm Commitment, whichever occurs first.

5. The Financing Fee and Permanent Lender/Placement Fee both outlined above, are exclusive of all other costs which are to be paid by Borrower, including any Insured Loan discounts, fees to extend the Insured Loan Commitment, fees to extend the Permanent Lender's closing/funding date, legal fees, HUD fee, GNMA securitization fees, Investor fee/deposits, or fees charged for the investment of the reserve for replacement funds. Borrower will also be responsible for initial funding of escrow deposits and any other fees due any other parties not identified herein, all of which are to be paid by Borrower.

6. The Borrower hereby deposits with GMACCM the sums of $3,000 as a retainer (the "Retainer") to be held in a non-interest bearing account. This Retainer shall be applied to pay GMACCM's costs for credit reports, and other reasonable out of pocket expenses of GMACCM in connection with the processing of the Application, to bring about the issuance of a Firm Commitment and arrange for the Closing of the Insured Loan. Any remaining portion of the deposit shall be credited to the Financing Fee at Closing, or, forfeited if the Application is not fully processed through issuance of the Firm Commitment and Closing of the Insured Loan. If expenses incurred by GMACCM exceed the amount deposited by Borrower, then the Borrower shall reimburse such expenses to GMCCM within ten (10) days of receipt of an invoice from GMACCM. The Borrower shall reimburse GMACCM for expenses regardless of whether or not a Firm Commitment is issued or closing is achieved.

7. Borrower hereby agrees that if at any time during processing of the Application, the Borrower elects to cancel or withdraw the Application, or intentionally fails to furnish GMACCM with that which is necessary to complete processing of the HUD Application, the Retainer outlined above, shall be forfeited to GMACCM.

8. Borrower further agrees to pay all expenses associated with any third party fees, reports and/or studies. These expenses include but are not limited to the HUD Application fee, appraisals, market study, architectural/engineering reports, environmental reports, Plans and Specifications; surveys, title reports, attorney fees or any other expenses necessary for the processing of the Application through the issuance of the Firm Commitment and Closing. Generally most of these costs can be included in the Insured Loan proceeds.

9. In addition, Borrower will pay for all legal and out of pocket expenses in connection with the Closing. GMACCM's typical outside counsel fee is $7,500.

10. Borrower acknowledges that: (a) GMACCM's analysis of the Project and its operations, including all appraisals, engineering reports and other investigations shall be done or have been done for the sole benefit of GMACCM in its preparation of the Application; (b) such analysis may not be relied upon for any other purpose whatsoever by the Borrower or other entities other than GMACCM, and (c) the analysis, appraisal, engineering report and other investigations are the property of GMACCM and will be held in confidence and not be provided to others without the prior written consent of GMACCM.

11. Borrower acknowledges that, while GMACCM will attempt to negotiate and obtain the Firm Commitment in general conformity with the terms in this Agreement and the Application, GMACCM has made no representations or promises that such a Firm Commitment will be issued by HUD and, GMACCM will not be responsible or liable to Borrower if such a Firm Commitment is not issued or should the Insured Loan not reach Closing in a manner or within the time desired.

12. Neither this agreement nor any statements contained herein or in the Application shall be deemed to obligate GMACCM directly or indirectly, to make an Insured Loan to the Borrower, or to otherwise render services to the Borrower in connection with the making of an Insured Loan. Any such commitment to make a loan shall be only upon terms and conditions agreed to by the parties in their sole discretion, and set forth in writing in a separate agreement between the parties.

13. Borrower also acknowledges that GMACCM is relying upon data and information provided by the Borrower in preparing and submitting the Application to HUD. Borrower agrees to defend, indemnify and hold GMACCM and its employees and agents forever harmless of and for all losses, costs or damages (including the costs and legal fees of attorneys selected by GMACCM) incurred by GMACCM as the result of any disputes between Borrower, HUD and other related parties in the transaction over the accuracy of the data, representations or information provided by the Borrower.

14. This Agreement may not be assigned by the Borrower or assumed by any other person or entity without the prior written consent of GMACCM.

15. By signing this Agreement, the Borrower is indicating that it is the Owner of the Project, or the Owner's agent, or contractually in control of the Project by way of a valid, existing contract, or option agreement, and is duly authorized to execute this Agreement for the purpose of obtaining financing for the ownership entity identified herein.

16. The scope of GMACCM services hereunder is wholly and expressly limited to comply with conditions, requirements or procedures imposed by HUD in connection with the Application and the issuance of the Firm Commitment. GMACCM shall not be obligated to engage in any activity which would be considered to be "lobbying" pursuant to 24 CFR Part 86 or 87.

17. GMACCM has the right to publicize the financing of this Insured Loan after Closing.

18. This Agreement and any future commitment by GMACCM are subject to any amendment, modification or change in HUD's statutory, regulatory, or administrative requirements.

Either GMACCM or the Borrower may terminate this Agreement upon the express written consent of the other party. Notwithstanding the foregoing, this Agreement may not be terminated while GMACCM or HUD is actively processing the Application. Both GMACCM and the Borrower warrant and represent that this Agreement is the entire Agreement with respect to the payment of fees and expenses, and no other representation, written or oral, or prior written agreement is in any manner binding.

Time is of the essence under this Agreement. Please sign and return one copy of this agreement along with your retainer by October 1, 1999.

**AGREED AND ACCEPTED:**

**Borrowing Entity:**

By: ________________________

Date: ______________________

**GMAC Commercial Mortgage Corporation**

By: ________________________

Date: ______________________

## Attachment A

To The Borrower Engagement Letter Agreement

## SUMMARY OF ESTIMATED INSURED LOAN

**Date: September 23, 1999**

The following is the targeted Insured Loan amount and terms for the above Project.

| | |
|---|---|
| Project Name: | Collingwood / Kirkwood |
| Location: | Detroit, Michigan |
| Client/Borrower: | Cory Fanning |
| Project Characteristics: | 52 Unit Apartment Buildings |
| HUD Insurance Program Section of the Act: | 223(f) |
| Estimated Insured Loan Amount: | $790,900 |
| Estimated Interest Rate: | 8.0% which includes Insured Loan servicing, but excludes the annual HUD Mortgage Insurance Premium (MIP). The final interest rate will be determined at the rate lock of the Insured Loan. |
| Amortization/Term: | Up to 35 years or 75% of the useful economic life of the Project as determined by FHA |
| Prepayment Options: | To be determined at time of rate lock of the interest. Typical options include a ten-year lockout or five-year lockout with penalty of 5% in the 6th year, declining 1% each year thereafter and reaching zero after the 10th year. A higher interest rate can be expected by the reduction of the call protection provision. The estimated interest rate above assumes a five-year lock out with the declining penalty. |
| Security: | The Insured Loan shall be secured by a first mortgage lien encumbering all land and improvements constituting the Project, and a security agreement and financing statements. |

| | |
|---|---|
| Non-Recourse: | The Insured Loan will be a non-recourse loan. |
| Assumption: | The Insured Loan is assumable with approval and an assumption fee. |
| HUD Application Fee: | $3.00 per thousand or 0.3% of the mortgage amount applied for at the Firm Commitment stage. The Borrower must advance the HUD Application Fee. It is included in loan proceeds and reimbursable at Closing. |
| HUD Inspection Fee: | $30 per unit and payable at Initial Closing from loan proceeds. |
| HUD Mortgage Insurance Premium: | .5% of the mortgage amount determined by HUD payable at Closing and included in loan proceeds. Thereafter, one half of one percent annually |
| Technical Fees and Charges: | Borrower will pay for any third party reports such as appraisal, environmental reviews, physical needs assessments, plans and specifications, survey, mortgage credit analysis, all costs, fees and expenses necessary to bring the Insured Loan to Closing. |
| Retainer: | $3,000 non-refundable retainer fee, payable to GMACCM at the time of execution of the Engagement Letter. |
| Financing Fee: | A fee equal to two percent (2.0%) of the HUD approved Insured mortgage amount. The fee is due to GMACCM as compensation for obtaining the HUD Firm Commitment. The fee shall be deemed earned and payable upon the issuance of the Firm Commitment. It shall be due at the earlier of the Initial Closing of the Insured Loan or expiration of the Firm Commitment and is included in Insured Loan proceeds. |
| Placement Fee: | Borrower will be responsible to pay GMACCM any Permanent Lender/Placement Fee. |
| Discounts: | This amount is required to buy down the interest rate or to place the Insured Loan at par based upon the then prevailing market interest rate and the prepayment option selected by the Borrower. |
| Closing Fee: | A fee will be payable to GMACCM for lender's legal expenses associated with Closing of the Insured Loan. |

| | |
|---|---|
| Good Faith Deposit: | An amount equal to one half percent (0.50%) of the Insured Loan amount set forth in the Firm Commitment required to secure the permanent financing at time of acceptance of the Financing Agreement. The good faith deposit will be held by GMACCM and refunded at the time of Closing. |
| Extension Fees: | A fee is required to extend the Initial and Final Closing dates if the Insured Loan does not close within the time frame agreed to by the Borrower when the Insured Loan was rate locked. This fee is determined at the time of the rate-lock. |