# ALLI, ET AL v. THE UNITED STATES

## CORY FANNING

February 3, 2005

*Prepared for you by*

BIENENSTOCK
COURT REPORTING & VIDEO

Bingham Farms, Detroit, Mt. Clemens, Ann Arbor, Lansing, Flint, Jackson

PHONE: 248.644.8888 FAX: 248.644.1120

www.bienenstock.com

Collingwood/Kirkwood Apartments or lower?
A. Well, some of them were higher, that had more units, and some of them that were lower that had fewer units.
Q. If you can look on page 2. At the top of page 2 next to the line that says buyer, is that your signature there?
A. Yes, it is.
Q. If you look back on page 1, in the first paragraph it requires that you submit $5,000 in the form of a check as escrow money. Do you see that?
A. Yes, I do.
Q. Did you ever submit that $5,000 in the form of a check?
A. I assume that I did. I don't recall -- I mean -- I assume that I did.
Q. If you could look at the paragraph on that agreement marked as section 2.2, it requires that you submit an additional $15,000. Do you see that paragraph?
A. Yes, I do.
Q. Did you ever submit that additional $15,000?
A. I -- I'm going to say I assume I did also.
Q. But you don't know whether you did?
A. Is there a date on this? I was getting close, so I'm assuming that I did.
Q. Did you purchase the Collingwood/Kirkwood Apartments



pursuant to this agreement?
A. No. It fell through.
Q. Why?
A. I think because it was repossessed by HUD.
Q. Do you remember about what time that was?
A. You mean how close I was to the end?
Q. No. I mean, do you know about what time the deal went through? I'm sorry. The deal fell apart?
A. The deal fell apart?
Q. Correct.
A. You know what, I was -- I was close. Is this the only documentation that we have? On this whole thing? I was close. I know that I was getting really close to the end. Like -- And so -- Whenever that was, that's when it all fell apart.
Q. Were you surprised that the property was -- Were you surprised to hear that the property was repossessed by HUD?
A. Oh, yeah.
Q. Why?
A. Well, I -- I didn't -- I mean I thought that it was, you know, it was okay to sell.
Q. Who told you that the property had been repossessed?
A. My broker called me and said it had fallen through.
Q. Did you get your deposited monies back when the deal



fell through?
A. Yeah, I got my deposit money back.
Q. Were you working with the lenders to help finance this purchase of the Collingwood/Kirkwood Apartments?
A. Yes.
Q. What was the name of that lender?
A. GMAC.
Q. Do you know whether or not that lender knew that HUD's approval was required in order to complete the sale of the Collingwood/Kirkwood Apartments from Dr. Alli to you?
A. I don't know.
Q. Do you know whether your lender took any steps into getting HUD's approval to complete the sale of the Collingwood/Kirkwood Apartments from Dr. Alli to you?
A. You know, I'm not sure. I hate to answer. I'm not sure on everything.
Q. During the, as you call it, due diligence of the Collingwood/Kirkwood Apartments, were you provided with any documents by either the broker or Dr. Alli regarding the apartments?
A. Oh, yeah. The financials and tax returns and --
Q. Were you provided with any copies of agreements that Dr. Alli had with HUD regarding the apartments?
A. I believe I was. I believe that there was -- and I



don't recall what they were but I, I know that there was, I wanted to know what was required of me to continue to be able to keep my Section 8 tenants, so I know there was some of that government paperwork involved with this whole thing.
Q. Did you read all of the paperwork that was provided to you?
A. I think I did. I mean, and tried to understand it to the best of my ability, but obviously I missed something here.
Q. When you've been to the Collingwood/Kirkwood Apartments, did you go in the basement?
A. Yes.
Q. Did you go in the furnace room?
A. Yes.
MS. CONNEELY: Can we go off the record?
(Recess taken at 12:06 p.m. )
(Back on the record at 12:15 p.m.)
MARKED BY THE REPORTER:
DEPOSITION EXHIBIT NUMBERS 2 - 9
12:15 p.m.
BY MS. CONNEELY:
Q. Mr. Fanning, I'm going to show you what's been marked as Exhibit 2 through 9. Will you look at these pictures and let me know when you're finished?

Q. Oh, you had a broker?
A. GMAC.
Q. Okay.
A. Was -- Well, I don't know -- No, they're not a broker. Well --
Q. Let me just clarify that, because there can be independent broker you deal with who then farms out your loan.
A. To GMAC.
Q. Or to banks.
A. No, I went right to GMAC.
Q. You went directly to GMAC?
A. Yes.
Q. The people you dealt with, as far as you knew, were employees of GMAC?
A. Yes, definitely.
Q. And they were your agent on your behalf in dealing with HUD?
A. Yes.
Q. This person who --
A. Well -- yeah. They were -- they were working -- they knew, evidently, they knew how to work with HUD on these transactions.
Q. Whoever told you that the deal was falling through because HUD was repossessing these buildings, did they



tell you how they knew that that's what was going on?
A. No. I mean -- I don't recall.
Q. Do you know what eventually happened to this property?
A. Yeah.
Q. What happened -- Well, first of all, what happened, as far as you know?
A. The deal fell through, and then, on the HUD website, I always look, and then I saw, I saw that they had sold it, you know, sometime later.
Q. Do you know how much it was sold for?
A. I think $80,000 is what they listed.
Q. And based on what you saw on the HUD website, it was sold by HUD?
A. I'm not sure how that works. All I know is that they just list the properties and, you know -- they just do them on auction.
Q. Do you recall who the purchaser was?
A. Oh, I have no idea.
Q. Have you attempted to purchase any multi-family housing units subsidized by HUD since this purchase agreement?
A. No.
MR. STEMPIEN: I don't have anything further.
MS. CONNEELY: I just have a few more



questions to follow up.

RE-EXAMINATION

BY MS. CONNEELY:
Q. You mentioned to Mr. Stempien that you offered $675,000 for the Collingwood/Kirkwood Apartments; is that correct?
A. Yes.
Q. And you couldn't remember what the listed price was; is that correct?
A. Yes. I don't know.
Q. Do you remember if there were any negotiations regarding the price?
A. There always is. So I don't -- I assume there was.
Q. Was $675,000 your initial bid?
A. I assume that it wasn't. I've never -- I've never gone into a deal and just -- not bantered back and forth some. So -- I don't recall the details on this.
Q. You mentioned that when you visited Collingwood/Kirkwood Apartments, there was one unit that was vacant that was being fixed and you were told that a pipe had broken upstairs?
A. Yes.
Q. Do you remember that discussion you just had?
A. Yes.



Q. Who told you that -- Who explained that situation to you, that the pipe upstairs had broken, causing the water damage?
A. The lady that was managing the building.
Q. Do you know how long that pipe had been broken before it was fixed?
A. No.
Q. Did you bid for the Collingwood/Kirkwood Apartments when they were being auctioned by HUD?
A. No. I wish I would have.
MS. CONNEELY: I have no further questions.

RE-EXAMINATION

BY MR. STEMPIEN:
Q. Mr. Fanning, it was your intention to go through with this sale; is that correct?
A. Oh, yes.
MR. STEMPIEN: I have nothing further.
(The deposition was concluded at 12:33 p.m. Signature of the witness was not requested by counsel for the respective parties hereto.)