# Handbook 4335.2 REV.

U.S. Department of Housing and Urban Development
Washington, D.C. 20410

## Departmental Staff

September 1986

# Secretary-Held Servicing Handbook

HSS: Distribution W-2(H), W-3(H), Wk-3(ADM), W-2(P), W-2(OGC), W-2(Z), W-3(ZAS), W-3(ZAOO), W-3-1, W-4(H), R-1, R-2, R-3, R-3-1(H), R-3-1(RC), R-6, R-6-1, R-6-2, R-7, R-7-1, R-7-2, R-8, R-8-1,

## CHAPTER 5 - FORECLOSURE

### 5-1. FIELD OFFICE RESPONSIBILITIES BEFORE RECOMMENDING FORECLOSURE

Foreclosure, or the threat of foreclosure, should not be used unless the office intends to foreclose. Foreclosure is the last resort after it is evident that the mortgagor cannot, or will not, meet the mortgage obligation. Before recommending foreclosure:

A. Assure that all required and reasonable servicing actions have been undertaken and efforts exhausted.

B. Encourage sale, by the mortgagor, as an alternative to foreclosure (this includes sale by assumption of the mortgage), but do not delay foreclosure for this reason.

C. Suggest the offering of a deed-in-lieu of foreclosure by the mortgagor (see Paragraph 5-8 on deeds-in-lieu). (This does not apply to investors.)

The encouragement of a sale or the suggested offering of a deed-in-lieu of foreclosure should be by active (if possible face-to-face) and direct methods rather than passively subsuming it in the text of a letter without explanation or elaboration.

D. If the field office determines that the property has little, or no, residual value, the case should be placed on an inactive status and foreclosure avoided.

E. Where there are high municipal liens on a vacant/abandoned property, which would prove a major liability to anyone acquiring title, placement of a property on an inactive status may also be an appropriate alternative, though the property has substantial residual value.

5-2. PROCEEDING TOWARDS FORECLOSURE. Foreclosure actions start with the preparation of a Notice of Intention to Foreclose.

A. Before determining the amount required to bring the mortgage current:

1) On all accounts with account numbers beginning with 07, check Loan Screen 2 (LNS2) for the Code 12 indicating that a Post Audit has been completed. Call the Service Center to request a Post Audit if the Code 12 is missing.