UNITED STATES OF AMERICA

COURT OF FEDERAL CLAIMS

BENJAMIN ALLI, SHAKI ALLI and
BSA CORPORATION, a Michigan Corporation

Plaintiffs,

Case No. 01669C
Judge Francis Allegra

vs.

UNITED STATES OF AMERICA,

Defendant.

______________________________/

STEMPIEN & STEMPIEN, PLLC
By: Eric Stempien
Attorneys for Plaintiff
315 N. Center Street, Suite 200
Northville, MI 48167
(248) 735-9200

DEPARTMENT OF JUSTICE, COMMERCIAL LITIGATION
By: Marla Conneely
Attorneys for Defendant
1100 L Street N.W., Room 11054
Washington, DC 20005
(202) 307-0318

______________________________/

**AFFIDAVIT OF BENJAMIN ALLI**

STATE OF MICHIGAN )
)ss.
COUNTY OF WAYNE )

Benjamin Alli, being first duly sworn, deposes and states:

1. I am a Plaintiff in the above-captioned matter and am able to testify to the facts contained herein.

2. On July 15, 1999 I entered into a Purchase Agreement for the sale of the Collingwood/Kirkwood apartments to Cory Fanning for the purchase price of

$675,000.00.

3. At the time of the execution of the Purchase Agreement, I was the President of BSA Corporation, the owner of the Collingwood/Kirkwood apartments.

4. At the time of the execution of the Purchase Agreement, I was aware of the provisions within the Housing Assistance Payments contract between BSA Corporation and HUD which required HUD's written approval for any sale or transfer of the property.

5. GMAC Commercial Mortgage Corporation, Cory Fanning's proposed lender, was responsible for obtaining HUD's written approval for the sale.

6. In October 1999, my real estate broker, Gary Hopkins, informed me that the Purchase Agreement was null and void due to HUD's refusal to approve the sale to Cory Fanning.

7. Following my conversation with Gary Hopkins, I contacted Walter Gegneczak of GMAC Commercial Mortgage Corporation to inquire about the status of the Purchase Agreement. Mr. Gegneczak informed me that when the application was submitted to HUD, HUD indicated that it would meet to review the proposal. Mr. Gegneczak then received verbal notice from Robert Brown, Director for Multi-Family Housing for HUD's Detroit office, that the application was denied.

8. In that regard, I contacted Robert Brown.

9. When I asked Mr. Brown about the status of the sale of the Collingwood/Kirkwood apartments, he told me that HUD would not consent to the sale to Fanning because HUD would not allow me to "make more money from the U.S. government". He refused to give me any further reasoning or excuse for HUD's refusal to approve the sale. During the conversation, he admitted that he had reviewed GMAC's submissions regarding the proposed sale.

Further affiant sayeth not.

Benjamin Alli

Subscribed and sworn before me
this 7th day of September, 2005

A.M. Sadiqua Fayaz, Notary Public
Wayne County, Michigan
My commission expires: 7/17/2011

eallipl.af1.doc