UNITED STATES OF AMERICA

COURT OF FEDERAL CLAIMS

BENJAMIN ALLI, SHAKI ALLI and
BSA CORPORATION, a Michigan Corporation

Plaintiffs,

Case No. 01-669C
Judge Francis Allegra

vs.

UNITED STATES OF AMERICA,

Defendant.
_______________________________________/

STEMPIEN & STEMPIEN, PLLC
By: Gregory J. Stempien
Eric Stempien
Attorney for Plaintiff
315 N. Center Street
Suite 200
Northville, MI 48167
(248) 735-9200

DEPARTMENT OF JUSTICE, COMMERCIAL LITIGATION
By: Marla Conneely
Attorney for Defendant
1100 L Street N.W., Room 11054
Washington, DC 20005
(202) 307-0318
_______________________________________/

**PLAINTIFFS' PROPOSED FINDINGS OF UNCONTROVERTED FACT**

Plaintiffs, by and through their attorneys, hereby present their Proposed Findings of Uncontroverted Fact:

1. HUD began foreclosure proceedings on its mortgage on the Collingwood property on October 5, 1999. ***Exhibit 2***- *Defendant's Counterclaims, p. 12, paragraph 86*

2. HUD foreclosed on its mortgage for the Collingwood property in March, 2000 and sold the Collingwood property at auction for approximately $80,000.00. ***Exhibit 3*** - *Notice of Foreclosure* and ***Exhibit 4*** - *Deposition of Cory Fanning, p. 34, lines 10-11*

3. HUD's foreclosure and sale of Collingwood property violated its own regulations, which require that HUD "encourage sale, by the mortgagor, as an alternative to foreclosure". The regulations further require that the "encouragement of a sale …. Should be by active (if possible face-to-face) and direct methods rather than passively subsuming it in the text of a letter without explanation or elaboration." ***Exhibit 5*** *- HUD Mortgage Servicing Handbook, p. 5-1, paragraphs 5-1(A) and 5-1(C)*

STEMPIEN & STEMPIEN, PLLC

______________________________
By: Eric Stempien
Attorney for Plaintiffs

Dated: September 7, 2005