U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

# Handbook 4381.5 REV-2

U.S. Department of Housing and Urban Development
Office of Multifamily Housing

December 1994

# The Management Agent Handbook

CHANGES 1-2 HAS BEEN INCORPORATED

HMHP: W-3-1,W-2(H),W-3(A)(H)(OGC)(ZAS), R-2,R-3,R-3-1,R-3-2,R-3-3,R-6 R-6-1,R-6-2,R-7,R-7-1,R-7-2, State Agencies and Owners and Agents

project by using financial ratios and other indicators. (Reports from existing MIPS applications may provide additional detail.) Loan/Asset Management staff should determine whether project assets and liabilities, rates of rent collection, accounts payable, etc., appear reasonable given the project's size and history. This information may suggest areas where increased oversight is needed.

b. Review requirements. Loan/Asset Management staff must verify that annual financial statements are prepared and submitted to the Area Office in compliance with the following procedures and with HUD Handbook 4370.2.

(1) Preparation

(a) Each annual financial report must be based on books and accounts for that project only.

(b) The annual financial report must cover the project's entire fiscal period under review.

(c) The annual financial report must be prepared on an accrual basis.

(d) The annual financial report must be audited by an Independent Public Accountant (IPA) who is a Certified Public Accountant or who has been licensed or registered on or prior to December 31, 1970.

(2) Submission. Chapter 3 of HUD Handbook 4370.2 REV-1 provides a detailed listing of the required annual reports. Audited financial statements must be submitted annually for each project. The Regulatory Agreement requires submission within 60 days following the end of each fiscal year.

## 6.37 ASSIGNING MANAGEMENT COSTS

a. HUD allows owners to charge certain management costs to the project's operating account. However, other management costs may be paid only out of the management fee. The assignment of these costs is discussed in paragraphs 6.38 and 6.39. Asset management costs for the project must be paid out of distributions to the owner. The assignment of asset management costs is described in paragraph 6.41.

b. In reviewing a project's financial statements, Loan/Asset Management staff should follow the procedures in paragraphs 6.38 through 6.41 and in

Handbook 4370.2 to ensure that management costs have been properly assigned.

c. Rather than maintaining separate payroll and separate fringe benefits plans for each property, some agents consolidate payroll and fringe benefit plans in order to reduce costs for the properties. In such a system, all personnel for several properties are listed under a single Federal Employer I.D. Number. The salary and fringe benefits costs are prorated to the various properties in the following ways.

(1) Salaries and fringe benefits of personnel performing front-line duties are prorated among the properties served in proportion to actual use.

(2) The agent may not impose surcharges or administrative fees in addition to actual costs.

(3) The properties served may make reimbursement payments to the consolidated employer upon issuance of payroll checks.

(4) Discounts, rebates, dividends, commissions, or other recoveries of fringe benefits costs must be prorated among the properties served in proportion to actual use during the period to which the recovery applies.

## 6.38 MANAGEMENT COSTS CHARGED TO THE PROJECT'S OPERATING ACCOUNT

a. Front-line Costs and Day-to-Day Activities

(1) Reasonable expenses incurred for front-line management activities may be charged to the project operating account. HUD Handbook 4370.2, Financial Operations and Accounting Procedures for Insured Multifamily Projects, provides a complete listing of allowable expenses. Front-line activities include:

- taking applications;
- screening, certifying, and recertifying residents;
- maintaining the project; and
- accounting for project income and expenses.

Figure 6-2 provides examples of front-line management costs.