# In the United States Court of Federal Claims

No. 01-669C

(Filed: October 3, 2005)

BENJAMIN & SHAKI ALLI AND
BSA CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

A telephonic oral argument on parties' motions for summary judgment will be held in this case on Wednesday, November 2, 2005, at 10:00 a.m. (EST). Chambers will contact the parties shortly before the scheduled argument time.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge