# In the United States Court of Federal Claims

No. 01-669C

(Filed: November 2, 2005)

---

BENJAMIN & SHAKI ALLI AND
BSA CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On November 2, 2005, the court held telephonic oral argument on the parties' motions for partial summary judgment. Participating for plaintiff was Eric Stempien; participating for defendant was Marla Conneely. Based upon the discussions that occurred during the argument:

1. On or before December 2, 2005, each party shall file a supplemental brief, no more than 20 pages, addressing, with supporting authorities, the following issues:

   a. Whether, as a matter of law, a government official's statement indicating disapproval of a proposed transaction may give rise to a breach of contract claim against his agency, where government regulations incorporated into the contract provide a detailed process for dealing with the approval/ disapproval issue and that was process was not followed? In addressing this issue, the parties should discuss any cases that focus more broadly on whether an official must be acting with authority in order to effectuate a government breach and shall discuss more specifically whether Mr. Brown was acting with authority at the time he made the statements alleged by Mr. Alli.

   b. Application of the standard for piercing the corporate veil under Michigan law, with particular attention paid to interpretation of the second prong of that standard, that "the corporate entity must be used to commit fraud or

wrong." *See Foodland Distributors v. Al-Naimi*, 559 N.W. 2d 379, 381 (Mich. Ct. App. 1996).

2. On or before December 22, 2005, each party shall file a supplemental reply brief, no more than 10 pages, responding to the other party's initial supplemental brief.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge