IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BENJAMIN & SHAKI ALLI AND BSA CORPORATION, | ) | |
| Plaintiffs, | ) | No. 01-669C |
| v. | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the order entered August 16, 2006, the parties, through their respective counsel of record, respectfully submit this joint status report.

On or around August 28, 2006, counsel for the parties engaged in settlement negotiations by telephone, but negotiations quickly failed due to the parties widely differing views as to the facts and the law. Accordingly, it is unlikely that a settlement will be reached at this time, and the parties propose that this matter proceed with a trial upon the issue of liability.

In an effort to avoid conflicts with the parties' schedules and other pending matters, the parties jointly propose the following schedule for proceeding with this case:

1. February 21, 2007: Exchange preliminary list of exhibits and witnesses pursuant to Appendix A of the Rules of the United States Court of Federal Claims ("Appendix A"), paragraph 13.

2. March 28, 2007: Plaintiff's memorandum of fact and law and final exhibit and witness list due pursuant to Appendix A, paragraphs 14(a), 15 and 16.

3. April 18, 2007: Defendant's memorandum of fact and law and final exhibit and witness list due pursuant to Appendix A, paragraphs 14(b), 15 and 16.

4. May 2, 2007: Joint stipulations and motions in limine due pursuant to Appendix A, paragraph 17.

5. May 11, 2007: Replies to motions in limine due

6. May 18, 2007: Pre-trial conference in Detroit, Michigan

7. May 21, 2007 to May 25, 2007: Trial in Detroit, Michigan

Respectfully submitted,

s/Eric Stempien
ERIC STEMPIEN
STEMPIEN & STEMPIEN PLLC
315 North Center Street, Suite 200
Northville, MI 48167
(248) 735-9200
fax: (248) 735-8863

Attorney for Plaintiffs

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Mark A. Melnick by Franklin E. White, Jr.
MARK A. MELNICK
Assistant Director

s/Marla T. Conneely
MARLA T. CONNEELY
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel. (202) 307-1011
Fax. (202) 307-0972

September 14, 2006

Attorneys for Defendant