# In the United States Court of Federal Claims

No. 01-669C

(Filed: September 18, 2006)

---

BENJAMIN & SHAKI ALLI AND
BSA CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

A telephonic conference will be held in this case to discuss a trial schedule on Friday, September 29, 2006, at 10:00 a.m. (EST). Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge