# In the United States Court of Federal Claims

No. 01-669C

(Filed: September 29, 2006)

BENJAMIN & SHAKI ALLI AND
BSA CORPORATION,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On September 29, 2006, a telephonic status conference was held in this case. Participating in the conference were, Eric Stempien on behalf of plaintiffs, and Marla T. Conneely on behalf of defendant. In accordance with the discussions held therein, the court adopts the following schedule:

1. On or before January 12, 2007, the parties shall have the Meeting of Counsel and exchange exhibits and information on witnesses, including expert witnesses, to be used at trial, pursuant to RCFC, Appendix A, ¶ 13.

2. On or before February 9, 2007, plaintiffs shall file the following:

   (a) Their Memorandum of Contentions of Fact and Law, containing a summary of plaintiffs' basic factual contentions, together with any applicable legal authority, pursuant to Appendix A, ¶ 14(a).

   (b) A separate statement setting forth a list of witnesses to be called at trial, pursuant to Appendix A, ¶ 15.

   (c) A separate statement setting forth a list of exhibits to be offered at trial, pursuant to Appendix A, ¶ 16.

3. On or before March 9, 2007, defendant shall file the following:

   (a) Its response to plaintiffs' Memorandum of Contentions of Fact and Law, pursuant to Appendix A, ¶ 14(b).

   (b) A separate statement setting forth its list of witnesses to be called at trial, pursuant to Appendix A, ¶ 15.

   (c) A separate statement setting forth its list of exhibits to be offered at trial, pursuant to Appendix A, ¶ 16.

4. A pre-trial conference will be held in this case on March 23, 2007, at 10:00 a.m. (EST) at a location to be determined.

5. Trial shall commence on April 10, 2007, in Detroit, Michigan, at a location to be determined.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge