UNITED STATES OF AMERICA

COURT OF FEDERAL CLAIMS

BENJAMIN ALLI, SHAKI ALLI and
BSA CORPORATION, a Michigan Corporation

Plaintiffs, Case No. 01-669C
Judge Francis Allegra

vs.

UNITED STATES OF AMERICA,

Defendant.
_______________________________________/

STEMPIEN & STEMPIEN, PLLC
By: Gregory J. Stempien
Eric Stempien
Attorney for Plaintiff
315 N. Center Street, Suite 200
Northville, MI 48167
(248) 735-9200

U.S. DEPARTMENT OF JUSTICE, COMMERCIAL LITIGATION
By: Marla Conneely
Attorney for Defendant
1100 L Street N.W., Room 11054
Washington, DC 20005
(202) 307-0318
_______________________________________/

# PLAINTIFFS' WITNESS LIST

Plaintiffs, BENJAMIN ALLI, SHAKI ALLI and BSA CORPORATION, by and through their attorneys, STEMPIEN & STEMPIEN, PLLC, pursuant to Appendix A of the Rules of the United States Court of Federal Claims ("RCFC"), hereby submit their list of witnesses they intend to call at trial.

**A. Plaintiffs expect to present the following witnesses at trial:**

1. David Compo
   906 McDonald Drive

Northville, Michigan 48167
Telephone: (248) 380-8577

David Compo is a home inspector with Ameri-Comp, a building inspection company that was contracted by Benjamin Alli to inspect the Pingree Property. David Compo, together with his father, James Compo, inspected the property in June 2000 and subsequently drafted a report on their findings. At trial, David Compo is expected to testify generally about the condition of the Pingree Apartments. He will further testify that, as of June 2000, the Pingree apartments required only minor repairs and that the November 18, 1999 HUD Inspection Summary Report of the Pingree Apartments did not accurately reflect the property's condition.

Estimated time needed for direct examination: 1½ hours

2. Gordon Hileman
   216 South Main St.
   Northville, Michigan 48167

Mr. Hileman is the owner of Statewide Claims Service, a licensed Public Insurance Adjuster, who is licensed to inspect large residential apartment complexes. He was contracted by Benjamin Alli to inspect the Pingree Property. He conducted the inspection of the property on June 7, 2000, and subsequently drafted a report on his findings. At trial, Mr. Hileman is expected to testify generally about the condition of the Pingree Apartments. He will further testify that the November 18, 1999 HUD Inspection Summary Report of the Pingree Apartments did not accurately reflect the property's condition.

Estimated time needed for direct examination: 1½ hours

3. Dr. Benjamin Alli
   PO Box 36081
   Grosse Pointe, Michigan 48236

Dr. Alli is the owner of BSA Corporation, which held title to the three properties in dispute: Riverside, Collingwood, and Pingree. At trial, Mr. Alli is expected to testify about the general condition of these properties and his efforts to improve and maintain the properties. Dr. Alli will further testify about his interactions with the Detroit HUD Multi-Family office, as well as the problems he encountered when he attempted to receive government approval to sell the Collingwood apartments.

Estimated time needed for direct examination: 2 hours

4. Roland Samaroo
18530 Mack Ave.
Grosse Pointe, Michigan 48236

Mr. Samaroo was an independent contractor who was hired by BSA Corporation to perform maintenance work on the Riverside, Collingwood, and Pingree Properties until 2000. At trial, he is expected to testify about the repairs and improvements made to the Properties, as well as the general condition of the apartments. He will further testify about the inaccuracies contained in several HUD inspection reports of the Properties. Mr. Samaroo will also testify that he took a shower at the Pingree Apartments and that the heat was functioning at all times in January 2000.

Estimated time needed for direct examination: 2 hours

5. Gary Hopkins
17700 Northland Park Court
Southfield, Michigan 48076

Mr. Hopkins is employed by Marcus & Millichamp as a real estate broker. He represented Cory Fanning in his attempt to purchase Collingwood apartments from Benjamin Alli in 1999. At trial, Mr. Hopkins is expected to testify that Dr. Alli accepted Mr. Fanning's offer to purchase the Collingwood Property and that a written purchase agreement for the sale of Collingwood was signed by both Alli and Fanning. Hopkins will further testify that he had an opportunity to inspect the Collingwood apartments before the purchase agreement was signed and that he considered the apartments to be in good condition. He will also testify regarding HUD's failure to approve the sale of Collingwood.

Estimated time needed for direct examination: 1 hour

6. Cory Fanning
   1949 Devonshire Rd.
   Bloomfield Hills, Michigan 48302
   Telephone: (248) 335-4281

Mr. Fanning is a pastor at Hazel Park Lutheran Church in Hazel Park, Michigan and a real estate investor. At trial, he is expected to testify that he entered into a purchase agreement for the sale of Collingwood Apartments with Dr. Alli in 1999 for $675,000. Mr. Fanning will further testify that he had numerous opportunities to inspect Collingwood Apartments before he entered into the Purchase Agreement and that the apartments were in good condition. He will also testify that HUD's failure to approve his purchase of Collingwood Apartments was all that prevented him from becoming the owner.

Estimated time needed for direct examination: 1 hour

7. Dorothy Riggins
   1672 Blaine Street
   Detroit, Michigan 48206
   Telephone: (313) 871-9978

Ms. Riggins was a tenant and manager of the Pingree Apartments for approximately three years when Dr. Alli owned the property. At trial, she will testify regarding her duties as residential manager of the Pingree property. She will testify about the procedures that were followed if a tenant made a complaint. Further, Ms. Riggins will testify about the general condition of the Pingree apartment complex.

Estimated time needed for direct examination: 1 hour

8. Emmanuel Uzoigwe
2211 Pingree, Apartment 44
Detroit, Michigan 48206
Telephone: (313) 897-7489

Mr. Uzoigwe is high school social studies teacher in the Detroit Public Schools. He lived in the Collingwood Apartments from 1997-2000 and currently lives in the Pingree Apartments. At trial, Mr. Uzoigwe will testify about the general condition of the Collingwood Apartments when he was a tenant there. Mr. Uzoigwe is also expected to testify that he overheard a conversation in which Silas Polk, a HUD employee, made a racially discriminatory comment about Dr. Alli. Mr. Uzoigwe is further expected to testify that the heat was functioning at all at the Collingwood Apartments.

Estimated time needed for direct examination: 1 hour

9. Linda Hamilton
2211 Pingree, Apartment B2
Detroit, Michigan 48206
Telephone: (313) 897-7489

Ms. Hamilton is employed as an RN and has been a tenant at the Pingree Apartments for over ten years. At trial, she will testify generally about the condition of the apartments. She will further testify that the building was always kept in a clean and safe condition.

Estimated time needed for direct examination: 1 hour

**B. Plaintffs may present the following witness at trial, if the need arises:**

1. Shaki Alli
PO Box 36081
Grosse Pointe, Michigan 48236

Mrs. Alli was employed by BSA Corporation as the manager of Collingwood Apartments. If called at trial, Mrs. Alli will testify about her responsibilities as a manager and the general conditions of Collingwood, Riverside and Pingree Apartments.

Estimated time needed for direct examination: 1½ hours

2. Mark Schlotter
515 Mount Vernon
Detroit, Michigan 4820
Telephone: (313) 874-3036

Mr. Schlotter is an independent contractor who performed repairs on the Pingree property in 1998 an 1999. If called as a witness at trial, Mr. Schlotter will testify regarding the general condition of the Pingree apartments and that he worked between 5 and 20 hours per week performing repairs there. He will also testify that he had an opportunity to review HUD's Inspection Summary Report of Pingree apartments and that a majority of the report was nonsensical in that it made allegations about problems that did not exist.

Estimated time needed for direct examination: 1 hour

3. David Schemanski

U.S. Department of Housing and Urban Development
Michigan State Office
Office of Housing
Patrick V. McNamara Federal Building
477 Michigan Avenue
Detroit, Michigan 48226-2592
Telephone: (313) 226-6280

Mr. Schemanski was employed by the Department of Housing and Urban Development's Multi-Family Division during the relevant times and conducting several home inspections of Plaintiffs' properties. If called at trial, he is expected to testify about the general conditions of the properties.

Estimated time needed for direct examination: 1 hour

4. Mark Spooner
U.S. Department of Housing and Urban Development
Michigan State Office
Office of Housing
Patrick V. McNamara Federal Building
477 Michigan Avenue
Detroit, Michigan 48226-2592
Telephone: (313) 226-6280

Mr. Spooner is employed by the Department of Housing and Urban Development as a Facilities Manager for Public Housing since 2003. Spooner was also employed in the Detroit Branch of HUD Mulit-Family prior to 1997, where he an opportunity to inspect Pingree and Collingwood apartments when Dr. Alli was the owner of the properties. If called as a witness at trial, Mr. Spooner is expected to testify regarding the observations he made when inspecting the properties. He will also testify that he considered the Pingree Apartments to be in a decent and sanitary condition.

Estimated time needed for direct examination: 1 hour

5. James Compo
   26860 Drake Road
   Farmington Hills, Michigan 48331
   Telephone: (248) 477-6491

James Compo is a home inspector with Ameri-Comp, a building inspection company that was contracted by Benjamin Alli to inspect the Pingree Property. James Compo together with his son, David Compo, inspected the property in June 2000 and subsequently drafted a report on their findings. If called as a witness at trial, James Compo is expected to testify generally about the condition of the Pingree Apartments. He will further testify that the Pingree apartments were in a condition suitable for habitation and that the November 18, 1999 HUD Inspection Summary Report of the Pingree Apartments did not accurately reflect the property's condition.

Estimated time needed for direct examination: 2 hours

STEMPIEN & STEMPIEN, PLLC

s/ Eric Stempien______________
By: Eric Stempien
Attorney for Plaintiffs
315 N. Center Street
Suite 200
Northville, Michigan 48167
(248)735-9200
stempieneric@yahoo.com

Dated: February 9, 2007