# In the United States Court of Federal Claims

No. 01-669C

(Filed: February 22, 2007)

BENJAMIN & SHAKI ALLI AND
BSA CORPORATION,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

**ORDER**

A telephonic pre-trial conference will be held in this case on Tuesday, March 20, 2007, at 2:00 p.m. (EST). Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge