IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BENJAMIN & SHAKI ALLI AND BSA CORPORATION, | ) | |
| Plaintiffs, | ) | No. 01-669C |
| v. | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rules 6(b) and 6.1of the Rules of the United States Court of Federal Claims, the United States respectfully requests a five-day enlargement of time, to and including March 14, 2007, to file its Memorandum of Contentions of Fact and Law. Our memorandum is currently due on March 9, 2007. This is our first request for an enlargement of time for this purpose. Plaintiffs' counsel was contacted regarding this motion, and he states that plaintiffs do not oppose this motion.

This enlargement is necessary to afford Government counsel sufficient time to draft its memorandum, receive comments from the agency, and obtain the necessary internal review. Preparation of the defendant's exhibit and witness lists in this case required more time than expected, due to the voluminous number of exhibits in the case and the fact that many witnesses have moved to other agency positions or left the agency altogether. Moreover, other matters before this Court have prevented Government counsel from dedicating the necessary time and resources to its memorandum. Most notably, Government counsel has been required to retain expert witnesses and engage in detailed settlement negotiations in California Oregon Broadcasting, Inc. v. United States, No. 06-116, a complex damages case. Since plaintiffs'

memorandum, exhibit list and witness list were filed on February 9, 2007, defendant's counsel has been engaged in the following matters: responding to document requests served upon an expedited basis in California Oregon Broadcasting, No. 06-116; reviewing documents produced to the Government in California Oregon Broadcasting, No. 06-116; travel to Denver, Colorado to meet with an expert witness in California Oregon Broadcasting, No. 06-116, on February 15, 2007; travel to San Francisco, California to meet with expert witnesses and engage in settlement negotiations in California Oregon Broadcasting, No. 06-116, from February 28, 2007 through March 6, 2007; and preparation of final exhibit and witness lists in Alli v. United States, No. 01-669, to be filed on March 9, 2007.

For these reasons, defendant respectfully requests that the Court grant this unopposed motion for enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/Marla T. Conneely
MARLA T. CONNEELY
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street
Washington, D.C. 20530
Tel. (202) 307-1011
Fax. (202) 307-0972

March 8, 2007

Attorneys for Defendant