IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BENJAMIN & SHAKI ALLI AND BSA CORPORATION, | ) | |
| Plaintiffs, | ) | No. 01-669C |
| v. | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S EXHIBIT LIST

Pursuant to the Court's September 29, 2006 Order, and in accordance with Appendix A of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully submits its list of trial exhibits. In addition to the exhibits below, we reserve the right to offer into evidence any documents in plaintiffs' exhibit list, to the extent they are not introduced, or are not introduced in full, during plaintiff's direct case.

1. Pinnacle Realty Management Company, Initial Report On Pingree Apartments (June 8, 1999)

2. HUD Inspection Reports, Pingree Apartments (April 14, 1993)

3. Letter to Dr. Ben Alli from John A. Frelich, Supervisor, Multifamily Loan Management Re: Pingree HQS Inspection (September 21, 1993)

4. Letter to John A. Frelich, Supervisor, Multifamily Loan Management, from Dr. Ben Alli (October 5, 1993)

5. Letter to Ben and Shaki Alli from Peter Manuguerra, chief, Multifamily Asset Management (February 5, 1997)

6. Letter to William F. Lutz, Supervisory Asset Manager, Multifamily Asset Management, from Dr. Ben Alli (February 26, 1996)

7. Letter to Ben and Shaki Alli from William F. Lutz, Supervisory Asset Manager, Multifamily Asset Management (February 1, 1996)

8. HUD Trip Report, Pingree Apartments ( November 30, 1992)

9. Letter to Dr. Ben Alli from Walter Mozdzierz, Supervisory Enforcement Analyst (February 26, 1999)

10. Letter to Dr. Ben Alli from Robert M. Brown, Multifamily HUB Director RE: Referral of Pingree to Departmental Enforcement Center (February 3, 1999)

11. Independent Auditor's Report by John L. Gwizdala & Company (April 9, 1996)

12. Letter to Dr. Ben Alli from John A. Frelich, Supervisor, Multifamily Loan Management (September 21, 1993)

13. Letter to Mr. Kendel King from Ben Alli Re: Repairs to Pingree Apartments (May 11, 1987)

14. Letter to Dr. Ben Alli from Kendel King, Supervisory, Loan Management Specialist (July 8, 1986)

15. Letter to Dr. Ben Alli from Robert M. Brown Re: Second Request For Extension of Repairs on Pingree (June 4, 1984)

16. Letter to Dr. Ben Alli from Robert M. Brown Re: Expiration of Second Extension to Conduct Repairs on Pingree (July 17, 1984)

17. Letter to Carol Brooks from Dr. Ben Alli (July 3, 1991)

18. Letter to Dr. Ben Alli from John A. Frelich, Supervisor, Multifamily Loan Management Re: HQS Inspection for Pingree (November 1, 1990)

19. Letter to William F. Lutz from Dr. Ben Alli Re: Pingree Physical Inspection (July 10, 1991)

20. Notifications of Exigent and Fire Safety Hazards, Pingree Apartments (November 18, 1999)

21. Report of Physical Condition and Estimate of Repair Cost by Mark Spooner, Pingree Apartments (September 8, 1989)

22. Letter to Dr. Ben Alli from William F. Lutz, Supervisory Loan Management Specialist, and attachment (March 30, 1989)

23. Letter to William Lutz from Dr. Ben Alli Re: Pingree Physical Inspection (January

20, 1995)

24. Letter from John A. Frelich, Supervisor, Multifamily Loan Management to Dr. Ben Alli Re: Pingree HQS Inspection (October 20, 1994)

25. Letter from William F. Lutz, Supervisory Loan Management Specialist Re: Physical Inspection Of Pingree, With Attachment (November 15, 1994)

26. Letter from Dr. Ben Alli to Ms. Sheila Walker, HUD Chief Legal Counsel (January 29, 1990)

27. Letter to Dr. Ben Alli from Ms. Sheila Walker, HUD Chief Legal Counsel (March 14, 1990)

28. Letter to Mr. William F. Lutz from BSA and Associates (June 10, 1991)

29. Letter to Dr. Ben Alli from William F. Lutz (June 6, 1991)

30. Letter to Dr. Ben Alli from William F. Lutz (May 31, 1991)

31. Letter to Mr. Ben Alli from John G. Terranella, Director, Housing Management (October 26, 1984)

32. Letter to Mr. Ben Alli from John G. Terranella, Director, Housing Management (April 12, 1985)

33. Letter to Mr. Ben Alli from John G. Terranella, Director, Housing Management (April 17, 1985)

34. Letter to Dr. Ben Alli from Frank Malone, Section Chief, Multifamily Loan Management (October 2, 1984)

35. Letter to Richard Schmansky from S. Alli Re: Pingree (May 29, 1989)

36. Letter to Mr. and Mrs. Ben Alli from Saul A. Green, Chief Counsel, and Attachment (March 21, 1984)

37. Letter to Mr. and Mrs. Ben Alli from Saul A. Green, Chief Counsel (January 18, 1984)

38. Letter to Mr. David Records, Loan Management Section from Ben Alli (March 2, 1984)

39. Letter to Ben and Shaki Alli from John G. Terranella, Director, Housing Division (August 22, 1983)

40. Letter to Mr. Ben Alli from David Record, Team Leader, Loan Management Branch (August 9, 1984)

41. Letter to Mr. Ben Alli from David Record, Loan Specialist, Multifamily Loan Management (October 22, 1985)

42. Letter to Dr. Ben Alli from Kendel King, Supervisory Loan Management Specialist (August 7, 1986)

43. Letter to Robert M. Brown from Ben Alli Re: Emergency Rent Increase for Collingwood (February 13, 1984)

44. Letter to Mr. Ben Alli from David Record, Team Leader, Multifamily Loan Management (July 13, 1984)

45. Project Owner's and Management Agent's Certification Multifamily Housing Projects for Identity of Interest or Independent Management Agents (October 19, 1992)

46. Letter to Ben Alli, M.D. from John G. Terranella, Director, Housing Management Division (July 17, 1987)

47. Letter to Mr. Bill Lutz from BSA and Associates (June 9, 1992)

48. Letter to Dr. Ben Alli from Frank Malone, Director, Office of Portfolio Management Re: Notice of Default for Collingwood (September 30, 1999)

49. Letter to John Frelich from Dr. Ben Alli (February 13, 1992)

50. Letter to Mr. Ben Alli from Patrick Berry, Loan Management Specialist (March 16, 1988)

51. Letter to Dr. Ben Alli from Robert Brown, Director, Detroit Multifamily Hub Re: Section 8 Suspension and Abatement for Collingwood (September 30, 1999)

52. Letter to Dr. Ben Alli from Robert M. Brown, Director, Detroit Multifamily Hub Re: Collingwood Apartments 21 Day Notice Letter (October 5, 1999)

53. Letter to Dr. Ben Alli from James P. Zale, Director, Chicago Satellite Office Re: Collingwood/Kirkwood Apartments (September 13, 1999)

54. Letter to Mr. William Lutz from Ben Alli, M.D. Re: Rental Increase for Pingree and Riverside Apartments (March 14, 1991)

55. Letter to Mr. John Terranella from Ben Alli, M.D. (February 4, 1991)

56. Letter to Dr. Ben Alli from Kendel King, Supervisory Loan Management Specialist Re: Ineligible Tenants at Pingree (October 18, 1990).

57. Letter to Kendel King from Dr. Ben Alli Re: Ineligible Tenants at Pingree (October 22, 1990)

58. Letter to Dr. Ben Alli from John Frelich Re: Ineligible Tenants at Pingree (December 21, 1990)

59. Letter to John Frelich from Ben Alli, M.D. Re: Ineligible Tenants as Pingree (December 28, 1990)

60. Letter to Dr. Ben Alli, M.D. from John G. Terranella, Director, Housing Management Division (February 11, 1991)

61. Letter to Mr. William F. Lutz from BSA and Associates Re: Budget for Pingree (July 9, 1991)

62. Letter to Dr. Ben Alli from John A. Frelich Re. Inspection at Pingree (July 3, 1991)

63. Letter to John Frelich from Dr. Ben Alli Re: Inspection at Pingree (July 9, 1991)

64. Parts I and II of the Housing Assistance Payment Contract Between HUD and Ben and Shaki Alli for FHA Project Number 044-441110 Pingree (August 22, 1983)

65. Letter to Dr. Ben Alli and Shaki Alli from Frank Malone, Director, Office of Portfolio Management Re: Notice of Default of Regulatory Agreement for Pingree (May 4, 2000)

66. Letter to Dr. Ben Alli and Shaki Alli from Robert Brown and Margarita Maisonet Re: Notice of Section 8 Suspension and Abatement of Pingree Apartments (April 28, 2000)

67. Regulatory Agreement Among Ben Alli, Shaki Alli and HUD (August 24, 1983)

68. Letter to Ms. Mary Owens from Ben Alli, M.D. Re: Management Review of Pingree and Attachment (October 20, 1998)

69. HAP Renewal Contract for Pingree (August 28, 1998)

70. Letter to Dr. Ben Alli from Richard T. Schemanski Re: Pingree Apartments (July 16, 1991)

71. Letter to Dr. Ben Alli from William F. Lutz Re: Annual Financial Report for FYE December 31, 1991 for Pingree (December 21, 1992)

72. Letter to Dr. Ben Alli from Kendel King Re: Management Review of Pingree Apartments and Attachment (May 2, 1990)

73. Letter to Dr. Ben Alli from William F. Lutz Re: Management Review of Pingree Apartments and Attachment (June 29, 1989)

74. HUD Management Agent Handbook December 1994

75. Multifamily Asset Management and Project Servicing Handbook September 1992

76. Initial Report, Pinnacle Realty Management Company, Collingwood/Kirkwood Apartments (June 4, 1999)

77. Letter to Dr. Ben Alli from Robert M. Brown Re: Signing of HAP Contract for Collingwood and Attachments (March 24, 1998)

78. Letter to Dr. Ben Alli from Robert M. Brown Re: Executed HAP Contract for Collingwood and Attachments (September 30, 1997)

79. Letter to Dr. Ben Alli from Robert M. Brown Re: Collingwood/Kirkwood (March 2, 1999)

80. Letter to BSA Associates from Patricia Russie Re: Collingwood/Kirkwood (January 13, 1999)

81. Letter to Dr. Ben Alli from Mary Owens, Director, Project Management, Detroit Multifamily HUB Re: Management Review Response for Collingwood/Kirkwood (September 16, 1998)

82. Letter to Dr. Ben Alli from Mary Owens Re: Management Review for Collingwood/Kirkwood Apartments and Attachments (July 31, 1998)

83. Letter to Mr. Ben Alli from Robert M. Brown Re: Collingwood /Kirkwood Apartments and Attachments (July 8, 1998)

84. Letter to Dr. Ben Alli from Silas Polk, Project Manager, Multifamily Asset Management Branch RE: Non-Submission of 1996 and 1997 Annual Financial Statements for Collingwood/Kirkwood (April 24, 1998)

85. Letter to Dr. Ben Alli from Patricia Russie Re: Collingwood/Kirkwood Inspection (October 16, 1997)

86. Letter to Dr. Ben Alli from Peter Manuguerra Re: Amendment to Collingwood HAP Contract (May 15, 1997)

87. Letter to Dr. Ben Alli from Peter Manuguerra Re: Renewal of HAP Contract for Collingwood (May 13, 1997)

88. Letter to Carrie A. Johnson from Ben Alli Re: Renewal of HAP Contract for Collingwood (April 29, 1997)

89. Letter to Robert Brown from Ben Alli, M.D. Re: Renewal of HAP Contract for Collingwood (March 5, 1997)

90. Letter to Dr. Ben Alli from William F. Lutz Re: Inspection for Riverside and Collingwood, with Attachment (February 8, 1996)

91. Section 8 Housing Quality Standards Inspection by David Salazar for Collingwood/Kirkwood (July 10, 1995)

92. Letter to Dr. Ben Alli from William F. Lutz Re: Management Fee Approval for Collingwood/Kirkwood Apartments (October 27, 1994)

93. Letter to Dr. Ben Alli from Peter Manuguerra, Chief, Multifamily Asset Management Re: Suspension of Section 8 Payments for Collingwood (October 18, 1995)

94. Letter to Mr. Ben Alli from Robert M. Brown Re: HAP Contract for Collingwood/Kirkwood Apartments and Attachment(August 16, 1999)

95. Letter to Mr. Ben Alli from Robert M. Brown Re: HAP Contract for Collingwood/Kirkwood Apartments and Attachment (June 4, 1999)

96. Letter to Dr. Ben Alli from James P. Zale Re: Collingwood/Kirkwood Apartments (September 13, 1999)

97. Letter to Dr. Ben Alli from Patrick G. Berry, Acting Operations Director, Multifamily Hub Re: Suspension/Abatement of Section 8 Rental Assistance

(January 4, 2000)

98. Letter to Dr. Ben Alli from Stephen G. Palms Re: Collingwood/Kirkwood and Attachment (January 10, 2000)

99. Letter to Mr. Robert Turner from Ben Alli, M.D. Re: Pingree, Collingwood and Riverside (May 19, 1997)

100. Letter to Mr. Peter Manuguerra from Ben Alli, M.D. Re: Collingwood/Kirkwood and Rent Increases for Pingree and Riverside (July 31, 1996)

101. Letter to Dr. Ben Alli from William F. Lutz Re: Approved Rent Increase for Collingwood/Kirkwood (July 7, 1995)

102. Letter to Dr. Ben Alli from William F. Lutz Re: Approved Rent Increase for Collingwood/Kirkwood (September 2, 1994)

103. Letter to Dr. Ben Alli from John Frelich Re: Inspection of Collingwood/Kirkwood Apartments (May 14, 1991)

104. Letter to Dr. Ben Alli from John Frelich Re: Inspection of Collingwood/Kirkwood Apartments (May 15, 1991)

105. Letter to John Frelich from Dr. Ben Alli Re: Inspection of Collingwood/Kirkwood Apartments (June 7, 1991)

106. Letter to Dr. Ben Alli from Patricia Russie, Acting Chief Multifamily Asset Management Branch Re: Response to Inspections at Collingwood/Kirkwood (February 17, 1998)

107. Letter to Dr. Ben Alli from Mary Owens, Director, Project Management, Detroit Multifamily Hub Re: Management Review Response to Collingwood/Kirkwood Apartments (September 30, 1998)

108. Letter to Dr. Ben Alli from Robert M. Brown, Multifamily Hub Director, Re: Referral of Collingwood/Kirkwood to Departmental Enforcement Center (September 28, 1998)

109. Deed of Trust Between Alhadja Barikisu Abegbe and Dr. and Mrs. Ben and Shaki Alli (June 30, 1992)

110. Job Description, Shaki Alli

111. Letter to Kendel King from Dr. Ben Alli Re: Rental Increase for Collingwood/Kirkwood (September 25, 1989)

112. Letter to Dr. Ben Alli from William F. Lutz Re: Management Fee Approval for Collingwood/Kirkwood (October 26, 1992)

113. Letter to William Lutz from BSA and Associates Re: Budget for Collingwood/Kirkwood (July 9, 1991)

114. Letter to Dr. Ben Alli from Robert M. Brown Re: Contract Renewal for Collingwood/Kirkwood and Attachment (May 6, 1996)

115. Handwritten notes titled "Collingwood" (undated)

116. Letter to Dr. Ben Alli from Robert M. Brown Re: Collingwood/Kirkwood (January 23, 2000)

117. Letter to Ben Alli from Deborah Courtright Re: Collingwood (March 16, 2000)

118. Letter to Dr. Ben Ali from Robert M. Brown Re: Amendment to Contract for Collingwood and Attachment (August 27, 1996)

119. Letter to Dr. Ben Alli from Robert M. Brown Re: Collingwood/Kirkwood (January 3, 2000)

120. Letter to Dr. Ben Alli from Mary Owens Re: Management Review Response for Collingwood/Kirkwood (November 6, 1998)

121. Letter to BSA Associates from Patricia Russie Re: Pingree (January 13, 1999)

122. Collingwood HAP Renewal (August 9, 1999)

123. Collingwood HAP Renewal (July 7, 1998)

124. Collingwood HAP Renewal (June 4, 1999)

125. Riverside HAP Contract (June 8, 1989)

126. Pingree HAP Renewal (August 28, 1998)

127. Pingree HAP Renewal (August 9, 1999)

128. Pingree HAP Renewal (February 23, 2000)

129. Collingwood HAP Contract (March 24, 1998)

130. Collingwood HAP Contract (June 18, 1981)

131. Collingwood HAP Contract (June 27, 1997)

132. Collingwood HAP Contract (September 30, 1997)

133. Collingwood Regulatory Agreement (July 6, 1990)

134. Pingree HAP Contract (August 25, 1983)

135. Pingree Regulatory Agreement (August 24, 1983)

136. Engagement Letter Agreement for Collingwood/Kirkwood Between GMAC Commercial Mortgage Corporation and Cory Fanning, with Attachment (September 23, 1999)

137. Real Estate Purchase Agreement for Collingwood/Kirkwood Among Cory Fanning, Marcus & Millichap and Benjamin Alli (July 15, 1999)

138. Notice of Relocation for Riverside Apartments (December 23, 1998)

139. Letter to Ben Alli from Deborah L. Courtright Re: Collingwood/Kirkwood Payoff Amount (March 6, 2000)

140. Fax to Deborah L. Courtright from Ben Alli Re: Dispute of Collingwood Payoff Amount (March 7, 2000)

141. Letter to Dr. Ben Alli from James P. Zale and Robert M. Brown Re: Notification of Regulatory Agreement and HAP Contract Violations for Collingwood (June 4, 1998)

142. Notice to Quit with Attachment to Rachel Herring at Pingree

143. Letter to Dr. and Mrs. Allis from Robert Brown and Walter Mozdzierz Re: Notice of Default of Housing Assistance Payments Contract for Pingree (March 2, 2000)

144. Excerpt of HUD Check Registry from 1998-2000

145. Reserve for Replacement Account Information with Attachment (December 5, 1996)

146. Special Warranty Deed for Collingwood (February 21, 2001)

147. Letter to Deborah Courtright from Ben Alli re: Mortgage Payout Collingwood (March 7, 2000)

148. Report of Visit to Collingwood Signed by Patrick Berry (January 4, 2000)

149. Memorandum for Monique S. Love and Eileen Walker from Robert M. Brown Re: Section 8 Opt Out (October 5, 1999)

150. Tenant Telephone Complaint Form (January 7, 1999)

151. Memorandum from Kate Moses to Pat Berry Re: List Of Clients Who Have Aired Concerns Regarding Unsafe Conditions (January 5, 2000)

152. Notice of Section 8 Suspension and Abatement for Riverside (December 18, 1998)

153. Notice of Termination of HAP Contract for Riverside (June 29, 1999)

154. Letter to Dr. Ben Alli from Robert M. Brown Re: Voluntary Mortgagee-In-Possession for Collingwood (January 28, 2000)

155. Letter to Dr. Ben Alli From Robert M. Brown Re: Declaration of Involuntary Mortgagee-In-Possession For Collingwood (January 25, 2000)

156. Letter to Dr. Ben Alli From Frank M. Malone Re: Payoff Approval for Collingwood (March 16, 2000)

157. Letter to Dr. Ben Alli from Robert M. Brown Re: Short Term 120 Day Section 8 Contract for Collingwood, with Attachment (May 24, 1999)

158. Statement from Residential Commercial Services to BSA Co. (Undated) (Samaroo Deposition Exhibit No. 22)

159. Detroit Fire Department Notices of Violation

160. Inspection Report 6157 for Collingwood (November 9, 1998)

161. Letter to William F. Lutz from Ben Alli Re: Collingwood HQS Inspection (August 28, 1992)

162. Independent Contractor/Sub-Contractor's Agreement Between BSA Corp. and

Residential Prof. Serv., with Attachment (January 19, 2000)

163. Letter to Dr. Ben Alli from Peter Manuguerra Re: Section 8 Housing Quality Standards Inspection, Riverside (August 2, 1995)

164. Letter to Dr. Ben Alli from Peter Manuguerra Re: May 15 & 16, 1997 Section 8 Housing Quality Standards Inspection for Riverside, with Attachment (April 1998)

165. Letter to Dr. Ben Alli from Patricia Russie Re: Notice of Section 8 Suspension and Abatement for Riverside, with Attachment (March 16, 1998)

166. Letter to Dr. Ben Alli from Alvin E. Braggs Re: Decision to Proceed to Foreclosure (October 26, 1999)

167. Work Order, BSA Corporation (October 24, 199_, illegible)

168. Letter to Dr. Ben Alli from Patricia Russie Re: Physical Inspection of Collingwood, with Attachment (December 15, 1997)

169. Letter to BSA Corp. from Americomp (June 13, 2000)

170. Letter to Dr. Ben Alli from Patrick Berry Re: Pingree Apartments, with Attachment

171. Letter from Statewide Claim Service Re: Pingree/Gladstone (July 24, 2000)

172. HUD Inspection Summary Report 52047 (November 18, 1999)

173. Collingwood/Kirkwood Photographs Accompanying Pinnacle Report

174. Collingwood/Kirkwood Photographs Takes By HUD Inspector, Jim Pollock

175. Letter to Frank Malone from Ben Alli Re: Collingwood Payoff (March 17, 2000)

176. Letter to Frank Malone from Ben Alli and Associates Re: Pingree (July 3, 1984)

177. Letter to Kendel King from Ben Alli Re: Pingree Management Review Report (April 18, 1986)

178. Management Review Report for Pingree (April 3, 1986)

179. Pinnacle Initial Report for Collingwood/Kirkwood (June 4, 1999)

180. HUD Photographs of Collingwood/Kirkwood (1997)

181. Statement of Multifamily Mortgage Account for Collingwood (December 20, 1999)

182. Letter to Dr. Ben Alli from Robert Brown Re: Response to Letters Dated October 20, 1998 and November 16, 1998 (November 25, 1998)

183. Letter to Dr. Ben Alli from James P. Zale Re: Collingwood/Kirkwood Apartments (September 13, 1999)

184. Letter to Roderick Hill from Dr. Ben Alli Re: Collingwood/Kirkwood (July 15, 1989)

185. Letter to Richard Schemanski from Ben Alli Re: Collingwood/Kirkwood Budget (August 26, 1994)

186. Letter to Richard Schemanski from Ben Alli Re: Inspection (June 18, 1992)

187. Letter to Richard Schemanski from Ben Alli Re: Pingree Inspection (July 22, 1991)

188. Letter to Robert M. Brown from Ben Alli Re: Collingwood/Kirkwood (October 2, 1998)

189. Letter to James Pollock from Ben Alli Re: Collingwood/Kirkwood (February 5, 1999)

190. Letter to Robert Brown from Ben Alli Re: Letter/Complaint/Appeal dated 10/2/98 (November 16, 1998)

191. Letter to Gary Hopkins from Cory Fanning and BSA Associates (October 6, 1999) (A 0809)

192. Handwritten Notes of Gordon Hileman Re: Inspection of Pingree/Gladstone (Undated)

193. Handwritten Notes of Americomp Re: Inspection of Pingree/Gladstone

194. Letter to Pat Berry from Tonya R. Adams, with Attachments (January 7, 2000)

195. Letter to Mr. Alli from Gloria Norwood (May 1, 1998)

196. Handwritten Note to Inspector (June 1998)

197. Letter to Silas Polk from Dorothy Roach (June 4, 1998)

198. Letter to Silas Polk from Dorothy Roach (May 19, 1998)

199. Letter to Silas Polk from Dorothy Roach, with Attachments (April 13, 1998)

200. Letter to Dr. Ben Alli from William F. Lutz, Jr. Re: Pingree Inspection, with Attachment (September 25, 1992)

201. Letter to Dr. Ben Alli from William F. Lutz Re: Pingree Inspection, with Attachment (June 29, 1989)

202. Inspection Report, Pingree Apartments (June 18, 1991)

203. Letter to William F. Lutz from Ben Alli Re: Budget for Pingree (July 9, 1991)

204. Physical Inspection 6157 of Collingwood/Kirkwood (November 7, 1998)

205. Physical Inspection 52047 of Pingree (November 18, 1999)

206. Detroit Fire Department Violations For Collingwood (March 29, 1990)

207. Detroit Fire Department Violations For Pingree (September 2, 3 1992)

208. HUD Trip Report RE: Collingwood (June 6, 1994)

209. HUD Trip Report RE: Pingree (October 25, 1994)

210. Fax to Jim Pollock from Patrick Berry RE: City of Detroit and Pingree (February 14, 2000)

211. City of Detroit Housing Inspection for Collingwood (January 21, 2000)

212. City of Detroit Housing Inspection for Collingwood (January 21, 2000)

213. City of Detroit Housing Inspection for Collingwood (January 24, 2000)

214. City of Detroit Housing Inspection for Collingwood (January 19, 2000)

215. City of Detroit Buildings and Safety Engineering Department for Collingwood (September 14, 1999)

216. City of Detroit Buildings and Safety Engineering Department for Collingwood (Sept 14, 1999)

217. City of Detroit Buildings and Safety Engineering Department for Collingwood (Sept 14, 1999)

218. City of Detroit Buildings and Safety Engineering Department for Collingwood (Sept 14, 1999)

219. City of Detroit Buildings and Safety Engineering Department for Collingwood (Sept 14, 1999)

220. City of Detroit Buildings and Safety Engineering Department for Collingwood (Sept 14, 1999)

221. Email from Patrick G. Berry to Sheila Walker, et al. Re: Collingwood/Kirkwood (January 26, 2000)

222. Email Exchange Among HUD Officials RE: Lack of Heat at Collingwood/Kirkwood (January 26, 2000)

223. Letter to Carol Brooks from Ben Alli RE: Pingree Management Review (June 18, 1990)

224. Letter to William F. Lutz RE: Forfeited Security Deposit (July 19, 1990)

225. Letter to Robert Brown from Ben Alli Re: Riverside Apt HQS Violations (December 11, 1998)

226. Letter to Robert M. Brown from Ben Alli Re: Collingwood/Kirkwood (March 4, 1999)

227. Letter to James Pollock from Ben Alli Re: Pingree Apt Enforcement Center Referral (April 2, 1999)

228. Letter to Robert Brown from Ben Alli RE: Collingwood/Kirkwood (January 26, 2000)

229. Plaintiff's Answer to Defendant's First Set of Interrogatories (August 3, 2004)

230. Letter to Ben Alli from John Frelich RE: Riverside Apartments (September 23, 1991)

231. Subpoena From State of Michigan For appearance of HUD inspectors, Silas Polk and Jim Bow (July 28, 2000)

232. Memo for Alvin Braggs from Robert Brown Re: Foreclosure Recommendation (May 12, 2000)

233. Action Plan for Collingwood/Kirkwood Apartments (April 30, 1999)

234. Tenant Telephone Complaint Form Against Pingree (November 16, 1998)

235. Pingree Apartments, Final Team Report, Enforcement (January 26, 2000)

236. Memo for Robert Brown from Margarita Maisonet Re: Foreclosure Recommendation (May 10, 2000)

237. Letter to Ben Alli from Robert Brown Re: Pingree MIO Plan and Certification of Work Completed (April 18, 2000)

238. Letter to John Nelson From Joanne Adams Re: Section 8 Rental Assistance Program, Project-Based Conversion -Termination for Collingwood (November 19, 1999)

239. Pingree Management Review (May 12, 1998)

240. Memo for Kathryn M. Kuhl-Inclan, Assistant Inspector General from Alberta Zinno Re: Request for OIG Audit (March 24, 1999)

241. Letter to Amru Meah from Michael Polsinelli Re: Collingwood/Kirkwood Apartments, and Attachments (January 21, 2000)

242. Email from James Bow to Robert M. Brown Re: Collingwood Apartments (January 25, 2000)

243. Trip Report for Collingwood/Kirkwood by Patrick Berry (January 4, 2000)

244. Follow-up Inspection Report of Riverside Apartments by David Salazar (August 12, 1997)

245. Pinnacle Photographs of Pingree Apartments

246. Photographs of Pingree Apartments Taken By Dorothy Roach

247. Memorandum to File, Pingree and Collingwood Apartments From James L.

Pollock (March 19, 1999)

248. Home Inspection Agreement Between Americomp and Ben Alli (June 7, 2000)

249. Letter to Ben Alli from Patricia Russie Re: Section 8 HQS Inspection (December 15, 1997)

250. Letter to Ben Alli from William F. Lutz Re: Management Fee Approval for Pingree (October 26, 1992)

251. Letter to William Lutz from Dr. Ben Alli Re: Form 2530 (February 16, 1989)

252. Letter to Irene Hannah from Gary L. Hopkins Re: Multifamily Housing Project Based-Section 8 (December 4, 1998)

253. Letter to John Frelich from Ben Alli Re: Riverside Inspection (November 23, 1993)

254. Signed Agreements Re: Steel Doors (February 22-23, 1994)

255. Letter to Ben Alli from Ron Mcarty Re: Collingwood/Kirkwood Apartments – Request to Forward Security Deposit Funds (February 23, 2000)

256. Letter to Ron McCarty Re: Collingwood (February 29, 2000)

257. Letter to Ben Alli from Peter Manuguerra Re: 30 day Notice for Termination of HAP Contract (June 27, 1997)

258. Letter to Gerald Daniel from Robert Brown Re: Riverside HQS Inspection (May 22, 1997)

259. Section 5.703 Physical Condition Standards for HUD Housing That Is Decent Safe And Sanitary And In Good Repair

260. Section 982.401 Housing Quality Standards

261. Trip Report of Collingwood/Kirkwood by Patrick Berry (December 23, 1999)

262. Letter to Jack Stark from Ben Alli Re: Objection to Foreclosure (February 19, 2000)

263. Letter to Ben Alli Re: Section 8 HQS Inspection for Collingwood (July 20, 1995)

264. Letter to Ben Alli from William Lutz Re: Collingwood (June 12, 1991)

265. Letter to Roderick Hill from Ben Alli Re: Collingwood Budget (July 29, 1989)

266. Letter to Frank Malone from Ben Alli Re: Collingwood (January 31, 2000)

267. Fax to Maria Baguino from Ben Alli Re: Collingwood (December 6, 1999)

268. Letter to Debra Courtright from Ben Alli Re: Mortgage Payoff (January 27, 2000)

269. Fax to Ben Alli from HUD Office of General Counsel Re: Collingwood Payoff (February 23, 2000)

270. Judgments from Landlord-Tenant Disputes Between BSA Company and Latonya Calloway

271. MIO Plan Part II for Collingwood (April 9, 1999)

272. Letter to Robert Brown from Ben Alli (December 15, 1998)

273. Letter to Mr. Muzichuk from Ben Alli RE: Management Review at Pingree (August 19, 1987)

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Mark A. Melnick by Donald E. Kinner
MARK A. MELNICK
Assistant Director

OF COUNSEL:

Thomas G. Massouras
Office of General Counsel
U.S. Department of Housing &
Urban Development
77 West Jackson Blvd.
Suite 2629
Chicago, Illinois 60604

s/Marla T. Conneely
MARLA T. CONNEELY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Flr.
1100 L Street, NW
Washington, D.C. 20530
Tel. (202) 305-3689
Fax (202) 305-7643

March 8, 2007

Attorneys for Defendant