IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BENJAMIN & SHAKI ALLI AND BSA CORPORATION, | ) | |
| Plaintiffs, | ) | No. 01-669C |
| v. | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S WITNESS LIST

Pursuant to the Court's September 29, 2006 Order, and in accordance with Appendix A of the Rules of the United States Court of Federal Claims ("RCFC"), defendant submits the following list of witnesses. This list does not include all witnesses that the defendant may choose to use for impeachment. See RCFC, App. A ¶ 15(a). Defendant reserves the right to amend this listing as described in the Court's rules or in response to the Court's rulings upon any motions *in limine* filed by plaintiffs. Defendant also reserves the right to call all witnesses listed on plaintiffs' witness list. Finally, defendant reserves the right to identify additional witnesses for authentication of documents based upon the objections ultimately asserted by plaintiffs in response to the exhibit list served in this case.

Government Employees (Present and Former)

1. **Robert M. Brown**
   4473 Greenstown
   West Bloomfield, MI 48323

Mr. Brown is the former director of HUD's Office of Insured Multi-Family in Detroit, Michigan. He is expected to testify regarding HUD's inspection process and the conditions of the properties at issue (i.e., Collingwood, Pingree and Riverside) during the relevant times. He is

also expected to testify regarding HUD's relocations efforts, the sale of Collingwood, allegations of bias and racism, and plaintiffs' unauthorized expenditures.

2. **Silas W. Polk**
Supervisory Project Manager
HUD Detroit MF Hub
477 Michigan Avenue
Detroit, MI 48226

Mr. Polk is the former project manager assigned to the properties at issue from 1996 through 1999. Mr. Polk is expected to testify regarding the conditions of the properties during the relevant times. He is also expected to testify regarding HUD's relocation efforts, plaintiffs' unauthorized expenditures, and allegations of bias and racism.

3. **Patrick G. Berry**
Acting Director of Operations
HUD Detroit MF Hub
477 Michigan Avenue
Detroit, MI 48226

Mr. Berry is the former project manager assigned to the properties at issue from 1999 until 2000. He is expected to testify regarding the conditions of the properties during the relevant times and HUD's efforts to relocate tenants at those properties. He is also expected to testify regarding the sale of Collingwood and plaintiff's unauthorized expenditures.

4. **James S. Bow**
Construction Analyst
HUD Detroit MF Hub
477 Michigan Avenue
Detroit MI 48226

Mr. Bow is a construction analyst who conducted various inspections of the properties at issue. Mr. Bow is expected to testify regarding the conditions of the properties during the relevant times and HUD's efforts to relocate tenants at those properties. He is also expected to

testify regarding plaintiffs' unauthorized expenditures and the heating situation at Collingwood.

5. **Mark Spooner**
Construction Analyst
HUD Detroit MF Hub
477 Michigan Avenue
Detroit, MI 48226

Mr. Spooner is a construction analyst who conducted various inspections of the properties at issue. Mr. Spooner is expected to testify regarding the conditions of the properties during the relevant times.

6. **David Salazar**
Equal Opportunity Specialist
HUD Detroit MF Hub
477 Michigan Avenue
Detroit, MI 48226

Mr. Salazar is a former construction analyst who conducted various inspections of the properties at issue. Mr. Salazar is expected to testify regarding the conditions of the properties during the relevant times. He is also expected to testify regarding allegations of bias and racism.

7. **Shaki Alli**
970 Lakeshore Road
Gross Pointe Shores, MI 48236

Ms. Alli possesses information that the United States may rely upon to support its claims and/or defenses. At this time, however, the United States has no specific knowledge as to the exact subject matter to which she may testify.

8. **James Pollock**
Supervisory Enforcement Analyst
Chicago Departmental Enforcement Center
77 W. Jackson
Suite 2207
Chicago, IL 60604

Mr. Pollock is a former enforcement analyst who was assigned to the properties at issue. Mr. Pollock is expected to testify regarding the conditions of the properties during the relevant times.

Third-Party Witnesses

1. **Dorothy Roach**
Detroit, Michigan

Ms. Roach is a former tenant of one or more of the properties at issue. She is expected to testify regarding the conditions of these properties during the relevant times.

2. **DeQuayne Williams**
Detroit, Michigan

Ms. Williams is a former tenant of one or more of the properties at issue. She is expected to testify regarding the conditions of these properties during the relevant times.

3. **Stephen G. Palms**
320 N. Main Street, Suite 200
Ann Arbor, Michigan 48104

Mr. Palms is an attorney who was contacted by plaintiffs to represent them in this matter. Mr. Palms is expected to testify regarding the conditions of the properties at issue during the relevant times.

4. **Cory Fanning**
1949 Devonshire Road
Bloomfield Hills, MI 48302-0618

Mr. Fanning was interested in purchasing the Collingwood property. Mr. Fanning is expected to testify regarding the sale of Collingwood and the condition of the property at the time.

5. **Gary Hopkins**
17700 Northland Park Court
Southfield, MI 48076

Mr. Hopkins listed the Collingwood property for sale on behalf of plaintiffs. Mr. Hopkins is expected to testify regarding the sale of Collingwood and the condition of the property at the time.

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Mark A. Melnick by Donald E. Kinner
MARK A. MELNICK
Assistant Director

s/Marla T. Conneely
MARLA T. CONNEELY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Flr.
1100 L Street, NW
Washington, D.C. 20530
Tel. (202) 305-3689
Fax (202) 305-7643

Attorneys for Defendant

OF COUNSEL:

Thomas G. Massouras
Office of General Counsel
U.S. Department of Housing &
Urban Development
77 West Jackson Blvd.
Suite 2629
Chicago, Illinois 60604

March 8, 2007