# In the United States Court of Federal Claims

No. 01-669C

(Filed: March 13, 2007)

BENJAMIN & SHAKI ALLI AND
BSA CORPORATION,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On February 9, 2007, plaintiffs filed their witness list. On March 8, 2007, defendant filed its witness list. The court's review of these filings has revealed that, for each side, a number of witnesses are testifying on the same topics. Accordingly, on March 20, 2007, at the pre-trial conference, the parties shall be prepared to indicate how this case would proceed if each side was limited to ten hours for both direct and cross-examination. The parties are also encouraged now to consider stipulating to various facts not in dispute.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge