IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| BENJAMIN & SHAKI ALLI AND BSA CORPORATION, | |
| Plaintiff, | |
| v. | No. 01-669C (Judge Allegra) |
| THE UNITED STATES, | |
| Defendant. | |

DEFENDANT'S MOTION FOR LEAVE TO FILE A CORRECTED PRETRIAL MEMORANDUM OF CONTENTIONS OF FACT AND LAW

Defendant, the United States, respectfully moves for leave to file the attached Defendant's Corrected Pretrial Memorandum of Contentions of Fact and Law ("pretrial brief"). Defendant originally filed its pretrial brief on March 13, 2007. On March 28, 2007, it was brought to the attention of Government counsel that a privileged letter, which had been inadvertently disclosed by plaintiff, was placed on defendant's exhibit list and that this letter was mentioned in defendant's original pretrial brief. Accordingly, defendant will not offer this letter (defendant's exhibit 98) into evidence and has removed all references to this letter in its corrected pretrial memorandum, attached to this motion. For these reasons, defendant respectfully asks the Court for leave to file Defendant's Corrected Pretrial Memorandum of Contentions of Fact and Law, attached hereto.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Mark A. Melnick by Donald E. Kinner
MARK A. MELNICK
Assistant Director

s/Marla T. Conneely
MARLA T. CONNEELY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-3689
Fax: (202) 305-7643

Attorneys for Defendant

March 28, 2007