# In the United States Court of Federal Claims

No. 01-669C

(Filed: April 10, 2007)

BENJAMIN & SHAKI ALLI AND
BSA CORPORATION,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

**ORDER**

Trial in this case, originally scheduled to begin on April 10, 2007, in Detroit, Michigan, has been postponed. On or before April 13, 2007, the parties shall file a joint status report proposing three mutually acceptable weeks for trial to commence in July or August of this year.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge