IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BENJAMIN & SHAKI ALLI AND BSA CORPORATION, | ) | |
| Plaintiffs, | ) | No. 01-669C |
| v. | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the order entered April 10, 2007, the parties, through their respective counsel of record, respectfully submit this joint status report.

The parties are available for trial either the week of August 20, 2007 or the week of August 27, 2007. If neither of those dates are acceptable, the parties may be able to rearrange their schedules for a trial beginning the week of July 23, 2007.

Respectfully submitted,

s/Eric Stempien
ERIC STEMPIEN
STEMPIEN & STEMPIEN PLLC
315 North Center Street, Suite 200
Northville, MI 48167
(248) 735-9200
fax: (248) 735-8863

Attorney for Plaintiffs

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Mark A. Melnick by Donald E. Kinner
MARK A. MELNICK
Assistant Director

s/Marla T. Conneely
MARLA T. CONNEELY
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel. (202) 307-1011
Fax. (202) 307-0972

April 12, 2007

Attorneys for Defendant