# In the United States Court of Federal Claims

No. 01-669C

(Filed: April 18, 2007)

---

BENJAMIN & SHAKI ALLI AND
BSA CORPORATION,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

Trial in this case, originally scheduled to begin on April 10, 2007, in Detroit, Michigan, has been rescheduled for Tuesday, July 24, 2007.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge