# In the United States Court of Federal Claims

No. 01-669C

(Filed: May 29, 2007)

BENJAMIN & SHAKI ALLI AND
BSA CORPORATION,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On April 4, 2007, the parties filed a joint stipulation of facts. The court has reviewed this stipulation and believes that a more comprehensive stipulation may be possible. Accordingly, on or before July 10, 2007, the parties shall file a more extensive joint stipulation of facts covering all uncontroverted matters. On or before the same date, should they determine that any procedural issues exist that need be resolved by the court prior to trial, the parties shall file a joint status report indicating as such and detailing the outstanding issues.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge