IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BENJAMIN & SHAKI ALLI AND BSA CORPORATION, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 01-669C |
| | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION TO EXCLUDE WITNESSES AT TRIAL

Pursuant to Rule 615 of the Federal Rules of Evidence, defendant, the United States, respectfully requests that the Court order witnesses excluded so that they cannot hear the testimony of other witnesses during the trial of this matter. FED. R. EVID. 615 ("At the request of a party, the [C]ourt shall order witnesses excluded so that they cannot hear the testimony of other witnesses.") (Emphasis added). This request does not include exclusion of "(1) a party who is a natural person; or (2) an officer or employee of a party which is not a natural person designated as its representative by its attorney, or (3) a person whose presence is shown by a party to be essential to the presentation of the party's cause, or (4) a person authorized by statute to be present." Id.

Defendant's attorney contacted plaintiff's attorney, Eric Stempien who represents that plaintiff does not oppose this motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Mark A. Melnick by Martin F. Hockey, Jr.
MARK A. MELNICK
Assistant Director

s/Marla T. Conneely
MARLA T. CONNEELY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street
Washington, D.C. 20530
Tel. (202) 307-1011
Fax. (202) 307-0972

OF COUNSEL:

Thomas G. Massouras
Office of General Counsel
U.S. Department of Housing & Urban Development
77 West Jackson Boulevard
Suite 2629
Chicago, Illinois 60604

July 10, 2007

Attorneys for Defendant