IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BENJAMIN & SHAKI ALLI AND BSA CORPORATION, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 01-669C (Judge Allegra) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION TO ADMIT DEPOSITION TESTIMONY

Pursuant to Rule 32(a)(3)(F) of the Rules of this Court, defendant, the United States, respectfully requests that it be permitted to enter the deposition testimony of third-party witness, Stephen Palms, into evidence in lieu of presenting him as a witness at trial. Defendant's attorney contacted plaintiffs' attorney, Eric Stempien, who states that at this time plaintiff opposes this motion.

Rule 32(a)(3)(F) permits the deposition of a witness, whether or not a party, to be used by any party for any purpose if:

> upon application and notice, that such exceptional circumstances exist as to make it desirable, in the interest of justice and with due regard to the importance of presenting the testimony of witnesses orally in open court, to allow the deposition to be used.

In this case, the interest of judicial economy and the limitations of available trial time create an exceptional circumstance that supports the use of Mr. Palms's deposition testimony to be entered into evidence, rather than having him

testify during trial. At trial, Mr. Palms is expected to testify regarding the conditions of the Collingwood apartments during his visit in January 2000. Mr. Palms testified about the exact same issue during his deposition, and his answers are not expected to be different at trial. Moreover, plaintiffs' attorney, Eric Stempien, was present at the deposition and had an opportunity to object to the Government's questions and to cross-exam the witness.

Additionally, the Court has set aside three and a half days for trial. Admitting Mr. Palms's deposition testimony in lieu of presenting him at trial would help to ensure that the proceedings are completed within the available time. Accordingly, the United States respectfully requests that the Court permit the deposition testimony of Stephen Palms to be admitted into evidence in lieu of presenting him at trial.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Mark A. Melnick by Martin F. Hockey, Jr.
MARK A. MELNICK
Assistant Director

s/Marla T. Conneely
MARLA T. CONNEELY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit,
8th Floor
1100 L Street
Washington, D.C. 20530
Tel. (202) 307-1011
Fax. (202) 307-0972

Attorneys for Defendant

OF COUNSEL:

Thomas G. Massouras
Office of General Counsel
U.S. Department of Housing
& Urban Development
77 West Jackson Boulevard
Suite 2629
Chicago, Illinois 60604

July 10, 2007