IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| BENJAMIN & SHAKI ALLI, AND BSA CORPORATION, Plaintiffs, v. THE UNITED STATES, Defendant. | No. 01-669C (Judge Allegra) |

SECOND JOINT STIPULATION OF FACTS

Pursuant to the Court's May 29, 2007 order, the parties, plaintiffs, Benjamin and Shaki Alli and BSA Corporation, and defendant, the United States, respectfully submit the following second joint stipulation of facts for use at trial in this matter. These stipulations shall not be cited, quoted, referenced or otherwise used, and are not binding, in any other matter in this or any other forum.

1. Section 4350.1, Chapter 13 of the HUD handbook relates to Transfer of Physical Assets ("TPA") applications and the TPA review process.

2. HUD never sent plaintiffs anything in writing either approving or denying the sale of the Collingwood/Kirkwood ("Collingwood") apartments to Cory Fanning.

3. HUD never sent plaintiffs anything in writing that a completed TPA application had been received.

4. When plaintiff, Ben Alli, initially purchased Collingwood, he submitted a TPA application to HUD, which was approved.

5. BSA contracted with Marcus & Millichap to assist with the sale of Collingwood.

6. Marcus & Millichap found a potential buyer for Collingwood, Mr. Cory Fanning.

7. Mr. Fanning was a pastor of a church and had no experience in managing public housing.

8. Plaintiffs entered into a purchase agreement to sell the Collingwood apartments to Mr. Fanning without receiving HUD's approval of the sale.

9. The only document that HUD received regarding the potential sale of Collingwood to Cory Fanning was the executed purchase agreement.

10. Plaintiffs never submitted to HUD the required fee to process a TPA application for the sale of the Collingwood apartments to Mr. Fanning.

11. Plaintiffs never submitted a complete TPA application for approval of the sale of the Collingwood apartments to Mr. Fanning.

12. Plaintiffs never submitted a form HUD-922266, the initial TPA application form, for the sale of the Collingwood apartments to Mr. Fanning.

13. Plaintiffs' listing agent for the Collingwood apartment building, Gary Hopkins, knew HUD's approval was required, but believed it was Mr. Fanning's responsibility or the responsibility of Mr. Fanning's lender to obtain HUD's approval.

14. Mr. Hopkins took no steps to obtain HUD's approval, and did not know whether plaintiffs, who were his clients, took any steps to obtain HUD's approval either.

15. Mr. Hopkins was aware that Mr. Fanning was required to submit at least one form to HUD regarding his previous participation in HUD-related projects, but he did not know whether such a form was ever submitted.

16. The purchase agreement between plaintiffs and Mr. Fanning was silent regarding the regulatory contract, the HAP contract and HUD in general.

17. On October 6, 1999, BSA and Mr. Fanning entered into an agreement to extend the purchase closing date to November 30, 1999.

18. The purpose of the extension was to provide time to comply with HUD 223(f) requirements.

19. In the agreement, Mr. Fanning agreed to submit the required documents "on a timely basis without delay."

20. Stephen Palms visited Collingwood in January 2000.

21. HUD suspended, abated and terminated the HAP contract for the Collingwood property for the reasons stated in their written notices to plaintiffs.

22. HUD suspended, abated and terminated the HAP contract for the Riverside property for the reasons stated in their written notices to plaintiffs.

23. HUD suspended, abated and terminated the HAP contract for the Pingree property for the reasons stated in their written notices to plaintiffs.

Respectfully submitted,

s/Eric Stempien
ERIC STEMPIEN
STEMPIEN & STEMPIEN PLLC
315 North Center Street, Suite 200
Northville, MI 48167
(248) 735-9200
fax: (248) 735-8863

Attorney for Plaintiffs

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/Marla T. Conneely
MARLA T. CONNEELY
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel. (202) 307-1011
Fax. (202) 307-0972

July 10, 2007

Attorneys for Defendant