# In the United States Court of Federal Claims

No. 01-669C

(Filed: July 17, 2007)

---

BENJAMIN & SHAKI ALLI AND
BSA CORPORATION,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

Trial will commence at 9:30 a.m. (EDT) on Tuesday, July 24, 2007, at the 827 Theodore Levin United States Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan 48226, Courtroom 622. Each subsequent day of trial will begin at 9:00 a.m.(EDT).

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge