# In the United States Court of Federal Claims

**01-669T**

**Filed: August 13, 2007**

**BENJAMIN & SHAKI ALLI**

**v.**

**THE UNITED STATES**

**TRANSCRIPT OF PROCEEDINGS (4 Volumes)**
**Held in Detroit, Michigan**
**July 24-27, 2007**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.