# In the United States Court of Federal Claims

No. 01-669C

(Filed: August 16, 2007)

BENJAMIN & SHAKI ALLI AND
BSA CORPORATION,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

## ORDER

On July 24, 2007, trial was held in this case in Detroit, MI. At the close of trial, the record remained open pending the receipt of the transcript of trial proceedings. The court received a copy of the trial transcript on August 13, 2007. Proof in this case is now closed.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge