UNITED STATES OF AMERICA

COURT OF FEDERAL CLAIMS

BENJAMIN ALLI, SHAKI ALLI and
BSA CORPORATION, a Michigan Corporation

Plaintiffs, Case No. 01-669C
Judge Allegra

vs.

UNITED STATES OF AMERICA,

Defendant.
________________________________________/

STEMPIEN & STEMPIEN, PLLC
By: Gregory J. Stempien
Eric Stempien
Attorney for Plaintiff
315 N. Center Street, Suite 200
Northville, MI 48167
(248) 735-9200

DEPARTMENT OF JUSTICE, COMMERCIAL LITIGATION
By: Marla Conneely
Attorney for Defendant
1100 L Street N.W., Room 11054
Washington, DC 20005
(202) 307-0318
________________________________________/

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DEADLINE FOR FILING OF POSTTRIAL BRIEFS**

Plaintiffs, by and through their attorneys, hereby move this Honorable Court to enter an order extending the deadline for the filing of the parties' post-trial briefs and in support thereof rely on the attached brief.

**BRIEF IN SUPPORT OF MOTION**

Plaintiffs request a short extension of the deadlines for filings of the post-trial briefs. Plaintiffs' request is that the initial briefs be filed simultaneously on October 5, 2007 and that the responses be filed simultaneously on November 27, 2007.

Plaintiffs' counsel's partner has scheduled a vacation for the week of September 24, 2007, the week before the deadline for the filing of the initial briefs in this matter. Plaintiffs' counsel is a member of a two attorney law firm. When one partner is scheduled to be out of the office, the other partner must be available to cover the other's files for that week. This is especially true for the week of September 24, 2007 because Plaintiff's counsel's partner is scheduled to be out of the country. Therefore, it will be very difficult to be able to complete the initial post-trial brief during that week.

Also, Plaintiff's counsel received notice last week for a jury trial on November 13, 2007. The trial is expected to last four to five days. The staff for the presiding Judge in that matter confirmed that the trial will begin on November 13, 2007 because this is the only matter scheduled for that day. Plaintiffs request an eight day extension of the deadline to file the responses t to allow time for preparation of the response.

Defense counsel concurs with the relief requested in this motion.

STEMPIEN & STEMPIEN, PLLC

s/Eric Stempien_______________
By: Eric Stempien
Attorney for Plaintiff
315 N. Center St, Ste. 200
Northville, MI 48167
stempieneric@yahoo.com

Dated: August 28, 2007