# In the United States Court of Federal Claims

No. 01-669C

(Filed: August 28, 2007)

BENJAMIN & SHAKI ALLI AND
BSA CORPORATION,

Plaintiffs,

v.
THE UNITED STATES,

Defendant.

## ORDER

On August 28, 2007, plaintiff filed an unopposed motion for extension of time to file their post-trial briefs. The motion is hereby **GRANTED**. Accordingly,

1. On or before October 5, 2007, the parties shall simultaneously file post-trial briefs. Initial post-trial briefs shall not exceed 50 pages.

2. On or before November 27, 2007, the parties shall simultaneously file replies to the initial post-trial briefs. The reply briefs shall not exceed 25 pages.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge