# In the United States Court of Federal Claims

**01-669T**

**Filed: August 15, 2007**

**BENJAMIN & SHAKI ALLI**

**v.**

**THE UNITED STATES**

**CUMULATIVE INDEX**
**Detroit, Michigan**
**July 24, 2007 through July 27, 2007**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.