JX - 1

PX 1-52

DX - 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 17, 18, 19, 20, 21, 23, 25, 36, 39, 42, 47, 48, 50, 51, 52, 53, 61, 62, 63, 64, 65, 66, 67, 68, 69, 72, 73, 76, 77, 78, 79, 80 - 97, 99, 101 - 114, 116, 117, 118, 119, 120, 121, 122, 123, 124, 125 - 141, 143 - 157, 158 - 168, 170, 172, 173, 174, 175, 179, 180, 181, 183, 186, 191, 192, 193, 194, 195, 196, 197, 198, 199, 200, 204, 205, 206, 207 - 223, 225, 226, 227, 228, 229, 230, 231, 232, 234, 235, 236, 237, 238, 239, 241, 242, 243, 244, 245, 246, 247, 248, 249, 250, 251, 252, 255, 256, 257, 258, 259, 260, 261, 262, 263, 264, 267, 268, 269, 270, 271, 272, 274