IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BENJAMIN & SHAKI ALLI AND BSA CORPORATION, | ) | |
| Plaintiffs, | ) | No. 01-669C |
| v. | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rules 6(b) and 6.1of the Rules of the United States Court of Federal Claims, the United States respectfully requests a seven-day enlargement of time, to and including October 12, 2007, for the parties to file their post-trial briefs. Our post-trial briefs are currently due on October 5, 2007. This is our first request for an enlargement of time for this purpose. Plaintiffs' counsel was contacted regarding this motion, and he states that plaintiffs do not oppose this motion so long as the deadline for response briefs remains on November 27, 2007.[1]

This enlargement is necessary to afford Government counsel sufficient time to draft its post-trial brief, receive comments from the agency, and obtain the necessary internal review. On or around the day of the Court's August 28, 2007 order revising the briefing schedule in this case, the undersigned government counsel was transferred a bid protest in Sealift, Inc. v. United States, Fed. Cl. No. 07-627, and scheduled for oral argument in New York City in Impresa Construzioni v. United States, Fed. Cir. No. 2007-5009, before the United States Court of Appeals for the Federal Circuit.

[1] Defendant agrees to keeping the deadline for the response briefs as it currently stands on November 27, 2007.

Specifically, the undersigned counsel has been engaged in the following matters in this Court: preparing a reply brief in Palmyra Pacific Seafoods, LLC v. United States, Fed. Cl. No. 07-35, filed on September 5, 2007; drafting and implementing a settlement agreement and preparing a joint stipulation of dismissal in Caddell Construction Co. v. United States, Fed. Cl. No. 05-915, filed on September 21, 2007; conducting negotiations and drafting a complex settlement agreement in California Oregon Broadcasting, Inc. v. United States, Fed. Cl. No. 06-116, sent to opposing counsel on September 26, 2007; preparing a motion for a protective order and a proposed protective order in Sealift, Inc. v. United States, Fed. Cl. No. 07-627 (bid protest), filed on October 1, 2007; and reviewing and assembling an administrative record in Sealift, sent to opposing counsel on October 1, 2007, as ordered by the Court.

In the United States Court of Appeals for the Federal Circuit, the undersigned counsel has been engaged in preparing a response brief in Gibbins v. Nicholson, Fed. Cir. No. 2007-7153, filed on September 14, 2007; and preparing for oral argument and travel to New York City in Impresa Construzioni v. United States, Fed. Cir. No. 2007-5009, from October 2-4, 2007.

Moreover, unexpected family matters required the undersigned counsel to travel to San Jose, California from September 22-25, 2007.

For these reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Mark A. Melnick by Brian M. Simkin
MARK A. MELNICK
Assistant Director

s/Marla T. Conneely
MARLA T. CONNEELY
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street
Washington, D.C. 20530
Tel. (202) 305-3689
Fax. (202) 305-7643

October 2, 2007

Attorneys for Defendant