**Table of Contents**

INTRODUCTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

STATEMENT OF FACTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

I. The Riverside Apartments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

II. The Pingree Apartments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

III. The Collingwood Apartments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

A. Proposed Sale To Cory Fanning . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

B. January Heat Shut-Off And Foreclosure . . . . . . . . . . . . . . . . . . . . . . . . . . 29

ARGUMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31

I. Applicable Law . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31

II. Ben Alli, Not HUD, Breached The Riverside HAP Contract By Failing To Maintain The Riverside Apartments In A Decent, Safe, And Sanitary Condition . . . . . . . . . . . . . 33

III. Ben And Shaki Alli, Not HUD, Breached The Pingree HAP Contract And Regulatory Agreement By Failing To Maintain The Pingree Apartments In A Decent, Safe And Sanitary Condition . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36

IV. Plaintiffs, Not HUD, Breached The Collingwood HAP Contract And Regulatory Agreement By Failing To Maintain The Collingwood Apartments In A Decent, Safe And Sanitary Condition . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39

A. Contrary To BSA's Assertions, An Authorized Agent Of HUD Did Not Deny The Sale Of Collingwood To Cory Fanning . . . . . . . . . . . . . . . . . . . . . . . . . . . 42

B. HUD Did Not Breach Any Contractual Provision With Plaintiffs By Taking Involuntary Mortgagee-In-Possession Of Collingwood . . . . . . . . . . . . . . . . . . 45

C. BSA's Corporate Veil Should Be Pierced, And Ben And Shaki Alli Should Be Held Individually Responsible For The Damages Caused By BSA's Breach Of The Collingwood HAP Contract And Regulatory Agreement . . . . . . . . . . . . . . 46

CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 50

## TABLE OF AUTHORITIES

### FEDERAL CASES


Berger v. Columbia Broadcasting System, Inc., 453 F.2d 991 (5th Cir. 1972) . . . . . . . . . . 47

BLH Inc., v. United States, 13 Cl. Ct. 265 (Cl. Ct. 1987) . . . . . . . . . . 46, 47

C.J. Betters, Corp. v. United States, 69 F.3d 553 (Fed. Cir. 1995) . . . . . . . . . . 31

In re Cambridge Biotech Corp., 186 F.3d 1356 (Fed. Cir. 1999) . . . . . . . . . . 46

Contra Costa County Flood Control & Water Conserv. District v. United States, 512 F.2d 1094 (Ct. Cl. 1975) . . . . . . . . . . 43

Federal  Crop Insurance Corp. v. Merrill, 332 U.S. 380 (1947) . . . . . . . . . . 43, 44

Kiszka v. Office of Personnel Management, 372 F.3d 1301 (Fed. Cir. 2004) . . . . . . . . . . 43

Miles v. American Telegraph &Tel. Co., 703 F.2d 193 (5th Cir. 1983) . . . . . . . . . . 47

NVT Technologies Inc. v. United States, 370 F.3d 1153 (Fed. Cir. 2004) . . . . . . . . . . 31

Nematollahi v. United States, 38 Fed. Cl. 224 (Fed. Cl. 1997) . . . . . . . . . . 43, 44

San Carlos Irrigation & Drainage District v. United States, 877 F.2d 957 (Fed. Cir. 1989) . . . . . . . . . . 31

Sanders v. United States Postal Service, 801 F.2d 1328 (Fed. Cir. 1986) . . . . . . . . . . 36

Twin City Shipyard, Inc. v. United States, 21 Cl. Ct. 582  (Cl. Ct. 1990) . . . . . . . . . . 47

United States v. Johnson Controls, Inc., 713 F.2d 1541 (Fed. Cir. 1983) . . . . . . . . . . 31

Wunderlich Contracting Co. v. United States, 173 Ct. Cl. 180, 351 F.2d 956 (Cl. Ct. 1965) . . . . . . . . . . 31

## STATE CASES

Foodland Distributors. v. Al-Naimi, 559 N.W.2d 379 (Mich. Ct. App. 1996) . . . . 47, 48

Herman v. Mobile Homes Corp., 26 N.W.2d 757 (Mich. 1947) . . . . . . . . . . . . . . . . . . 48

Papo v. Aglo Restaurant of San Jose, Inc., 386 N.W.2d 177
(Mich. Ct. App. 1986) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48

SCD Chemical Distributors, Inc. v. Medley, 512 N.W.2d 86
(Mich. Ct. App. 1994) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48

Soloman v. W. Hills Develop. Co., 312 N.W.2d 428 (Mich. Ct. App. 1981) . . . . . . . . 48

## FEDERAL STATUTES

24 C.F.R. Part 5, Subpart G . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32

24 C.F.R. § 886.307 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32