IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BENJAMIN AND SHAKI ALLI AND BSA CORPORATION, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 01-669C |
| | ) | (Judge Francis M. Allegra) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

<u>DEFENDANT'S REPLY TO PLAINTIFFS' POST-TRIAL BRIEF</u>

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

MARK A. MELNICK
Assistant Director

MARLA T. CONNEELY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Flr.
1100 L Street, NW
Washington, D.C. 20530
Tel. (202) 305-3689
Fax (202) 305-7643

Attorneys for Defendant

OF COUNSEL:

Thomas G. Massouras
Office of General Counsel
U.S. Department of Housing &
Urban Development
77 West Jackson Blvd.
Suite 2629
Chicago, Illinois 60604

November 27, 2007

TABLE OF CONTENTS

Page

BACKGROUND....................................................................................................1

ARGUMENT....................................................................................................2

I. Contrary To Plaintiffs' Assertions, The Pingree Apartments Were Neither Decent, Safe, Nor Sanitary As Required By The HAP Contract And Regulatory Agreement....................................................................................2

A. The Testimony And Reports Of Gordon Hileman And David Compo Are Unreliable And Do Not Contradict The Evidence Or Testimony Presented By The Government....................................................................2

B. The Testimony Offered By Plaintiffs' Other Witnesses Regarding The Conditions At Pingree Are Also Unreliable And Unsupported..................7

C. Plaintiffs Mischaracterize HUD Inspector Mark Spooner's Testimony, Ignore The Testimony From Other HUD Witnesses And Third-Party Inspectors, And Challenges, Without Basis, The Credibility Of Dorothy Roach....................................................................................12

II. Contrary To Plaintiffs' Assertions, The Riverside Apartments Were Neither Decent, Safe, Nor Sanitary As Required By The Riverside HAP Contract..........14

III. Plaintiffs, Not HUD, Breached The Collingwood HAP Contract And Regulatory Agreement....................................................................................19

A. An Authorized Agent Of HUD Did Not Deny The Sale Of Collingwood To Cory Fanning....................................................................................19

B. Contrary To Plaintiffs' Suggestion, The Collingwood Apartments Were Neither Decent, Safe, Nor Sanitary As Required By The HAP Contract And Regulatory Agreement....................................................23

CONCLUSION....................................................................................................24

# TABLE OF AUTHORITIES

Page(s)

## CASES

Am-Pro Protective Agency, Inc. v. United States,
281 F.3d 1234 (Fed. Cir. 2002)....15

Armstead v. United States Dept. of Housing and Urban Dev.,
815 F.2d 278 (3d Cir. 1987)....22

Brown v. Lynn,
385 F.Supp. 986 (N.D. Ill. 1974)....22

Fairington Apartments of Lafayette v. United States,
7 Cl. Ct. 647 (1985)....22

Fed. Crop. Ins. Corp. v. Merrill,
332 U.S. 380 (1947)....19, 20

Kiszka v. Office of Pers. Mgmt.,
372 F.3d 1301 (Fed. Cir. 2004)....19

Nematollahi v. United States,
38 Fed. Cl. 224 (1997)....20

## REGULATIONS

24 C.F.R. Part 5 Subpart G....2, 13