# In the United States Court of Federal Claims

No. 01-669C

(Filed:  October 27, 2008)
_____

BENJAMIN & SHAKI ALLI AND
BSA CORPORATION,

          Plaintiffs,

   v.

THE UNITED STATES,

          Defendant.
_____

**ORDER**
_____

     On September 16, 2008, the court granted a thirty-day extension to file a joint status report, as the parties indicated that they were in negotiations to resolve the remainder of the case without further litigation.  The parties filed a joint status report on October 24, 2008, noting that plaintiff intends to file a motion for reconsideration, but otherwise merely repeating that the parties are still negotiating.  If the next joint status report does not reveal that significant progress has been made toward settlement, this case will be restored to the active docket.

    **IT IS SO ORDERED.**

                                     s/ Francis M. Allegra
                                     Francis M. Allegra
                                     Judge