# In the United States Court of Federal Claims

No. 01-669C

(Filed:  November 3, 2008)

_____

BENJAMIN & SHAKI ALLI AND
BSA CORPORATION,

          Plaintiffs,

    v.

THE UNITED STATES,

          Defendant.

_____

**ORDER**

_____

      On October 24, 2008, the parties filed a joint status report noting that plaintiff intends to file a motion for reconsideration and that the parties are in settlement negotiations.  On October 27, 2008, the court issued an order indicating that this case would be restored to the active docket if the next joint status report did not show significant progress.  On or before November 24, 2008, the parties shall file the aforementioned joint status report.

      **IT IS SO ORDERED.**


                        s/ Francis M. Allegra        
                        Francis M. Allegra
                        Judge