# In the United States Court of Federal Claims

No. 01-669C

(Filed: November 25, 2008)

_____

BENJAMIN & SHAKI ALLI AND
BSA CORPORATION,

        Plaintiffs,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On November 24, 2008, the parties filed a joint status report, which indicated that plaintiff anticipates filing a motion for reconsideration by December 22, 2008. Accordingly, if plaintiff files a motion for reconsideration, it shall be filed on or before December 22, 2008.

    **IT IS SO ORDERED.**

                                               s/ Francis M. Allegra
                                               Francis M. Allegra
                                               Judge