# In the United States Court of Federal Claims

No. 01-669C

(Filed: March 16, 2009)

_____

BENJAMIN & SHAKI ALLI AND
BSA CORPORATION,

        Plaintiffs,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On March 12, 2009, the parties filed a joint status report. The court hereby adopts the proposed schedule therein and orders the parties to file either a stipulation for entry of judgment or, barring that, a joint status report in this case by April 13, 2009.

**IT IS SO ORDERED.**

                              s/ Francis M. Allegra
                              Francis M. Allegra
                              Judge