# In the United States Court of Federal Claims

No. 01-669C

(Filed: April 15, 2009)

_____

BENJAMIN & SHAKI ALLI AND
BSA CORPORATION,

           Plaintiffs,

   v.

THE UNITED STATES,

           Defendant.

_____

**ORDER**

_____

On April 13, 2009, the parties filed a joint status report and plaintiffs' counsel filed a motion to withdraw as attorney for all plaintiffs. This case has been in settlement for a significant period of time and the court seeks to move it expeditiously to a resolution. Accordingly:

1. Plaintiff counsel's motion to withdraw is hereby **GRANTED**.

2. On or before May 4, 2009, plaintiffs' new counsel shall file a notice of appearance (pursuant to RCFC 83.1(a)(3) BSA Corporation, as a corporate entity cannot proceed *pro se*).

3. On or before May 11, 2009, the parties' counsel shall file a joint status report indicating how this case should proceed.

4. The Clerk is hereby directed to mail a copy of this order directly to plaintiffs.

**IT IS SO ORDERED.**

                                                     s/ Francis M. Allegra
                                                     Francis M. Allegra
                                                     Judge