# In the United States Court of Federal Claims

No. 01-669C

(Filed: May 6, 2009)
_____

BENJAMIN & SHAKI ALLI AND
BSA CORPORATION,

        Plaintiffs,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

      On May 5, 2009, plaintiffs filed a motion for a sixty-day enlargement of time in which to obtain new counsel and file a joint status report. Plaintiffs' motion is hereby **GRANTED**. Accordingly:

1. On or before July 6, 2009, plaintiffs' new counsel shall file a notice of appearance (pursuant to RCFC 83.1(a)(3) BSA Corporation, as a corporate entity, cannot proceed *pro se*).

2. On or before July 13, 2009, the parties' counsel shall file a joint status report indicating how this case should proceed.

3. **No further enlargements of either of these deadlines will be granted.**

4. The Clerk shall mail this order to plaintiffs at their new address: P.O. Box 36081, Grosse Pointe, Michigan, 48236.

**IT IS SO ORDERED.**

                                                      s/ Francis M. Allegra
                                                      Francis M. Allegra
                                                      Judge