# In the United States Court of Federal Claims

No. 01-669C

(Filed: May 12, 2009)

_____

BENJAMIN & SHAKI ALLI AND
BSA CORPORATION,

        Plaintiffs,

   v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

      On May 8, 2009, defendant filed a motion for summary judgment.  The default deadline would require plaintiffs to file a response without the benefit of counsel, whose notice of appearance is not due until July 6, 2009.  The court hereby extends the deadline for responding to the motion by forty-five days.  Accordingly:

1.     On or before **August 20, 2009**, plaintiffs shall file their response to defendant's motion for summary judgment; and

2.     The Clerk shall mail this order to plaintiffs at their new address: P.O. Box 36081, Grosse Pointe, Michigan, 48236.

**IT IS SO ORDERED.**

                                               s/ Francis M. Allegra
                                               Francis M. Allegra
                                               Judge