# In the United States Court of Federal Claims

No. 01-669C

(Filed: December 4, 2009)

_____

BENJAMIN & SHAKI ALLI AND
BSA CORPORATION,

        Plaintiffs,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

      On September 17, 2009, plaintiffs filed a *pro se* motion for reconsideration of the clerk's August 14, 2009, entry of default against BSA Corporation.  On September 25, 2009, the court issued an order striking plaintiffs' motion because, as the court has ruled on multiple occasions, RCFC 83.1(a)(3) prohibits BSA Corporation, a corporate entity, from proceeding *pro se*.

      On October 15, 2009, plaintiffs, acting *pro se*, attempted to file a motion to alter or amend the court's September 25, 2009 order.  For the same reasons outlined in the court's order of September 25, 2009, plaintiffs have no standing to file this motion to alter or amend.  Accordingly, the Clerk shall return the motion and mail this order to plaintiffs at the following address: P.O. Box 36081, Grosse Pointe, Michigan, 48236.

      **IT IS SO ORDERED.**


                                                  s/ Francis M. Allegra
                                                  Francis M. Allegra
                                                  Judge