# In the United States Court of Federal Claims

No. 01-669C

(Filed:  March 3, 2010)
_____

BENJAMIN & SHAKI ALLI AND
BSA CORPORATION,

          Plaintiffs,

  v.

THE UNITED STATES,

          Defendant.

_____

**ORDER**
_____

      On August 11, 2009, pursuant to RCFC 55(a), defendant filed an application to the Clerk for entry of default against BSA Corporation, and the Clerk entered default on August 14, 2009.  Defendant filed a motion with the court for default judgment on August 25, 2009.  The court has carefully reviewed defendant's submission, and has developed the following set of questions regarding the expenditures and collections defendant claims.  Defendant shall file a response to these questions on or before **March 19, 2010**, which response shall take the form of an affidavit or declaration with supporting documentation.

      The questions posed by the court are as follows:

1. Explain the significance of the "find fee," "tran fee," and "app fee" expenses in the tenant relocation spreadsheets (A22-34);

2. Explain the nature and purpose of the "contractor relocation fees" as described in the Pompa declaration (Pompa Decl. ¶¶ 9-11) and included in the tenant relocation spreadsheets (A22-34);

3. Review of the Collingwood expenditure spreadsheet reveals disbursements made after February 21, 2001, the closing date of the sale of Collingwood to a third party (*see* A35).  Explain the significance and necessity of the following post-sale disbursements: (i) American Management on A9; (ii) DTE Energy and Earthlink on A13; (iii) LaGarda Security and MCI on A15; (iv) Southwestern Bell, Sykes Communications, and William Heard on A16;

4. With respect to the Collingwood-Kirkwood Collections Transmittal Report (A17-21), explain why certain collections have descriptions (i.e., "rent"), and others do not (*see* A18-19). Provide the missing descriptions to the court; and

5. Explain why the Pingree Apartments Relocation Spreadsheet (A30-34) contains no information in the "M/O Dates" column and provide the missing dates to the court.

**IT IS SO ORDERED.**

                                                              s/ Francis M. Allegra
                                                              Francis M. Allegra
                                                              Judge