# In the United States Court of Federal Claims

No. 01-669C

(Filed: March 24, 2010)

_____

BENJAMIN & SHAKI ALLI AND
BSA CORPORATION,

           Plaintiffs,

   v.

THE UNITED STATES,

           Defendant.

_____

**ORDER**

_____

    Plaintiffs, Benjamin and Shaki Alli are no longer represented by counsel and are acting *pro se*. Accordingly, the Clerk is hereby ordered to convert this case to paper filing, effective today.

**IT IS SO ORDERED.**

                                                                  s/ Francis M. Allegra
                                                                  Francis M. Allegra
                                                                  Judge