# In The United States Court of Federal Claims

No. 01-669C

(Filed: September 22, 2011)

_____

BENJAMIN & SHAKI ALLI AND
BSA CORPORATION,

               Plaintiffs,

      v.

THE UNITED STATES,

               Defendant.

_____

**ORDER**

_____

On September 21, 2011, plaintiffs filed a motion for enlargement of time to respond to defendant's motion for summary judgment. This motion is hereby **GRANTED**. Accordingly:

1. On or before October 20, 2011, plaintiffs shall file their response to defendant's motion for summary judgment; and

2. On or before November 7, 2011, defendant shall file its reply in support of its motion for summary judgment.

**IT IS SO ORDERED.**

                                            s/ Francis M. Allegra
                                            Francis M. Allegra
                                            Judge