# In The United States Court of Federal Claims

No. 01-669C

(Filed: November 8, 2011)

_____

BENJAMIN & SHAKI ALLI AND
BSA CORPORATION,

                      Plaintiffs,

         v.

THE UNITED STATES,

                      Defendant.

_____

**ORDER**

_____

On November 8, 2011, defendant filed an unopposed motion for enlargement of time to reply to plaintiff's response to defendant's motion for summary judgment. This motion is hereby **GRANTED**. On or before January 13, 2012, defendant shall file its reply in support of its motion for summary judgment.

     **IT IS SO ORDERED.**

                                                  s/ Francis M. Allegra
                                                  Francis M. Allegra
                                                  Judge